UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
JAMES VAN DE VELDE,              :
        Plaintiff,               :
                                 :   CIVIL NO. 3:01cv02296(RNC)
                                 :
VS.                              :
                                 :
MELVIN WEARING, BRIAN SULLIVAN,  :
THOMAS TROCCHIO, EDWARD KENDALL, :
ESTATE OF ANTHONY DILULLO, by Lisa :  OCTOBER 16, 2003
Bull DiLullo, Legal Representative,:
JOHN DOES, RICHARD LEVIN,        :
LINDA LORIMER, RICHARD BRODHEAD, :
THOMAS CONROY, and JAMES PERROTTI, :
        Defendants.              :
```

CONSENT MOTION FOR EXTENSION OF TIME
TO RESPOND TO MOTION TO DISMISS

Plaintiff James Van De Velde hereby moves for an extension of time to October 31, 2003 to file his memorandum in opposition to the Motion to Dismiss dated July 31, 2003 filed by defendants Richard Levin, Linda Lorimer, Richard Brodhead, Thomas Conroy, and James Perrotti. In support thereof, plaintiff states as follows:

Plaintiff's opposition papers to defendants' motion to dismiss are due on October 21, 2003.

Defendants have filed a 40-page memorandum in support of their motion. The motion is very complicated, and raises numerous constitutional claims.

Counsel for plaintiff are still in the process of preparing a response to the motion. Substantial progress has been made, but additional time is necessary to prepare an appropriate response. Defendants' time to file their motion was extended twice by the Court.

Undersigned counsel has recently been occupied by the preparation of a reply brief in an appeal before the Connecticut Appellate Court, and the filing of a petition for certification before the Connecticut Supreme Court. The clients in both these cases are incarcerated. Counsel has another reply brief due in the Connecticut Appellate Court October 27, 2003, and motions due in a case before Judge Thompson on October 23, 2003. Finally, the undersigned was out of the country on business for two days earlier this week.

For these reasons, plaintiff requests a further extension of time to October 31, 2003 for the filing of his opposition to defendants' motion.

William J. Doyle, Esq., counsel for the moving defendants, does not object to the requested extension. Three prior motions for extension were filed with respect to this deadline.

THE PLAINTIFF
JAMES VAN DE VELDE

By /s/
David T. Grudberg, ct01186
JACOBS, GRUDBERG, BELT & DOW, P.C.
350 Orange St.
P.O. Box 606
New Haven, CT 06503
Ph.: (203) 772-3100
Fax: (203) 772-1691
Email: dgrudberg@jacobslaw.com

James I. Meyerson, ct24660
396 Broadway - Suite 601
New York, New York 10013
Ph.: (212) 226-3310
Fax: (212) 219-9412
Email: jimeyerson@yahoo.com

His Attorneys

CERTIFICATION

I hereby certify that a copy of the foregoing was mailed first class, postage prepaid on October 16, 2003 to:

Martin S. Echter, Esq.
Deputy Corporation Counsel
165 Church St. - 4th Fl.
New Haven, CT 06510

Stephen P. Fogerty, Esq.
Robert A. Rhodes, Esq.
Halloran & Sage LLP
315 Post Road West
Westport, CT 06880

William J. Doyle, Esq.
Kenneth D. Heath, Esq.
Wiggin & Dana
One Century Tower
New Haven, CT 06510

_____
David T. Grudberg