UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES VAN DE VELDE, | : |
| Plaintiff, | : |
| | : CIVIL NO. 3:01cv02296(RNC) |
| VS. | : |
| | : |
| MELVIN WEARING, BRIAN SULLIVAN, | : |
| THOMAS TROCCHIO, EDWARD KENDALL, | : |
| ESTATE OF ANTHONY DiLULLO, by Lisa | : OCTOBER 16, 2003 |
| Bull DiLullo, Legal Representative, | : |
| JOHN DOES, RICHARD LEVIN, | : |
| LINDA LORIMER, RICHARD BRODHEAD, | : |
| THOMAS CONROY, and JAMES PERROTTI, | : |
| Defendants. | : |

CONSENT MOTION FOR EXTENSION OF TIME
TO RESPOND TO MOTION TO DISMISS

Plaintiff James Van De Velde hereby moves for an extension of time to October 31, 2003 to file his memorandum in opposition to the Motion to Dismiss dated July 31, 2003 filed by defendants Richard Levin, Linda Lorimer, Richard Brodhead, Thomas Conroy, and James Perrotti. In support thereof, plaintiff states as follows:

Plaintiff's opposition papers to defendants' motion to dismiss are due on October 21, 2003.

Defendants have filed a 40-page memorandum in support of their motion. The motion is very complicated, and raises numerous constitutional claims.