FILED

2003 OCT 30 P 12: 18

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES VAN DE VELDE,<br>        Plaintiff, | :<br>:<br>:   CIVIL NO. 3:01cv02296(RNC)<br>: |
| VS. | :<br>: |
| MELVIN WEARING, BRIAN SULLIVAN,<br>THOMAS TROCCHIO, EDWARD KENDALL,<br>ESTATE OF ANTHONY DILULLO, by Lisa<br>Bull DiLullo, Legal Representative,<br>JOHN DOES, RICHARD LEVIN,<br>LINDA LORIMER, RICHARD BRODHEAD,<br>THOMAS CONROY, and JAMES PERROTTI,<br>        Defendants. | :<br>:<br>:   OCTOBER 29, 2003<br>:<br>:<br>:<br>: |

CONSENT MOTION FOR EXTENSION OF TIME
TO RESPOND TO MOTION TO DISMISS

Plaintiff James Van De Velde hereby moves for an extension of time to November 14, 2003 to file his memorandum in opposition to the Motion to Dismiss dated July 31, 2003 filed by defendants Richard Levin, Linda Lorimer, Richard Brodhead, Thomas Conroy, and James Perrotti. In support thereof, plaintiff states as follows:

Plaintiff's opposition papers to defendants' motion to dismiss are due on October 31, 2003.

Defendants have filed a 40-page memorandum in support of their motion. The motion is very complicated, and raises numerous constitutional claims.

Counsel for plaintiff are still in the process of preparing a response to the motion. Substantial progress has been made, but additional time is necessary to prepare an appropriate response. Defendants' time to file their motion was extended twice by the Court.

Undersigned counsel has recently been occupied by the preparation of a reply brief in an appeal before the Connecticut Appellate Court, and the filing of a petition for certification before the Connecticut Supreme Court. The clients in both these cases are incarcerated. Counsel is finishing a reply brief due in the Connecticut Appellate Court, and will then be on trial for approximately 2 days beginning November 4, 2003 in Waterbury Superior Court. After the conclusion of that trial, the undersigned has set aside time to ensure that the motion response in this case can be finalized and filed.

For these reasons, plaintiff requests a further extension of time to November 14, 2003 for the filing of his opposition to defendants' motion.

William J. Doyle, Esq., counsel for the moving defendants, does not object to the requested extension. Four prior motions for extension were filed with respect to this deadline.

```
                    THE PLAINTIFF
                    JAMES VAN DE VELDE


            By_____
                    David T. Grudberg, ct01186
                    JACOBS, GRUDBERG, BELT & DOW, P.C.
                    350 Orange St.
                    P.O. Box 606
                    New Haven, CT  06503
                    Ph.:(203) 772-3100
                    Fax:(203) 772-1691
                    Email: dgrudberg@jacobslaw.com

                    James I. Meyerson, ct24660
                    396 Broadway - Suite 601
                    New York, New York 10013
                    Ph.:(212) 226-3310
                    Fax: (212) 219-9412
                    Email: jimeyerson@yahoo.com

                    His Attorneys
```

CERTIFICATION

I hereby certify that a copy of the foregoing was mailed first class, postage prepaid on October 29, 2003 to:

Martin S. Echter, Esq.
Deputy Corporation Counsel
165 Church St. - 4th Fl.
New Haven, CT 06510

Stephen P. Fogerty, Esq.
Robert A. Rhodes, Esq.
Halloran & Sage LLP
315 Post Road West
Westport, CT 06880

William J. Doyle, Esq.
Kenneth D. Heath, Esq.
Wiggin & Dana
One Century Tower
New Haven, CT 06510

                                                                _____
David T. Grudberg

4