FILED

2003 NOV 17 P 2: 02

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JAMES VAN DE VELDE,                          :
         Plaintiff,                          :
                                             :    CIVIL NO. 3:01cv02296(RNC)
                                             :
VS.                                          :
                                             :
MELVIN WEARING, BRIAN SULLIVAN,              :
THOMAS TROCCHIO, EDWARD KENDALL,             :
ESTATE OF ANTHONY DILULLO, by Lisa           :    NOVEMBER 17, 2003
Bull DiLullo, Legal Representative,          :
JOHN DOES, RICHARD LEVIN,                    :
LINDA LORIMER, RICHARD BRODHEAD,             :
THOMAS CONROY, and JAMES PERROTTI,           :
         Defendants.                         :

**CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION
TO DISMISS AND RECONSIDERATION OF FINAL EXTENSION**

Plaintiff James Van De Velde hereby moves for an extension of time to November 19, 2003 to file his memorandum in opposition to the Motion to Dismiss dated July 31, 2003 filed by defendants Richard Levin, Linda Lorimer, Richard Brodhead, Thomas Conroy, and James Perrotti ("the Yale defendants"), and reconsideration of the Court's order that no further extensions would be granted. In support thereof, plaintiff states as follows:

The current due date for plaintiff's opposition papers to defendants' motion to dismiss is due on November 14, 2003.

Defendants have filed a 40-page memorandum in support of their motion. The motion is very complicated, and raises numerous constitutional claims. The other defendants in the case have moved for judgment on the pleadings, and have moved to adopt the memorandum filed by the Yale defendants.

Upon granting plaintiff's most recent extension request, the Court indicated no further extensions would be granted. The undersigned did not receive this order until November 11th. Counsel in fact had been planning to ask for a brief additional extension. Upon receiving the Court's order, however, the undersigned attempted to complete the brief by the November 14th deadline.

Unfortunately, the task of completing the brief has proved more daunting than anticipated. The most recent draft of the brief, prepared in conjunction with co-counsel James I. Meyerson, Esq., ran approximately 75 pages. Because defendants did not exceed the court's 40-page limit in their moving papers, the undersigned does not want to seek the Court's permission to exceed the page limit. Counsel believes it will be possible to file a brief within the page limits, and that such a filing will ultimately ease the Court's task in addressing the defendants'

legal arguments. Unfortunately, counsel need a few additional days to complete the re-drafting of the brief.

The undersigned is scheduled for oral argument in the Connecticut Appellate Court on the morning of November 18th, in a criminal appeal for an incarcerated client serving a 60-year sentence for sexual assault. Other than that obligation, the undersigned has cleared his schedule so that the brief may be completed.

For these reasons, plaintiff requests a revised final extension to November 19th for the filing of responsive papers.

William J. Doyle, Esq., counsel for the moving defendants, does not object to the requested extension. Five prior motions for extension were filed with respect to this deadline.

```
                        THE PLAINTIFF
                        JAMES VAN DE VELDE

                   By_____
                        David T. Grudberg, ct01186
                        JACOBS, GRUDBERG, BELT & DOW, P.C.
                        350 Orange St.
                        P.O. Box 606
                        New Haven, CT  06503
                        Ph.:(203) 772-3100
                        Fax:(203) 772-1691
                        Email: dgrudberg@jacobslaw.com

                        James I. Meyerson, ct24660
                        396 Broadway - Suite 601
                        New York, New York 10013
                        Ph.:(212) 226-3310
                        Fax: (212) 219-9412
                        Email: jimeyerson@yahoo.com

                        His Attorneys
```

CERTIFICATION

I hereby certify that a copy of the foregoing was mailed first class, postage prepaid on November 17, 2003 to:

Martin S. Echter, Esq.
Deputy Corporation Counsel
165 Church St. - 4th Fl.
New Haven, CT 06510

Stephen P. Fogerty, Esq.
Robert A. Rhodes, Esq.
Halloran & Sage LLP
315 Post Road West
Westport, CT 06880

William J. Doyle, Esq.
Kenneth D. Heath, Esq.
Wiggin & Dana
One Century Tower
New Haven, CT 06510

David T. Grudberg