FILED

2003 NOV 21 P 1: 52

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES VAN DE VELDE | : | CIVIL NO. 3:01CV02296 (RNC) |
| vs. | : | |
| MELVIN WEARING, ET AL. | : | NOVEMBER 21, 2003 |

**MOTION FOR EXTENSION OF TIME**

Defendants Richard Levin, Linda Lorimer, Richard Brodhead, Thomas Conroy and James Perrotti move this Court, pursuant to Rule 7(b) of the Local Rules and Rule 6(b) of the Federal Rules of Civil Procedure, for an extension of time until December 12, 2003, within which to file its reply to plaintiff's opposition to the moving defendants' July 31, 2003 motion to dismiss the Amended Complaint.

Pursuant to Local Rule 9(b)(3), moving counsel inquired of plaintiff's counsel and there is no objection to the requested extension.

Under Rule 6(a) and Local Rule 6 of the Federal Rules of Civil Procedure, moving defendants' reply brief is currently due December 4, 2003. Moving defendants submit that good cause exists for granting an eight-day extension for the following reasons:

**ORAL ARGUMENT IS NOT REQUESTED**

(1) Plaintiff filed his opposition brief on November 19, 2003, after multiple extensions of time from its original due date of August 21, 2003. Moving defendants opposed none of plaintiff's formal extension requests, which ultimately led to the Court's extending plaintiff's filing deadline to November 14 and an order that no further extensions would be granted. With moving defendants' consent, plaintiff sought and received additional extensions to November 17 and finally November 19. The net result of these extensions, however, is that plaintiff's opposition has been filed shortly before the week of Thanksgiving, when the principal drafter of moving defendants' reply will be on vacation and unable to work on the brief.

(2) Plaintiff's complaint, the motion to dismiss and plaintiff's opposition raise a host of constitutional issues that require additional time to address properly for this Court within the ten-page limit for a reply brief, which moving defendants have every intention of meeting.

Moving defendants therefore seek an additional week's time in which to file their reply. Moving defendants anticipate that no additional extensions will be sought.

DEFENDANTS RICHARD LEVIN, LINDA LORIMER, RICHARD BRODHEAD, THOMAS CONROY, AND JAMES PERROTTI

By _____
William J. Doyle (ct04190)
Kenneth D. Heath (ct23659)
of Wiggin & Dana LLP
One Century Tower
P. O. Box 1832
New Haven, CT 06508-1832
Tel: (203) 498-4308
Fax: (203) 789-2889
email: kheath@wiggin.com
Their Attorneys

SO ORDERED:

_____
        U.S.D.C.

**CERTIFICATION**