#57

01CV2296mtnxtnd

FILED

2003 NOV 17 P 2: 02

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JAMES VAN DE VELDE,
    Plaintiff,

VS.

MELVIN WEARING, BRIAN SULLIVAN,
THOMAS TROCCHIO, EDWARD KENDALL,
ESTATE OF ANTHONY DILULLO, by Lisa
Bull DiLullo, Legal Representative,
JOHN DOES, RICHARD LEVIN,
LINDA LORIMER, RICHARD BRODHEAD,
THOMAS CONROY, and JAMES PERROTTI,
    Defendants.

CIVIL NO. 3:01cv02296(RNC)

NOVEMBER 17, 2003

So ordered. Denied as moot. Robert N. Chatigny, U.S.D.J.

November 21, 2003.

FILED 2003 NOV 21 A 11:33 US DISTRICT COURT HARTFORD CT

CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION
TO DISMISS AND RECONSIDERATION OF FINAL EXTENSION

    Plaintiff James Van De Velde hereby moves for an extension of time to November 19, 2003 to file his memorandum in opposition to the Motion to Dismiss dated July 31, 2003 filed by defendants Richard Levin, Linda Lorimer, Richard Brodhead, Thomas Conroy, and James Perrotti ("the Yale defendants"), and reconsideration of the Court's order that no further extensions would be granted. In support thereof, plaintiff states as follows:

    The current due date for plaintiff's opposition papers to defendants' motion to dismiss is due on November 14, 2003.