

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES VAN DE VELDE | : | CIVIL ACTION |
| V. | : | NO. 3:01 CV 02296 (RNC) |
| MELVIN WEARING, ET AL. | : | NOVEMBER 25, 2003 |

### MOTION FOR EXTENSION OF TIME TO REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS

The undersigned defendants hereby move this Court pursuant to Rule 7(b) of the Local Rules and Rule 6(b) of the Federal Rules of Civil Procedure for an extension of time up to and including December 15, 2003 within which to file their reply to plaintiff's opposition to the defendants' motion for judgment on the pleadings.

Pursuant to Local Rule 9(b)(3), moving counsel inquired of plaintiff's counsel and there is no objection to the requested extension. This is the first such extension requested in this case.

This extension of time is necessary because defendants' counsel was on trial until November 21, 2003 and will require additional time in which to review the plaintiff's

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No. 412195

opposition memorandum and file a thorough and meaningful reply memorandum, if necessary.

                    THE DEFENDANTS:
                    MELVIN WEARING, BRIAN SULLIVAN,
                    THOMAS TROCCHIO, EDWARD KENDALL
                    and the ESTATE OF ANTHONY DILULLO

By: _____
        Robert A. Rhodes of
        HALLORAN & SAGE  LLP
        Fed. Bar #ct13583
        315 Post Road West
        Westport, CT 06880
        (203) 227-2855

## CERTIFICATION

This is to certify that on this 25th day of November, 2003, I hereby mailed a copy of the foregoing to:

David Grudberg
The Law Offices of Jacobs, Grudberg & Belt
350 Orange Street
New Haven, CT 06511

James I. Meyerson
396 Broadway, Suite 601
New York, NY 10013

Martin S. Echter
Deputy Corporation Counsel
165 Church Street, 4th Floor
New Haven, CT 06510

William J. Doyle
Wiggin & Dana, LLP
265 Church Street
PO Box 1832
New Haven, CT 06508-1832

_____
Robert A. Rhodes

489521.1(HSFP)

315 Post Road West
Westport, CT 06880

3
HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No. 412195