#59

FILED

2003 NOV 21 P 1: 52

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JAMES VAN DE VELDE                    :        CIVIL NO. 3:01CV02296 (RNC) /mxf

vs.                                   :

MELVIN WEARING, ET AL.                :        NOVEMBER 21, 2003

### MOTION FOR EXTENSION OF TIME

Defendants Richard Levin, Linda Lorimer, Richard Brodhead, Thomas Conroy and

James Perrotti move this Court, pursuant to Rule 7(b) of the Local Rules and Rule 6(b) of the

Federal Rules of Civil Procedure, for an extension of time until December 12, 2003, within

which to file its reply to plaintiff's opposition to the moving defendants' July 31, 2003 motion to

dismiss the Amended Complaint.

Pursuant to Local Rule 9(b)(3), moving counsel inquired of plaintiff's counsel and there

is no objection to the requested extension.

Under Rule 6(a) and Local Rule 6 of the Federal Rules of Civil Procedure, moving

defendants' reply brief is currently due December 4, 2003. Moving defendants submit that good

cause exists for granting an eight-day extension for the following reasons:

**ORAL ARGUMENT IS NOT REQUESTED**

*Granted. 11/25/03*

FILED

2003 NOV 25 A 11: 14

US DISTRICT COURT
HARTFORD CT