

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JAMES VAN DE VELDE         :    CIVIL ACTION
                                NO. 3:01 CV 02296 (RNC)
V.                         :

MELVIN WEARING, ET AL.     :    NOVEMBER 25, 2003

### MOTION FOR EXTENSION OF TIME TO REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS

The undersigned defendants hereby move this Court pursuant to Rule 7(b) of the Local Rules and Rule 6(b) of the Federal Rules of Civil Procedure for an extension of time up to and including December 15, 2003 within which to file their reply to plaintiff's opposition to the defendants' motion for judgment on the pleadings.

Pursuant to Local Rule 9(b)(3), moving counsel inquired of plaintiff's counsel and there is no objection to the requested extension. This is the first such extension requested in this case.

This extension of time is necessary because defendants' counsel was on trial until November 21, 2003 and will require additional time in which to review the plaintiff's

So ordered.
Granted. Robert N. Chatigny, U.S.D.J.
December 1, 2003.

315 Post Road West
Westport, CT 06880

**HALLORAN**
**& SAGE LLP**

Phone (203) 227-2855
Fax (203) 227-6992
Juris No. 412195