UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JAMES VAN DE VELDE          :        CIVIL NO. 3:01CV02296 (RNC)
                            :
vs.                         :
                            :
MELVIN WEARING ET AL.       :        DECEMBER 12, 2003

## APPEARANCE

To the Clerk of this Court and all parties of record:

**Enter my appearance as counsel in this case for:**

Defendants Richard Levin, Linda Lorimer, Richard Brodhead, Thomas Conroy and James Perrotti

December 12, 2003
**Date**

                                    Signature

CT12725
**Connecticut Federal Bar Number**           Aaron S. Bayer
                                             **Print Clearly or Type Name**

(203) 498-4400                               One Century Tower
**Telephone Number**                         **Address**

(203) 782-2889                               New Haven, CT 06508-1832
**Fax Number**

abayer@wiggin.com
**E-mail address**

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on the 12th day of December, 2003, to the following:

David T. Grudberg, Esq.
Jacobs, Grudberg, Belt & Dow, P.C.
350 Orange Street
P.O. Box 606
New Haven, CT 06503

James I. Meyerson, Esq.
396 Broadway, Suite #601
New York, NY 10013

Martin S. Echter, Esq.
Deputy Corporation Counsel
165 Church Street, 4th Floor
New Haven, CT 06510

Robert A. Rhodes, Esq.
Stephen P. Fogerty, Esq.
Halloran & Sage
315 Post Road West
Westport, CT 06880

Kenneth D. Heath (ct23659)

\490\177\410111.1