FILED

2004 FEB 19 P 1:41

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| JAMES VAN DE VELDE,<br>     Plaintiff, | :<br>:<br>: |
| | : CIVIL NO. 3:01cv02296(RNC) |
| VS. | :<br>: |
| MELVIN WEARING, BRIAN SULLIVAN,<br>THOMAS TROCCHIO, EDWARD KENDALL,<br>ESTATE OF ANTHONY DILULLO, by Lisa<br>Bull DiLullo, Legal Representative,<br>JOHN DOES, RICHARD LEVIN,<br>LINDA LORIMER, RICHARD BRODHEAD,<br>THOMAS CONROY, and JAMES PERROTTI,<br>     Defendants. | :<br>:<br>:<br>: FEBRUARY 18, 2004<br>:<br>:<br>:<br>:<br>: |

CONSENT MOTION FOR EXTENSION OF TIME
TO RESPOND TO DISCOVERY REQUESTS

Plaintiff in the above matter hereby moves for a 30-day extension of time, to March 22, 2004, to answer and/or object to the interrogatories and requests for production dated January 19, 2004 served by defendants Wearing, Sullivan, Trocchio, Kendall, and Estate of Anthony DiLullo. In support thereof, plaintiff states as follows:

The above-named defendants served interrogatories and requests for production by mail on January 19, 2004. Under the applicable rules, plaintiff's answers or objections would be due on February 21, 2004.

Plaintiff requires additional time to prepare answers and/or objections.

Pursuant to Local Rule 7(b)(1)(b), plaintiff requests a 30-day extension of time to serve his answers and/or objections to the pending discovery requests.

Robert Rhodes, counsel for the above-named defendants, does not object to the requested extension.

No prior extensions of this time deadline have been sought.

<div style="margin-left: 3em;">

THE PLAINTIFF
JAMES VAN DE VELDE

By _____
David T. Grudberg, ct01186
JACOBS, GRUDBERG, BELT & DOW, P.C.
350 Orange St.
P.O. Box 606
New Haven, CT  06503
Ph.:(203) 772-3100
Fax:(203) 772-1691
Email: dgrudberg@jacobslaw.com

James I. Meyerson, ct24660
396 Broadway - Suite 601
New York, New York 10013
Ph.:(212) 226-3310
Fax: (212) 219-9412
Email: jimeyerson@yahoo.com

His Attorneys

</div>

2

CERTIFICATION

    I hereby certify that a copy of the foregoing was mailed first class, postage prepaid on February 18, 2004 to:

Stephen P. Fogerty, Esq.
Robert A. Rhodes, Esq.
Halloran & Sage LLP
315 Post Road West
Westport, CT 06880

William J. Doyle, Esq.
Kenneth D. Heath, Esq.
Wiggin & Dana
One Century Tower
New Haven, CT 06510

                                            David T. Grudberg