UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES VAN DE VELDE,<br>    Plaintiff,<br><br>VS.<br><br>MELVIN WEARING, BRIAN SULLIVAN,<br>THOMAS TROCCHIO, EDWARD KENDALL,<br>ESTATE OF ANTHONY DILULLO, by Lisa<br>Bull DiLullo, Legal Representative,<br>BRIAN NORWOOD, JOHN DOES,<br>    Defendants. | CIVIL NO. 3:01cv02296(RNC)<br><br><br><br><br>MARCH 4, 2004 |

MOTION FOR LEAVE TO FILE SUPPLEMENTAL COMPLAINT
AND JOIN ADDITIONAL PARTY

    Plaintiff hereby moves, pursuant to Fed. R. Civ. P. 15(d) and 21, for permission to file a supplemental complaint in this matter and to join an additional defendant. In support thereof, plaintiff states as follows:

    1.    As the Court is aware, motions are pending by all defendants in this matter either for dismissal under Rule 12(b)(6) or judgment on the pleadings.

    2.    Plaintiff wishes to supplement his complaint to add as a party defendant Brian Norwood, and to add allegations of new facts that have occurred since the filing of the most recent complaint. Mr. Norwood was a detective with the New Haven Police Department in 1998, served for a period of time as chief of detectives, and now serves as Deputy Chief of Police. The request to add Mr. Norwood as a party defendant is prompted by his recent comments regarding

plaintiff in the Hartford Courant. The comments at issue were published on February 1, 2004, and are set out in Paragraph 146 of the proposed supplemental amended complaint, attached to this motion. In essence, Mr. Norwood publicly stated that plaintiff was "the prime suspect" in the Suzanne Jovin murder investigation.

    3. In the current complaint, plaintiff alleges that defendants have wrongfully continued to label him publicly as a "suspect" in the Jovin murder. See generally ¶ 116. Several specific comments by defendant Wearing are cited in the complaint. See, e.g., ¶¶ 119, 122, 134, 136. Defendant Wearing is no longer with the police department. The recent comments by Deputy Chief Norwood are consistent with the ongoing comments by former Chief Wearing, and are appropriately part of plaintiff's legal claims. Deputy Chief Norwood, however, is not currently a defendant in the case.

    4. For these reasons, defendant seeks leave to supplement the complaint in the form attached, and to add Deputy Chief Norwood as a defendant.

    5. As set forth in the accompanying memorandum of law, a party generally can supplement its complaint with leave of court, so long as the defendants will not be substantially prejudiced. The power to supplement a complaint also includes the possibility of adding new parties, if necessary.

6. Plaintiff is mindful that the most recent scheduling order entered by the Court contemplated the addition of any new defendants before this date. However, the basis for the amendment, and the addition of the proposed new party, did not occur until quite recently.

7. Plaintiff is also mindful that the Court has before it very significant briefing on substantive motions addressed to the sufficiency of the revised complaint. The proposed amendment, and addition of a new party connected with the New Haven Police Department, will not, in plaintiff's counsels' view, affect the issues pending before the Court.

8. Amendment of the complaint to add the new defendant will also serve principles of judicial efficiency, as it will obviate the possible need to file a separate action arising from Deputy Chief Norwood's recent conduct. It will be more efficient to have that conduct considered together with the equivalent conduct that is already at issue in the matter pending before the Court.

WHEREFORE, for the foregoing reasons, plaintiff requests leave to supplement his complaint in the form attached, and to join the additional defendant named in that complaint.

```
                              THE PLAINTIFF
                              JAMES VAN DE VELDE


                         By_____
                              David T. Grudberg, ct01186
                              JACOBS, GRUDBERG, BELT & DOW, P.C.
                              350 Orange St.
                              P.O. Box 606
                              New Haven, CT  06503
                              Ph.:(203) 772-3100
                              Fax:(203) 772-1691
                              Email: dgrudberg@jacobslaw.com


                              James I. Meyerson
                              396 Broadway - Suite 601
                              New York, New York 10013
                              Ph.:(212) 226-3310

                              His Attorneys
```

## CERTIFICATION

    I hereby certify that a copy of the foregoing was mailed first class, postage prepaid on March 4, 2004 to:

Stephen P. Fogerty, Esq.
Robert A. Rhodes, Esq.
Halloran & Sage LLP
315 Post Road West
Westport, CT 06880

Martin S. Echter, Esq.
Deputy Corporation Counsel
165 Church St. - 4th Fl.
New Haven, CT 06510

William J. Doyle, Esq.
Kenneth D. Heath, Esq.
Wiggin & Dana
One Century Tower
New Haven, CT  06510

                                            _____
                                                  David T. Grudberg