01cv2296mtnext

66

FILED

2004 FEB 19 P 1:41

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DISTRICT COURT
HARTFORD, CT.

JAMES VAN DE VELDE,
    Plaintiff,

:
:
:  CIVIL NO. 3:01cv02296(RNC)
:
:
:
MELVIN WEARING, BRIAN SULLIVAN, :
THOMAS TROCCHIO, EDWARD KENDALL, :
ESTATE OF ANTHONY DILULLO, by Lisa :   FEBRUARY 18, 2004
Bell DiLullo, Legal Representative, :
JOHN DOES, RICHARD LEVIN, :
LINDA LORIMER, RICHARD BRODHEAD, :
THOMAS CONROY, and JAMES PERROTTI, :
    Defendants. :

CONSENT MOTION FOR EXTENSION OF TIME
TO RESPOND TO DISCOVERY REQUESTS

Plaintiff in the above matter hereby moves for a 30-day extension of time, to March 22, 2004, to answer and/or object to the interrogatories and requests for production dated January 19, 2004 served by defendants Wearing, Sullivan, Trocchio, Kendall, and Estate of Anthony DiLullo. In support thereof, plaintiff states as follows:

The above-named defendants served interrogatories and requests for production by mail on January 19, 2004. Under the applicable rules, plaintiff's answers or objections would be due on February 21, 2004.

FILED 2004 MAR 10 A 11:04 U.S. DISTRICT COURT HARTFORD, CT.

*Handwritten margin annotation (left):* March 10, 2004. Granted. Counsel are reminded that motions for extension of time must be filed 5 days prior the deadline in question. So ordered. /s/ Robert N. Chatigny, U.S.D.J.

*Handwritten (right):* PB