UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES VAN DE VELDE | : |
| | : |
| v. | : CASE NO. 3:01CV2296(RNC) |
| | : |
| MELVIN WEARING, ET AL., | : |

## JUDGMENT

This action having come on for consideration of a motion to dismiss filed by the Yale defendants and a motion for judgment on the pleadings filed by the New Haven defendants before the Honorable Robert N. Chatigny, United States District Judge, and

The court having considered the motions and the full record of the case including applicable principles of law, and having filed a ruling and order granting the motions, dismissing the federal claims with prejudice, and dismissing the state law claims without prejudice to refiling in state court, it is hereby

ORDERED, ADJUDGED and DECREED that the judgment be and is hereby entered in favor of the defendants.

Dated at Hartford, Connecticut, this 16th day of March 2004.

KEVIN F. ROWE, Clerk

By _____/s/lik_____
Linda I. Kunofsky
Deputy Clerk

EOD _____