UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES VAN DE VELDE | : | CIVIL ACTION |
| | | NO. 3:01 CV 02296 (RNC) |
| V. | : | |
| | | |
| MELVIN WEARING, ET AL. | : | MARCH 23, 2004 |

**OBJECTION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL COMPLAINT AND JOINT ADDITIONAL PARTY DATED MARCH 4, 2004**

Pursuant to Local Rule 7(a)(1), the undersigned defendants hereby object to the plaintiff's Motion which seeks to add Bryan Norwood, Deputy Chief of the New Haven Police Department, as a party defendant in the above-captioned matter. This proposed amendment seeks to add a claim based on a statement allegedly made by Deputy Chief Norwood which appeared in an article in the Hartford Courant on February 1, 2004. This alleged statement appears to have been in direct response to a specific question concerning the plaintiff's status as a suspect in the murder of Suzanne Jovin.

The defendants object to the addition of Deputy Chief Norwood as a party defendant because this claim is now moot in light of the court's dismissal of the plaintiff's claims in its Memorandum of Decision dated March 12, 2004. Additionally, the addition of the proposed new claims does not properly related back to the claims set forth in the plaintiff's original Complaint. In the original Complaint, the plaintiff claimed

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No. 412195

that the initial "leak" or disclosure of his name as a suspect in the murder of Suzanne Jovin deprived him of his civil rights and his privacy rights under state. In contrast, the plaintiff's new allegation against Deputy Chief Norwood merely consists of a 2004 statement in which Deputy Chief Norwood allegedly confirms the plaintiff's status as a suspect. Since the plaintiff's original claims are essentially based on the alleged initial disclosure of his identity and status as a suspect to the media, and his damages were also caused by this initial disclosure, the recent confirmation status as a suspect does not relate back to the initial disclosure which is the subject of his original complaint. Rather, Deputy Chief Norwood's recent statement is merely a comment on information which has been public for approximately five years.

Finally, the plaintiff appears to be using the present lawsuit as a way to prevent the officials from the New Haven Police Department from commenting or responding to direct questions from the media concerning a crime which is of interest to the public. As such, the proposed amendment would have a chilling effect on officials from the New Haven Police Department and should not be permitted in this matter.

For the reasons set forth, the plaintiff's Motion for Leave to Amend Complaint dated March 4, 2004 should be denied.

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No. 412195

THE DEFENDANTS:
MELVIN WEARING, BRIAN SULLIVAN,
THOMAS TROCCHIO, EDWARD
KENDALL
and the ESTATE OF ANTHONY DILULLO

By: _____
Robert A. Rhodes of
HALLORAN & SAGE LLP
Fed. Bar #ct13583
315 Post Road West
Westport, CT 06880
(203) 227-2855

3

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No. 412195

## CERTIFICATION

This is to certify that on this 15th day of August, 2003, I hereby mailed a copy of the foregoing to:

David Grudberg
The Law Offices of Jacobs, Grudberg & Belt
350 Orange Street
New Haven, CT 06511

James I. Meyerson
396 Broadway, Suite 601
New York, NY 10013

Martin S. Echter
Deputy Corporation Counsel
165 Church Street, 4th Floor
New Haven, CT 06510

William J. Doyle
Wiggin & Dana, LLP
265 Church Street
PO Box 1832
New Haven, CT 06508-1832

_____
Robert A. Rhodes

530122
530122.1(HSFP)

315 Post Road West
Westport, CT 06880


HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No. 412195