UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES VAN DE VELDE,<br>    Plaintiff, | :<br>:<br>:   CIVIL NO. 3:01cv02296(RNC)<br>: |
| VS. | :<br>: |
| MELVIN WEARING, BRIAN SULLIVAN,<br>THOMAS TROCCHIO, EDWARD KENDALL,<br>ESTATE OF ANTHONY DiLULLO, by Lisa<br>Bull DiLullo, Legal Representative,<br>JOHN DOES, RICHARD LEVIN,<br>LINDA LORIMER, RICHARD BRODHEAD,<br>THOMAS CONROY, and JAMES PERROTTI,<br>    Defendants. | :<br>:<br>:   MARCH 29, 2004<br>:<br>:<br>:<br>:<br>: |

MOTION FOR EXTENSION OF TIME
TO FILE MOTION FOR RECONSIDERATION

    Plaintiff James Van De Velde hereby moves for an extension of time to April 1, 2004 to file a motion, pursuant to Local Rule 7(c), for reconsideration of the Court's ruling filed March 15, 2004 granting the Motion to Dismiss filed by defendants Richard Levin, Linda Lorimer, Richard Brodhead, Thomas Conroy, and James Perrotti, and the Motion for Judgment on the Pleadings filed by defendants Melvin Wearing, Brian Sullivan, Thomas Trocchio, Edward Kendall, and Estate of Anthony DiLullo.  In support thereof, plaintiff states as follows:

    The current deadline for filing a motion for reconsideration under Local Rule 7(c) is March 29, 2004.

    Counsel for plaintiff plan to file such a motion, and have made substantial progress on the motion and supporting memorandum.

A brief additional extension of time is required in order to finalize the motion for reconsideration.  As the Court is aware, the initial motions involved numerous substantial legal issues, which were addressed in lengthy briefs filed by the parties.

For these reasons, plaintiff requests an extension of time to April 1, 2004 for the filing of his motion for reconsideration.

William J. Doyle, Esq., counsel for the Yale defendants, does not object to the requested extension.  Counsel was unable to reach Robert A. Rhoades, Esq., counsel for the New Haven defendants, to ascertain his position.  No prior motions for extension have been filed with respect to this deadline.

          THE PLAINTIFF
          JAMES VAN DE VELDE

By_____
  David T. Grudberg, ct01186
  JACOBS, GRUDBERG, BELT & DOW, P.C.
  350 Orange St.
  P.O. Box 606
  New Haven, CT  06503
  Ph.:(203) 772-3100
  Fax:(203) 772-1691
  Email: dgrudberg@jacobslaw.com

  James I. Meyerson, ct24660
  396 Broadway - Suite 601
  New York, New York 10013
  Ph.:(212) 226-3310
  Fax: (212) 219-9412
  Email: jimeyerson@yahoo.com

  His Attorneys

CERTIFICATION

    I hereby certify that a copy of the foregoing was mailed first class, postage prepaid on March 29, 2004 to:

Martin S. Echter, Esq.
Deputy Corporation Counsel
165 Church St. - 4th Fl.
New Haven, CT 06510

Stephen P. Fogerty, Esq.
Robert A. Rhodes, Esq.
Halloran & Sage LLP
315 Post Road West
Westport, CT 06880

William J. Doyle, Esq.
Kenneth D. Heath, Esq.
Wiggin & Dana
One Century Tower
New Haven, CT  06510

                                                _____
                                                  David T. Grudberg