UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES VAN DE VELDE | : | CIVIL NO. 3:01CV02296 (RNC) |
| vs. | : | |
| MELVIN WEARING, ET AL. | : | MARCH 30, 2004 |

## MOTION TO ALTER OR AMEND JUDGMENT

Defendants Richard Levin, Linda Lorimer, Richard Brodhead, Thomas Conroy and James Perrotti move this Court, pursuant to Rule 59 of the Federal Rules of Civil Procedure, to amend the judgment to reflect that this Court is retaining jurisdiction to decide the state law claims, on the ground that Plaintiff invoked diversity jurisdiction in his complaint as a separate and independent basis for federal subject matter jurisdiction. *See Pilarczyk v. Morrison-Knudsen Corp.*, 965 F. Supp. 311, 321 n.9 (N.D.N.Y. 1997), *aff'd*, 162 F.3d 1148 (2d Cir. 1998).

**ORAL ARGUMENT IS NOT REQUESTED**

DEFENDANTS RICHARD LEVIN, LINDA LORIMER, RICHARD BRODHEAD, THOMAS CONROY, AND JAMES PERROTTI

By _____
William J. Doyle (ct04190)
Kenneth D. Heath (ct23659)
of Wiggin & Dana LLP
One Century Tower
P. O. Box 1832
New Haven, CT  06508-1832
Tel:  (203) 498-4308
Fax:  (203) 789-2889
email:  kheath@wiggin.com
Their Attorneys

SO ORDERED:


_____
         U.S.D.C.

2

## CERTIFICATION

This is to certify that on this 30the day of March, 2004, a copy of the foregoing was mailed, postage prepaid, to:

David T. Grudberg, Esq.
Jacobs, Grudberg, Belt & Dow, P.C.
350 Orange Street
P.O. Box 606
New Haven, CT 06503

James I. Meyerson, Esq.
396 Broadway, Suite #601
New York, NY 10013

Martin S. Echter, Esq.
Deputy Corporation Counsel
165 Church Street, 4th Floor
New Haven, CT 06510

Robert A. Rhodes, Esq.
Stephen P. Fogerty, Esq.
Halloran & Sage
315 Post Road West
Westport, CT 06880

_____
Kenneth D. Heath (ct23659)

\490\177\457762.1