

UNITED STATES DISTRICT COURT FILED

DISTRICT OF CONNECTICUT

2004 MAR 29 P 2: 32

DISTRICT COURT
FORD, CT.

| | |
|---|---|
| JAMES VAN DE VELDE, | : |
| Plaintiff, | : |
| | : |
| | : CIVIL NO. 3:01cv02296(RNC) |
| VS. | : |
| | : |
| MELVIN WEARING, BRIAN SULLIVAN, | : |
| THOMAS TROCCHIO, EDWARD KENDALL, | : |
| ESTATE OF ANTHONY DILULLO, by Lisa | : MARCH 29, 2004 |
| Bull DiLullo, Legal Representative, | : |
| JOHN DOES, RICHARD LEVIN, | : |
| LINDA LORIMER, RICHARD BRODHEAD, | : |
| THOMAS CONROY, and JAMES PERROTTI, | : |
| Defendants. | : |

MOTION FOR EXTENSION OF TIME
TO FILE MOTION FOR RECONSIDERATION

Plaintiff James Van De Velde hereby moves for an extension of
time to April 1, 2004 to file a motion, pursuant to Local Rule
7(c), for reconsideration of the Court's ruling filed March 15,
2004 granting the Motion to Dismiss filed by defendants Richard
Levin, Linda Lorimer, Richard Brodhead, Thomas Conroy, and James
Perrotti, and the Motion for Judgment on the Pleadings filed by

**March 30, 2004.**    <u>James Van de Velde v. Melvin Wearing, et al.,</u>
                         Case Number 3:01CV2296(RNC)

RE:  Motion for Extension of Time to File Motion for Reconsideration [doc. 73]

Granted.  Counsel are reminded that motions for extension of time must be
filed 5 days prior to the deadline in question.  So ordered.

Robert N. Chatigny, U.S.D.J.