UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES VAN DE VELDE, | : | |
| Plaintiff, | : | |
| | : | CIVIL NO. 3:01CV02296 (RNC) |
| | : | |
| VS. | : | |
| | : | |
| MELVIN WEARING, BRIAN SULLIVAN, | : | |
| THOMAS TROCCHIO, EDWARD KENDALL, | : | |
| ESTATE OF ANTHONY DILULLO, by Lisa | : | APRIL 1, 2004 |
| Bull DiLullo, Legal Representative, | : | |
| JOHN DOES, RICHARD LEVIN, | : | |
| LINDA LORIMER, RICHARD BRODHEAD, | : | |
| THOMAS CONROY, and JAMES PERROTTI, | : | |
| Defendants. | : | |

## <u>MOTION TO RECONSIDER</u>

Plaintiff in the above matter hereby moves, pursuant to D. Conn. L. Civ. R. 7(c), for reconsideration of the Court's Ruling and Order filed March 15, 2004. Plaintiff respectfully submits that the Court, in reaching its decision, overlooked important factual and legal matters.

The reasons in support of this motion are discussed in greater detail in the accompanying memorandum.

THE PLAINTIFF
JAMES VAN DE VELDE

By_____
     David T. Grudberg, ct01186
     JACOBS, GRUDBERG, BELT & DOW, P.C.
     350 Orange St.
     P.O. Box 606
     New Haven, CT  06503
     Ph.:(203) 772-3100
     Fax:(203) 772-1691
     Email: dgrudberg@jacobslaw.com

     James I. Meyerson
     396 Broadway - Suite 601
     New York, New York 10013
     Ph.:(212) 226-3310

     His Attorneys

<u>CERTIFICATION</u>

I hereby certify that a copy of the foregoing was mailed first class, postage prepaid on April 1, 2004 to:

Martin S. Echter, Esq.
Deputy Corporation Counsel
165 Church St. - 4th Fl.
New Haven, CT 06510

Stephen P. Fogerty, Esq.
Robert A. Rhodes, Esq.
Halloran & Sage LLP
315 Post Road West
Westport, CT 06880

William J. Doyle, Esq.
Kenneth D. Heath, Esq.
Wiggin & Dana
One Century Tower
New Haven, CT  06510


                                            _____
                                               David T. Grudberg