UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES VAN DE VELDE | CIVIL NO. 3:01CV02296 (RNC) |
| vs. | |
| MELVIN WEARING, ET AL. | DECEMBER 27, 2004 |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

William J. Doyle of Wiggin and Dana LLP hereby moves this Court, pursuant to Local Rule 7(e), for permission to withdraw his appearance for the defendants Richard Levin, Linda Lorimer, Richard Brodhead, Thomas Conroy and James Perrotti on the grounds that he is retiring from the practice of law as of December 31, 2004. Other counsel from Wiggin and Dana already have appeared for the defendants. The undersigned counsel certifies that the defendants have been sent notice of this motion by certified mail.

**ORAL ARGUMENT NOT REQUESTED.**

Respectfully submitted,

DEFENDANTS
RICHARD LEVIN, LINDA LORIMER,
RICHARD BRODHEAD, THOMAS CONROY,
AND JAMES PERROTTI

By: _____
William J. Doyle (ct04190)
wdoyle@wiggin.com
Kenneth D. Heath (ct23659)
kheath@wiggin.com
of Wiggin and Dana LLP
One Century Tower
P. O. Box 1832
New Haven, CT 06508-1832
Tel: (203) 498-4400
Fax: (203) 789-2889
Their Attorneys

## **CERTIFICATION**

This is to certify that on this 27th day of December, 2004, a copy of the foregoing was mailed, postage prepaid, to:

David T. Grudberg, Esq.
Jacobs, Grudberg, Belt & Dow, P.C.
350 Orange Street
P.O. Box 606
New Haven, CT  06503

James I. Meyerson, Esq.
396 Broadway, Suite #601
New York, NY  10013

Martin S. Echter, Esq.
Deputy Corporation Counsel
165 Church Street, 4th Floor
New Haven, CT  06510

Robert A. Rhodes, Esq.
Stephen P. Fogerty, Esq.
Halloran & Sage
315 Post Road West
Westport, CT  06880

William J. Doyle

\490\177\506602.1