81

FILED
2004 DEC 27 P 2: 27
U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES VAN DE VELDE | : | CIVIL NO. 3:01CV02296 (RNC) |
| vs. | : | |
| MELVIN WEARING, ET AL. | : | DECEMBER 27, 2004 |

### MOTION FOR LEAVE TO WITHDRAW APPEARANCE

William J. Doyle of Wiggin and Dana LLP hereby moves this Court, pursuant to Local Rule 7(e), for permission to withdraw his appearance for the defendants Richard Levin, Linda Lorimer, Richard Brodhead, Thomas Conroy and James Perrotti on the grounds that he is retiring from the practice of law as of December 31, 2004. Other counsel from Wiggin and Dana already have appeared for the defendants. The undersigned counsel certifies that the defendants have been sent notice of this motion by certified mail.

---

December 28, 2004.   Van De Velde v. Wearing
                     3:01CV02296 (RNC)

Re:  Motion to Withdraw Appearance (Doc. # 81)
Granted.  So ordered.

Robert N. Chatigny, U.S.D.J.

FILED 2004 DEC 29 A 8:03 U.S. DISTRICT COURT HARTFORD, CT.