UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **JAMES VAN DE VELDE**     Plaintiff | : | NO. 3:01CV02296(RNC) |
| VS. | : | |
| **MELVIN WEARING, ET AL.**     Defendants | : | MARCH 18, 2005 |

## APPEARANCE

To the Clerk of this court and all parties of record:

Please enter my appearance as counsel in this case for:

**Melvin Wearing, Brian Sullivan, Thomas Trocchio, Edward Kendall, Lisa Bull DiLullo and John Doe**

March 18, 2005           /s/_____
Date                              Signature

                                    Rodger W. Lehr, Jr.
                                    Deputy Corporation Counsel
                                    Print Name

                                    165 Church Street, 4th Floor
                                    New Haven, CT 06510
                                    Mailing Address

                                    (203) 946-7963
                                    Phone Number

                                    (203) 946-7942
                                    Fax Number

                                    rlehr@newhavenct.net
                                    Email Address

                                    ct007208
                                    Federal Bar Number

Certificate of Service

      I, Rodger W. Lehr, Jr., hereby certify that I have served the foregoing by causing a copy to be MAILED, POSTAGE PREPAID, to all counsel and pro se parties of record on February 28, 2005:

David T. Grudberg, Esquire
Jacobs, Grudberg, Belt, Dow & Katz, P.C.
350 Orange Street, P.O. Box 606
New Haven, CT 06503-0606

James I. Meyerson, Esquire
396 Broadway, Suite 601
New York, NY 10013

Rhodes Avery Rhodes, Esquire
Halloran & Sage
315 Post Road West
Westport, CT 06880

Stephen P. Fogerty, Esquire
Halloran & Sage
315 Post Road West
Westport, CT 06880

Aaron S. Bayer, Esquire
Wiggin & Dana
One Century Tower
265 Church Street, P.O. Box 1832
New Haven, CT 06508-1832

Kenneth D. Heath, Esquire
Wiggin & Dana
One Century Tower
265 Church Street, P.O. Box 1832
New Haven, CT 06508-1832

William J. Doyle, Esquire
Wiggin & Dana
One Century Tower
265 Church Street, P.O. Box 1832
New Haven, CT 06508-1832

                                          /s/_____
                                          Rodger W. Lehr, Jr.