UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES VAN DE VELDE,<br>　　Plaintiff, | :<br>:<br>: CIVIL NO. 3:01cv02296 (RNC)<br>: |
| VS. | :<br>: |
| MELVIN WEARING, BRIAN SULLIVAN,<br>THOMAS TROCCHIO, EDWARD KENDALL,<br>ESTATE OF ANTHONY DILULLO, by Lisa<br>Bull DiLullo, Legal Representative,<br>JOHN DOES, RICHARD LEVIN,<br>LINDA LORIMER, RICHARD BRODHEAD,<br>THOMAS CONROY, and JAMES PERROTTI,<br>　　Defendants. | :<br>:<br>: OCTOBER 31, 2005<br>:<br>:<br>:<br>:<br>: |

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff James Van de Velde hereby files this notice of supplemental authority in connection with his Motion for Reconsideration dated April 1, 2004, which remains pending before the Court. That motion sought reconsideration of the Court's March 15, 2004 ruling granting a motion to dismiss under Fed. R. Civ. P. 12(b)(6) as to all defendants, and dismissing all of plaintiff's claims. Although neither the Federal Rules nor the Local Rules for the District of Connecticut explicitly address the issue of supplemental authorities, plaintiff believes that this situation is similar to that addressed in Fed. R. App. P. 28(j). That rule permits a party, after the filing of a brief or even after oral argument has been held in an appeal, to submit a short filing calling the court's attention to "pertinent and significant authorities" that have come to the party's attention. This notice is submitted within the spirit of Fed. R. App. P. 28(j).

Plaintiff wishes to call the Court's attention to the decisions in Hatfill v. Ashcroft, Civ. No. 03-1793 (RBW) (September 16, 2005, D.D.C.; Walton, J.)(unpublished decision' attached hereto as Exhibit A) and Velez v. Levy, 401 F.3d 75 (2d Cir. 2005). Both decisions bear on plaintiff's claim for deprivation of a liberty interest under the Fourteenth

Amendment, typically characterized as a "stigma plus" claim. See Memorandum in Support of Motion for Reconsideration pp. 8-9.

In Hatfill, the plaintiff, a former government scientist, filed suit against a variety of officials allegedly responsible for his being named as a "person of interest" in connection with notorious anthrax mailings in the fall of 2001. The district court considered defense motions under Rule 12(b)(6) addressed, inter alia, to plaintiff's claims under the Privacy Act, 5 U.S.C. § 552a(g)(1)(C). This analysis in turn required the district court to analyze whether the plaintiff had pleaded viable "reputation plus" claims for deprivation of his constitutionally-protected liberty interests. See generally Hatfill, pp.17-19. The court concluded that, as to one theory of liability alleged, Hatfill had stated a viable claim. The court noted that, under its precedent, "'government stigmatization that broadly precludes individuals or corporations from a chosen trade or business deprives them of liberty in violation of the Due Process Clause.'" Id. at 19 (quoting Trifax Corp v. District of Columbia, 314 F.3d 641, 644 (D.C. Cir. 2003). Here, plaintiff has similarly alleged (1) government-imposed stigma, and (2) alteration in employment status, including government employment, as well as injury to other employment opportunities.

The Velez decision is noteworthy for its holding that "perfect parity in the origin of both the 'stigma' and the 'plus' is not required to state the infringement of a 'stigma-plus' liberty interest." Velez v. Levy, 401 F.3d at 89. Once again, we believe that this point is potentially significant in plaintiff's case, where some of the "plus" – alteration of employment status, such as plaintiff's status with the United States Navy – was effected by actors other than the named defendants plaintiff has alleged stigmatized him. Accordingly, we also call the recent Second Circuit case to the Court's attention.

THE PLAINTIFF
JAMES VAN DE VELDE

By *David T. Grudberg*
David T. Grudberg, ct01186
JACOBS, GRUDBERG, BELT, DOW
& KATZ, P.C.
350 Orange St.
P.O. Box 606
New Haven, CT 06503
Ph.:(203) 772-3100
Fax:(203) 772-1691
Email: dgrudberg@jacobslaw.com

James I. Meyerson
396 Broadway - Suite 601
New York, New York 10013
Ph.:(212) 226-3310

His Attorneys

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed first class, postage prepaid on October 31, 2005 to:

Office of the Corporation Counsel
165 Church St. - 4th Fl.
New Haven, CT 06510

Stephen P. Fogerty, Esq.
Robert A. Rhodes, Esq.
Halloran & Sage LLP
315 Post Road West
Westport, CT 06880

Aaron Bayer, Esq.
Kenneth D. Heath, Esq.
Wiggin & Dana
One Century Tower
New Haven, CT 06510

*David T. Grudberg*
David T. Grudberg

3