UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **JAMES VAN DE VELDE** | : | **CIVIL NO. 3:01 CV 02296 (RNC)** |
| Plaintiff | | |
| VS. | : | |
| **MELVIN WEARING, ET AL.** | : | NOVEMBER 21, 2005 |
| Defendants | | |

**APPEARANCE**

To the Clerk of this court and all parties of record:

Please enter my appearance as counsel in this case for:

**Melvin Wearing, Brian Sullivan, Thomas Trocchio, Edward Kendall, Lisa Bull DiLullo and John Doe**

November 21, 2005          /s/_____
Date                                    Signature

Jonathan H. Beamon
<u>Assistant Corporation Counsel</u>
*Print Name*

165 Church Street, 4th Floor
<u>New Haven, CT 06510</u>
*Mailing Address*

<u>(203) 946-7958</u>
*Phone Number*

<u>(203) 946-7942</u>
*Fax Number*

<u>jbeamon@newhavenct.net</u>
*Email Address*

<u>ct22937</u>
*Federal Bar Number*

**C E R T I F I C A T I O N**

I, Jonathan H. Beamon, hereby certify that I have served the foregoing by causing a copy to be MAILED, POSTAGE PREPAID, to all counsel and pro se parties of record on November 21, 2005:

David T. Grudberg, Esquire
Jacobs, Grudberg, Belt, Dow & Katz, P.C.
350 Orange Street, P.O. Box 606
New Haven, CT 06503-0606

James I. Meyerson, Esquire
396 Broadway, Suite 601
New York, NY 10013

Rhodes Avery Rhodes, Esquire
Halloran & Sage
315 Post Road West
Westport, CT 06880

Stephen P. Fogerty, Esquire
Halloran & Sage
315 Post Road West
Westport, CT 06880

Aaron S. Bayer, Esquire
Wiggin & Dana
One Century Tower
265 Church Street, P.O. Box 1832
New Haven, CT 06508-1832

Kenneth D. Heath, Esquire
Wiggin & Dana
One Century Tower
265 Church Street, P.O. Box 1832
New Haven, CT 06508-1832

William J. Doyle, Esquire
Wiggin & Dana
One Century Tower
265 Church Street, P.O. Box 1832
New Haven, CT 06508-1832

/s/_____
Jonathan H. Beamon