UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JAMES VAN DE VELDE : CIVIL NO. 3:01CV2296 (RNC)

vs. :

MELVIN WEARING, ET AL. : MARCH 30, 2004

### MOTION TO ALTER OR AMEND JUDGMENT

Defendants Richard Levin, Linda Lorimer, Richard Brodhead, Thomas Conroy and James Perrotti move this Court, pursuant to Rule 59 of the Federal Rules of Civil Procedure, to amend the judgment to reflect that this Court is retaining jurisdiction to decide the state law claims, on the ground that Plaintiff invoked diversity jurisdiction in his complaint as a separate and independent basis for federal subject matter jurisdiction. *See Pilarczyk v. Morrison-Knudsen Corp.*, 965 F. Supp. 311, 321 n.9 (N.D.N.Y. 1997), *aff'd*, 162 F.3d 1148 (2d Cir. 1998).

**ORAL ARGUMENT IS NOT REQUESTED**

March 31, 2006

Van De Velde v. Wearing, et al., No. 3:01-CV-2296(RNC)

Endorsement Ruling: Def.'s Mot. To Alter or Amend Judgment: Granted. The judgment will be amended to reflect that the Court is retaining jurisdiction to decide the state law claims.

So ordered.

Robert N. Chatigny, U.S.D.J.