UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES VAN DE VELDE | : |
| | : |
| v. | : CASE NO. 3:01CV2296(RNC) |
| | : |
| MELVIN WEARING, ET AL | : |

<u>AMENDED JUDGMENT</u>

Judgment having entered on March 16, 2004 in favor of the defendants, dismissing plaintiff's federal law claims with prejudice and dismissing plaintiff's state law claims without prejudice to refiling in state court; and

The defendants, Richard Levin, Linda Lorimer, Richard Brodhead, Thomas Conroy and James Perrotti having filed a motion to alter or amend judgment; and

The court having considered the motion and the full record of the case including applicable principles of law, and having filed an endorsement order granting the motion; it is hereby

ORDERED, ADJUDGED and DECREED that the judgment be and is hereby entered in favor of the defendants dismissing plaintiff's federal law claims with prejudice. The Court will retain jurisdiction over plaintiff's state law claims.

Dated at Hartford, Connecticut, this 3rd day of April, 2006.

KEVIN F. ROWE, Clerk

By    /s/                          
      Jo-Ann Walker
      Deputy Clerk