UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES VAN DE VELDE,<br>    Plaintiff, | |
| | CIVIL NO. 3:01cv02296 (RNC) |
| VS. | |
| MELVIN WEARING, BRIAN SULLIVAN,<br>THOMAS TROCCHIO, EDWARD KENDALL,<br>ESTATE OF ANTHONY DILULLO, by Lisa<br>Bull DiLullo, Legal Representative,<br>JOHN DOES, RICHARD LEVIN,<br>LINDA LORIMER, RICHARD BRODHEAD,<br>THOMAS CONROY, and JAMES PERROTTI,<br>    Defendants. | MAY 3, 2006 |

### MOTION TO ALTER JUDGMENT AND/OR
### FOR EXTENSION OF TIME TO APPEAL

Plaintiff in the above matter hereby moves, pursuant to Rule 59 of the Federal Rules of Civil Procedure and Rule 4(a)(5) of the Federal Rules of Appellate Procedure, to alter the judgment in this matter and/or to extend his time to file an appeal. In support thereof, plaintiff states as follows:

1. As the Court is aware, in a ruling filed March 15, 2004, the Court ordered that plaintiff's federal claims were to be dismissed with prejudice, and that his state law claims were to be dismissed without prejudice to re-filing in state court. The Court's order instructed the clerk to close the file.

2. Thereafter, on April 1, 2004, plaintiff filed a Motion to Reconsider, requesting reconsideration of all aspects of the Court's ruling. In addition, defendants Levin, Lorimer, Brodhead, Conroy and Perrotti moved on March 30, 2004, to alter or amend the judgment in the matter. The basis for this motion was the fact that plaintiff had independently invoked the diversity jurisdiction of the court in his complaint, and therefore that dismissal of the

state law claims was not appropriate. Defendants requested that the court amend the judgment to reflect that the court is retaining jurisdiction over those claims.

3. On March 31, 2006, the court granted the motion to alter or amend judgment, and directed amendment of the judgment as requested by the defendants. Following this ruling, an amended judgment dated April 3, 2004 issued.

4. Plaintiff is filing this motion in an attempt to clarify the state of the record, and, to the extent necessary, to ensure that his right to appeal is properly preserved. Based on the current state of the record, i.e., an order dismissing some of the claims in the complaint but allowing others to proceed, plaintiff respectfully submits that judgment should not have entered. Rule 54(b) requires certain express findings to be made before partial judgment may enter; the Court has not made any such findings, nor has any party requested that such findings be made and partial judgment be entered.

5. Further, the continued pendency of the Motion to Reconsider the court's ruling as to plaintiff's federal claims makes it impossible for plaintiff to pursue an appeal of the court's ruling dismissing those claims. The pendency of defendants' 2004 Motion to Alter or Amend has operated, for much of the past two years, to stay the running of the time to file any appeal, under Fed.R.App. P. 4(a)(4)(A)(iv). However, that stay ended when the Court issued its March 31, 2006 ruling on this motion.

6. Rule 4(a)(5)(A) permits the Court to extend the time for the filing of an appeal, either for 30 days from the prescribed time, or for 10 days after the order granting an extension.

7. Further, the Court, either under Rule 59 or its own inherent power, can take appropriate steps to withdraw a judgment which, based on the current record, does not meet the criteria for a partial final judgment under Rule 54(b).

8. Plaintiff respectfully requests that the Court grant one or both of these forms of relief, so that he is not forced to attempt to appeal an issue that has not been finally adjudicated by the Court.

9. In connection with this motion, the undersigned spoke with Kenneth Heath, Esq., counsel for the Yale defendants. The Yale defendants take no position with respect to the relief requested.

WHEREFORE, plaintiff respectfully requests relief as set forth above.

THE PLAINTIFF
JAMES VAN DE VELDE

By _____
David T. Grudberg, ct01186
JACOBS, GRUDBERG, BELT, DOW
& KATZ, P.C.
350 Orange St.
P.O. Box 606
New Haven, CT 06503
Ph.:(203) 772-3100
Fax:(203) 772-1691
Email: dgrudberg@jacobslaw.com

James I. Meyerson
396 Broadway - Suite 601
New York, New York 10013
Ph.:(212) 226-3310

His Attorneys

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed first class, postage prepaid on May 3, 2006 to:

Office of the Corporation Counsel
165 Church St. - 4th Fl.
New Haven, CT 06510

Stephen P. Fogerty, Esq.
Robert A. Rhodes, Esq.
Halloran & Sage LLP
315 Post Road West
Westport, CT 06880

Aaron Bayer, Esq.
Kenneth D. Heath, Esq.
Wiggin & Dana
One Century Tower
New Haven, CT 06510

_____
David T. Grudberg

4