UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **JAMES VAN DE VELDE** | : | **CIVIL ACTION NO.** |
| Plaintiff | | **3:01 CV 02296 (RNC)** |
| **VS.** | : | |
| **MELVIN WEARING, ET AL.** | : | **AUGUST 4, 2006** |
| Defendants | | |

### MOTION TO WITHDRAW APPEARANCE OF
### MARTIN S. ECHTER, ESQUIRE

The undersigned attorney of record respectfully moves to withdraw my Appearance in the above-captioned matter.

Other counsel have long ago entered Appearances in addition to or in lieu of my representation.

My Appearance was filed when I was employed as a Deputy Corporation Counsel for the City of New Haven.

I am no longer employed in that capacity.  I have not been employed by the City of New Haven and I have not done any work in this lawsuit since the Fall of 2004.

                                       Respectfully submitted,

                                       _____/S/
                                       MARTIN S. ECHTER
                                       Federal Bar No. ct07596
                                       Law Office of Patricia A. Cofrancesco
                                       89 Kimberly Avenue
                                       East Haven, CT 06512
                                       Phone: (203) 467-6003
                                       Fax: (203) 467-6004

**ORAL ARGUMENT IS NOT REQUESTED**
**TESTIMONY IS NOT REQUIRED**

Certificate of Service

I, Martin S. Echter, hereby certify that I have served the foregoing by causing a copy to be FAXED and MAILED, postage prepaid, to:

Attorney Jonathan Beamon
Assistant Corporation Counsel
Office of the Corporation Counsel
165 Church Street, 4th Floor
New Haven, CT 06510

Attorney Stephen P. Fogerty
Attorney Robert A. Rhodes
Halloran & Sage, LLP
315 Post Road West
Westport, CT 06880-4739

Attorney David T. Grudberg
Jacobs, Grudberg, Belt, Dow & Katz, P.C.
350 Orange Street
P. O. Box 606
New Haven, CT 06510

Attorney James I. Meyerson
396 Broadway, Suite 601
New York, N Y 10013

Attorney Aaron S. Bayer
Wiggin & Dana, LLP
185 Asylum Street
Hartford, CT 06103-3402

Attorney Kenneth D. Heath
Wiggin & Dana, LLP
One Century Tower
P. O. Box 1832
New Haven, CT 06508

this 4th day of August, 2006.

_____/S/
Martin S. Echter, Esquire

Case 3:01-cv-02296-RNC    Document 91    Filed 08/07/2006    Page 3 of 3