**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **JAMES VAN DE VELDE** | : | **CIVIL ACTION NO.** |
| **Plaintiff** | | **3:01 CV 02296 (RNC)** |
| **VS.** | : | |
| **MELVIN WEARING, ET AL.** | : | **AUGUST 4, 2006** |
| **Defendants** | | |

**NOTICE OF MANUAL FILING OF**
**MOTION TO WITHDRAW APPEARANCE OF**
**MARTIN S. ECHTER, ESQUIRE**

The undersigned herewith gives Notice of Manual Filing of the

accompanying Motion to Withdraw Appearance of Martin S. Echter.

This office has had significant periodic difficulties utilizing the Internet.

Respectfully submitted,

_____/S/
MARTIN S. ECHTER
Federal Bar No. ct07596
Law Office of Patricia A. Cofrancesco
89 Kimberly Avenue
East Haven, CT 06512
Phone: (203) 467-6003
Fax: (203) 467-6004

Certificate of Service

I, Martin S. Echter, hereby certify that I have served the foregoing by causing a copy to be FAXED and MAILED, postage prepaid, to:

Attorney Jonathan Beamon
Assistant Corporation Counsel
Office of the Corporation Counsel
165 Church Street, 4th Floor
New Haven, CT 06510

Attorney Stephen P. Fogerty
Attorney Robert A. Rhodes
Halloran & Sage, LLP
315 Post Road West
Westport, CT 06880-4739

Attorney David T. Grudberg
Jacobs, Grudberg, Belt, Dow & Katz, P.C.
350 Orange Street
P. O.  Box 606
New Haven, CT 06510

Attorney James I. Meyerson
396 Broadway, Suite 601
New York, N Y 10013

Attorney Aaron S. Bayer
Wiggin & Dana,  LLP
185 Asylum Street
Hartford, CT 06103-3402

Attorney Kenneth D. Heath
Wiggin & Dana, LLP
One Century Tower
P. O. Box 1832
New Haven, CT 06508

this 4th day of August, 2006.

_____/S/
Martin S. Echter, Esquire

-2-