UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES VAN DE VELDE,<br>    Plaintiff, | :<br>:<br>: CIVIL NO. 3:01cv02296 (RNC)<br>: |
| VS. | :<br>: |
| MELVIN WEARING, BRIAN SULLIVAN,<br>THOMAS TROCCHIO, EDWARD KENDALL,<br>ESTATE OF ANTHONY DILULLO, by Lisa<br>Bull DiLullo, Legal Representative,<br>JOHN DOES, RICHARD LEVIN,<br>LINDA LORIMER, RICHARD BRODHEAD,<br>THOMAS CONROY, and JAMES PERROTTI,<br>    Defendants. | :<br>:<br>:<br>: MAY 3, 2006<br>:<br>:<br>:<br>: |

**MOTION TO ALTER JUDGMENT AND/OR**
**FOR EXTENSION OF TIME TO APPEAL**

Plaintiff in the above matter hereby moves, pursuant to Rule 59 of the Federal Rules

**December 11, 2007**   Van De Velde v. Wearing, et al., Case No. 3:01-CV-2296(RNC)

Re: Pl.'s Mot. To Alter Judgment And/Or For Extension of Time to Appeal (Doc. # 90):

Granted. In March 2004, the Court entered a judgment dismissing the federal claims with prejudice, and dismissing the state law claims without prejudice to refiling in state court. The Clerk closed the file. The plaintiff moved for reconsideration asking that the federal claims not be dismissed and that the Court exercise diversity jurisdiction over the state law claims. The defendants moved for an amendment to the judgment to reflect that the Court was retaining jurisdiction over the state law claims. In April 2006, after considering the parties' motions and the entire record, the Court granted the defendants' motion and entered an amended judgment adhering to the dismissal of the federal claims but retaining jurisdiction over the state claims. Because the state claims remained to be adjudicated, the judgment should have been withdrawn rather than amended and the Clerk should have been ordered to reopen the file. By the present motion, the plaintiff asks that the amended judgment be altered or withdrawn in order to clarify the state of the record, and avoid prejudice to the plaintiff's right to appeal the dismissal of the federal claims. After considering the motion and the full record of the case, the Court hereby orders as follows: (1) plainitff's motion is granted; (2) the amended judgment is withdrawn; (3) the case is reopened; (4) the ruling and order dismissing the federal claims (doc. # 70) remains in effect and may be appealed as a matter of course following entry of a final judgment disposing of all the claims; and (5) the parties will confer and submit a proposed scheduling order regarding the steps that need to be taken to adjudicate the state law claims. So ordered.

Robert N. Chatigny, U.S.D.J.