UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES VAN DE VELDE, | : |
| Plaintiff, | : |
| v. | : CASE NO. 3:01CV2296(RNC) |
| MELVIN WEARING, ET AL., | : |
| Defendants. | : |

<u>ORDER</u>

On December 11, 2007, this Court issued an endorsement order granting plaintiff's motion to alter judgment by withdrawing the amended judgment and reopening the case. The Court further ordered the parties to submit a proposed scheduling order regarding the steps that need to be taken to adjudicate the state law claims. As of the date hereof, no proposed scheduling order has been submitted.

Accordingly, the parties are hereby ordered to submit a proposed scheduling order on or before **March 21, 2008.**

So ordered.

Dated at Hartford, Connecticut this _____ day of February 2008.

                                                                 /s/
                                                          Robert N. Chatigny
                                       United States District Judge