UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES VAN DE VELDE,<br>   Plaintiff,<br><br>v.<br><br>MELVIN WEARING et al,<br>   Defendants. | )<br>)<br>)<br>)<br>)  Civil No. 3:01cv02296 (RNC)<br>)<br>)<br>)<br>) |

**JOINT PROPOSED SCHEDULING ORDER**

Pursuant to the Court's February 20, 2008 order, the parties jointly propose the following schedule for adjudicating Plaintiff's remaining state-law claims against Defendants.

Plaintiff submits that it is difficult to formulate a proposed schedule for the case going forward, since the Court has never issued a formal ruling on his April 1, 2004 motion to reconsider the Court's March 12, 2004 ruling dismissing his federal law claims with prejudice. Plaintiff's consent to the proposed schedule below is therefore contingent on a ruling by the Court denying the April 1, 2004 Motion to Reconsider. Should the Court reconsider its ruling, the proposed schedule likely will require amendment.

1. Defendants will file a renewed motion to dismiss plaintiff's state-law claims, with prejudice, and an accompanying memorandum of law by May 16, 2008.

2. Plaintiff will file his opposition to Defendants' motion by June 16, 2008.

3. Defendants will file any reply brief in support of their motion by June 30, 2008.

4. Should the Court deny Defendants' motion to dismiss Plaintiff's state-law claims with prejudice, the parties will immediately confer with each other and the court regarding a schedule for closing the pleadings, conducting discovery, and preparing for trial, with the goal of having the case ready for trial by January 2010.

Dated: March 25, 2008
      New Haven, Connecticut

                            Respectfully submitted,

                            PLAINTIFF
                            James Van de Velde

By: _____
                            David T. Grudberg (ct01186)
                            Jacobs, Grudberg, Belt, Dow & Katz, P.C.
                            350 Orange Street
                            P.O. Box 606
                            New Haven, CT 06503
                            Tel.: (203) 772-3100
                            Fax: (203) 772-1691
                            email: dgrudberg@jacobslaw.com

                            James I. Meyerson
                            396 Broadway #601
                            New York, NY 10013
                            Tel.: (212) 226-3310
                            His Attorney


                            THE YALE UNIVERSITY DEFENDANTS
                            Richard Levin, Linda Lorimer,
                            Richard Brodhead, Thomas Conroy, and James
                            Perrotti

By: _____
                            Aaron S. Bayer (ct12725)
                            Kenneth D. Heath (ct23659)
                            Wiggin and Dana LLP
                            One Century Tower
                            P. O. Box 1832
                            New Haven, CT 06508-1832
                            Tel: (203) 498-4400
                            Fax: (203) 789-2889
                            email: kheath@wiggin.com
                            Their Attorneys

CITY OF NEW HAVEN DEFENDANTS
Melvin Wearing, Brian Sullivan, Thomas Trocchio, Edward Kendall, and the Estate of Anthony DiLullo

By: _____
Robert A. Rhodes (ct    )
Stephen P. Fogerty (ct    )
Halloran & Sage, LLP
315 Post Rd. West
Westport, CT 06880-4739
Tel.: (203) 227-2855
Fax: (203) 227-6992
email: Rhodes@halloran-sage.com
Their attorneys

3

## CERTIFICATION

This is to certify that on this 26th day of March, 2008, a copy of the foregoing was mailed, postage prepaid, to:

David T. Grudberg, Esq.
Jacobs, Grudberg, Belt & Dow, P.C.
350 Orange Street
P.O. Box 606
New Haven, CT 06503

James I. Meyerson, Esq.
396 Broadway, Suite #601
New York, NY 10013

Rodger W. Lehr, Jr., Esq.
Deputy Corporation Counsel
165 Church Street, 4th Floor
New Haven, CT 06510

Jonathan H. Beamon, Esq.
Corporation Counsel's Office-Hartford
550 Main St.
Hartford, CT 06103

Robert A. Rhodes, Esq.
Stephen P. Fogerty, Esq.
Halloran & Sage
315 Post Road West
Westport, CT 06880

/s/
Kenneth D. Heath

\490\177\702176.1