UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES VAN DE VELDE,<br>      Plaintiff,<br><br>v.<br><br>MELVIN WEARING et al,<br>      Defendants. | Civil No. 3:01cv02296 (RNC) |

**JOINT PROPOSED SCHEDULING ORDER**

Pursuant to the Court's instructions at the April 3, 2008 status conference, the parties jointly propose the following schedule:.

1. Plaintiff will move for leave to file an amended complaint, to be included with the motion, by Friday, April 25, 2008.

2. Defendants reserve their right to object to the amended complaint should any of the proposed amendments be improper under Federal Rule 15. Any objection, however, must be filed by Monday, May 26, 2008, or else the amended complaint will become operative. Should Defendants file an objection, Plaintiff's opposition will be due thirty days thereafter.

3. Barring objection to the amended complaint, Defendants' motions to dismiss will be due Monday, June 2, 2008. Should Defendants object to the amended complaint, their motions to dismiss will be due two weeks following any Court ruling on the objection.

4. Plaintiff's opposition to Defendants' motions to dismiss will be due thirty days after the filing of Defendants' motions to dismiss.

5. Defendants' reply briefs, if any, will be due two weeks following the filing of Plaintiff's opposition.

Dated: April 11, 2008
      New Haven, Connecticut

PLAINTIFF
James Van de Velde

By: _____
David T. Grudberg (ct01186)
Jacobs, Grudberg, Belt, Dow & Katz, P.C.
350 Orange Street
P.O. Box 606
New Haven, CT 06503
Tel.: (203) 772-3100
Fax: (203) 772-1691
email: dgrudberg@jacobslaw.com

His Attorneys

James I. Meyerson
396 Broadway #601
New York, NY 10013
Tel.: (212) 226-3310


THE YALE UNIVERSITY DEFENDANTS
Richard Levin, Linda Lorimer, Richard Brodhead,
Thomas Conroy, and James Perrotti

By: _____
Aaron S. Bayer (ct12725)
Kenneth D. Heath (ct23659)
Wiggin and Dana LLP
P. O. Box 1832
New Haven, CT 06508-1832
Tel: (203) 498-4400
Fax: (203) 789-2889
email: kheath@wiggin.com
Their Attorneys


CITY OF NEW HAVEN DEFENDANTS
Melvin Wearing, Brian Sullivan, Thomas Trocchio,
Edward Kendall, and the Estate of Anthony DiLullo

By: _____
Robert A. Rhodes (ct    )
Stephen P. Fogerty (ct    )
Halloran & Sage, LLP
315 Post Rd. West
Westport, CT 06880-4739
Tel.: (203) 227-2855
Fax: (203) 227-6992
email: Rhodes@halloran-sage.com
Their Attorneys

PLAINTIFF
James Van de Velde

By: _____
    David T. Grudberg (ct01186)        James I. Meyerson
    Jacobs, Grudberg, Belt, Dow & Katz, P.C.  396 Broadway #601
    350 Orange Street                    New York, NY 10013
    P.O. Box 606                         Tel.: (212) 226-3310
    New Haven, CT 06503
    Tel.: (203) 772-3100
    Fax: (203) 772-1691
    email: dgrudberg@jacobslaw.com

    His Attorneys


THE YALE UNIVERSITY DEFENDANTS
Richard Levin, Linda Lorimer, Richard Brodhead,
Thomas Conroy, and James Perrotti

By: /s/ _____
    Aaron S. Bayer (ct12725)
    Kenneth D. Heath (ct23659)
    Wiggin and Dana LLP
    P. O. Box 1832
    New Haven, CT 06508-1832
    Tel: (203) 498-4400
    Fax: (203) 789-2889
    email: kheath@wiggin.com
    Their Attorneys


CITY OF NEW HAVEN DEFENDANTS
Melvin Wearing, Brian Sullivan, Thomas Trocchio,
Edward Kendall, and the Estate of Anthony DiLullo

By: _____
    Robert A. Rhodes (ct    )
    Stephen P. Fogerty (ct    )
    Halloran & Sage, LLP
    315 Post Rd. West
    Westport, CT 06880-4739
    Tel.: (203) 227-2855
    Fax: (203) 227-6992
    email: Rhodes@halloran-sage.com
    Their Attorneys

## CERTIFICATION

This is to certify that on this 11th day of April, 2008, a copy of the foregoing was mailed, postage prepaid, to:

David T. Grudberg, Esq.
Jacobs, Grudberg, Belt & Dow, P.C.
350 Orange Street
P.O. Box 606
New Haven, CT 06503

James I. Meyerson, Esq.
396 Broadway, Suite #601
New York, NY 10013

Rodger W. Lehr, Jr., Esq.
Deputy Corporation Counsel
165 Church Street, 4th Floor
New Haven, CT 06510

Jonathan H. Beamon, Esq.
Corporation Counsel's Office-Hartford
550 Main St.
Hartford, CT 06103

Robert A. Rhodes, Esq.
Stephen P. Fogerty, Esq.
Halloran & Sage
315 Post Road West
Westport, CT 06880

Kenneth D. Heath

\490\177\702176.1