## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| JAMES VAN DE VELDE,<br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>MELVIN WEARING et al,<br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)　Civil No. 3:01cv02296 (RNC)<br>)<br>)<br>)<br>)<br>) |

### JOINT PROPOSED SCHEDULING ORDER

Pursuant to the Court's instructions at the April 3, 2008 status conference, the parties jointly propose the following schedule:.

1.　　　Plaintiff will move for leave to file an amended complaint, to be included with the motion, by Friday, April 25, 2008.

2.　　　Defendants reserve their right to object to the amended complaint should any of the proposed amendments be improper under Federal Rule 15. Any objection, however, must be filed by Monday, May 26, 2008, or else the amended complaint will become operative. Should Defendants file an objection, Plaintiff's opposition will be due thirty days thereafter.

3.　　　Barring objection to the amended complaint, Defendants' motions to dismiss will be due Monday, June 2, 2008. Should Defendants object to the amended complaint, their motions to dismiss will be due two weeks following any Court ruling on the objection.

4.　　　Plaintiff's opposition to Defendants' motions to dismiss will be due thirty days after the filing of Defendants' motions to dismiss.

5.　　　Defendants' reply briefs, if any, will be due two weeks following the filing of Plaintiff's opposition.

Dated: April 11, 2008
　　　　New Haven, Connecticut

/s/ Robert N. Chatigny, USDJ

Approved. So ordered.

4/12/08