UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES VAN DE VELDE,<br>    Plaintiff, | :<br>:<br>:   CIVIL NO. 3:01CV02296 (RNC)<br>: |
| VS. | :<br>: |
| MELVIN WEARING, BRIAN SULLIVAN,<br>THOMAS TROCCHIO, EDWARD KENDALL,<br>ESTATE OF ANTHONY DILULLO, by Lisa<br>Bull DiLullo, Legal Representative,<br>JOHN DOES, RICHARD LEVIN,<br>LINDA LORIMER, RICHARD BRODHEAD,<br>THOMAS CONROY, and JAMES PERROTTI,<br>    Defendants. | :<br>:<br>:   MAY 1, 2008<br>:<br>:<br>:<br>:<br>: |

MOTION FOR LEAVE TO AMEND COMPLAINT

    Plaintiff hereby moves, pursuant to Fed. R. Civ. P. 15, for permission to amend the complaint in this matter. In support thereof, plaintiff states as follows:

    1.  At the conclusion of the recent telephone conference in this matter, the Court granted plaintiff's Motion for Reconsideration, and indicated that plaintiff would be permitted to file an amended pleading setting forth any further allegations he believed supported his claims, including those claims previously subject to an order of dismissal by the Court.

    2.  A proposed Second Amended Complaint is attached, in unsigned form, and without exhibits.  (The exhibits are the same as those attached to the Amended Complaint, with one addition; the entire exhibit package will be served on opposing counsel).

Assuming there is no objection to its filing from the defendants, a signed Second Amended Complaint, with full exhibits, will be filed with the Court.

WHEREFORE, for the foregoing reasons, plaintiff requests leave to amend his complaint in the form attached.

        THE PLAINTIFF
        JAMES VAN DE VELDE

        By_/s/David T. Grudberg
_____
        David T. Grudberg, ct01186
        JACOBS, GRUDBERG, BELT & DOW, P.C.
        350 Orange St.
        P.O. Box 606
        New Haven, CT  06503
        Ph.:(203) 772-3100
        Fax:(203) 772-1691
        Email: dgrudberg@jacobslaw.com

        James I. Meyerson
        64 Fulton St. - Suite 502
        New York, N.Y. 10038
        Ph.:(212) 226-3310
        Fax:(212) 513-1006
        Email: jimeyerson@yahoo.com

        His Attorneys

<u>Certification</u>

The undersigned hereby certifies that a copy of plaintiff's Motion for Leave to Amend was transmitted electronically and/or mailed first class, postage pre-paid, on May 1, 2008 to:

Stephen P. Fogerty, Esq.
Robert A. Rhodes, Esq.
Halloran & Sage LLP
315 Post Road West
Westport, CT 06880

Aaron S. Bayer, Esq.
Kenneth D. Heath, Esq.
Wiggin & Dana
One Century Tower
New Haven, CT  06510

_____/s/David T. Grudberg
_____       David T. Grudberg