UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES VAN DE VELDE | : | CIVIL ACTION<br>NO. 3:01 CV 02296 (RNC) |
| V. | : | |
| MELVIN WEARING, ET AL. | : | MAY 28, 2008 |

## MOTION FOR EXTENSION OF TIME TO REPLY TO FILE DISPOSITIVE MOTION

The undersigned New Haven defendants hereby move for an extension of time of 21 days up to and including June 23, 2008 in which to file a dispositive motion directed to the plaintiff's proposed Amended Complaint which was filed on May 1, 2008. This additional time is necessary to fully research and address the various claims set forth in the very lengthy proposed Amended Complaint. Additionally, there was a six (6) day delay in the filing of the proposed Amended Complaint. This is the first such motion filed by the New Haven defendants in this matter. Counsel for the plaintiff and the Yale defendants have been contacted concerning the present motion and has stated that they do not have any objection to the granting of this motion.

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195

For the foregoing reasons, the Motion for Extension of Time should be granted.

                      THE DEFENDANTS:
                      MELVIN WEARING, BRIAN SULLIVAN,
                      THOMAS TROCCHIO, EDWARD
                      KENDALL
                      and the ESTATE OF ANTHONY DILULLO

By: _____
     Robert A. Rhodes of
     HALLORAN & SAGE LLP
     Fed. Bar #ct13583
     315 Post Road West
     Westport, CT 06880
     (203) 227-2855

315 Post Road West     2     Phone (203) 227-2855
Westport, CT 06880     HALLORAN & SAGE LLP     Fax (203) 227-6992
    Juris No 412195

## CERTIFICATION

This is to certify that on this 28th day of May, 2008, I hereby mailed a copy of the foregoing to:

David Grudberg
The Law Offices of Jacobs, Grudberg & Belt
350 Orange Street
New Haven, CT 06511

James I. Meyerson
396 Broadway, Suite 601
New York, NY 10013

Martin S. Echter
Deputy Corporation Counsel
165 Church Street, 4th Floor
New Haven, CT 06510

William J. Doyle
Wiggin & Dana, LLP
265 Church Street
PO Box 1832
New Haven, CT 06508-1832

Robert A. Rhodes

489521 1(HSFP)

315 Post Road West
Westport, CT 06880

3
HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195