UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES VAN DE VELDE,<br>    Plaintiff, | )<br>)<br>)<br>) |
| v. | ) NO. 3:01cv02296 (RNC) |
| MELVIN WEARING et al,<br>    Defendants. | )<br>) MAY 29, 2008<br>)<br>) |

**MOTION FOR EXTENSION OF TIME**

Defendants Richard Levin, Linda Lorimer, Richard Brodhead, Thomas Conroy and James Perrotti (the Yale defendants) move this Court for an extension of time until June 23, 2008, to file their motion to dismiss the Second Amended Complaint. This is the first such motion filed by the Yale defendants on this matter. Moving counsel inquired of counsel for the plaintiff and for the New Haven defendants, and they do not object to the requested extension.

Moving defendants submit that good cause exists for the requested extension:

1. The parties submitted a Joint Proposed Scheduling Order dated April 11, 2008. It was approved on April 12, 2008. Pursuant to that Order, the plaintiff was to file an amended complaint by April 25, 2008, and the defendants were to file a motion to dismiss the amended complaint by June 2, 2008.

2. The defendants consented to plaintiff's request for additional time to file its Second Amended Complaint, which was filed on May 1, 2008 and became operative when none of the defendants objected to the proposed amendment by May 26, 2008.

3. The attorney who has had principal, ongoing responsibility for this matter for the Yale defendants from the outset of the litigation, Kenneth Heath, required surgery on May 27, 2008. It is anticipated that he will be out of the hospital within a week. Based on this unanticipated development, the Yale defendants respectfully submit that good cause exists to grant the requested extension of time to file their motion to dismiss the amended complaint.

The Yale defendants therefore request an extension until June 23, 2008, to file their motion to dismiss the Second Amended Complaint.

DEFENDANTS RICHARD LEVIN, LINDA LORIMER, RICHARD BRODHEAD, THOMAS CONROY, AND JAMES PERROTTI

By: /s/
Aaron S. Bayer (ct12725)
Kenneth D. Heath (ct23659)
Wiggin and Dana LLP
P. O. Box 1832
New Haven, CT 06508-1832
Tel: (203) 498-4400
Fax: (203) 789-2889
email: abayer@wiggin.com
Their Attorneys

2

**CERTIFICATION**

This is to certify that on this 29th day of May, 2008, a copy of the foregoing was mailed, postage prepaid, to:

David T. Grudberg, Esq.
Jacobs, Grudberg, Belt & Dow, P.C.
350 Orange Street
P.O. Box 606
New Haven, CT 06503

James I. Meyerson, Esq.
396 Broadway, Suite #601
New York, NY 10013

Rodger W. Lehr, Jr., Esq.
Deputy Corporation Counsel
165 Church Street, 4th Floor
New Haven, CT 06510

Jonathan H. Beamon, Esq.
Corporation Counsel's Office-Hartford
550 Main St.
Hartford, CT 06103

Robert A. Rhodes, Esq.
Stephen P. Fogerty, Esq.
Halloran & Sage
315 Post Road West
Westport, CT 06880

_____
Aaron S. Bayer

\490\177\713709.1