*[Margin stamp, left side, reading vertically:]* May 27, 2008. Granted. So ordered. The plaintiff will file the amended complaint electronically. /s/ Robert N. Chatigny, Robert N. Chatigny, U.S.D.J.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES VAN DE VELDE, <br>     Plaintiff, | : <br> : <br> :    CIVIL NO. 3:01CV02296 (RNC) |
| VS. | : <br> : |
| MELVIN WEARING, BRIAN SULLIVAN, <br> THOMAS TROCCHIO, EDWARD KENDALL, <br> ESTATE OF ANTHONY DILULLO, by Lisa <br> Bull DiLullo, Legal Representative, <br> JOHN DOES, RICHARD LEVIN, <br> LINDA LORIMER, RICHARD BRODHEAD, <br> THOMAS CONROY, and JAMES PERROTTI, <br>     Defendants. | : <br> : <br> :    MAY 1, 2008 <br> : <br> : <br> : <br> : <br> : |

MOTION FOR LEAVE TO AMEND COMPLAINT

Plaintiff hereby moves, pursuant to Fed. R. Civ. P. 15, for permission to amend the complaint in this matter. In support thereof, plaintiff states as follows:

1. At the conclusion of the recent telephone conference in this matter, the Court granted plaintiff's Motion for Reconsideration, and indicated that plaintiff would be permitted to file an amended pleading setting forth any further allegations he believed supported his claims, including those claims previously subject to an order of dismissal by the Court.

2. A proposed Second Amended Complaint is attached, in unsigned form, and without exhibits. (The exhibits are the same as those attached to the Amended Complaint, with one addition; the entire exhibit package will be served on opposing counsel).