UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES VAN DE VELDE | : | CIVIL ACTION<br>NO. 3:01 CV 02296 (RNC) |
| V. | : | |
| MELVIN WEARING, ET AL. | : | MAY 28, 2008 |

**MOTION FOR EXTENSION OF TIME TO REPLY TO FILE DISPOSITIVE MOTION**

The undersigned New Haven defendants hereby move for an extension of time of 21 days up to and including June 23, 2008 in which to file a dispositive motion directed to the plaintiff's proposed Amended Complaint which was filed on May 1, 2008. This additional time is necessary to fully research and address the various claims set forth in the very lengthy proposed Amended Complaint. Additionally, there was a six (6) day delay in the filing of the proposed Amended Complaint. This is the first such motion filed by the New Haven defendants in this matter. Counsel for the plaintiff and the Yale defendants have been contacted concerning the present motion and has stated that they do not have any objection to the granting of this motion.

*Granted. So ordered.*
*/s/ Robert N. Chatigny*
*Robert N. Chatigny, U.S.D.J.*
*June 2, 2008.*

315 Post Road West
Westport, CT 06880

**HALLORAN**
**& SAGE LLP**

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195