UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES VAN DE VELDE, <br> Plaintiff, <br><br> v. <br><br> MELVIN WEARING et al, <br> Defendants. | NO. 3:01cv02296 (RNC) <br><br> MAY 29, 2008 |

**MOTION FOR EXTENSION OF TIME**

Defendants Richard Levin, Linda Lorimer, Richard Brodhead, Thomas Conroy and James Perrotti (the Yale defendants) move this Court for an extension of time until June 23, 2008, to file their motion to dismiss the Second Amended Complaint. This is the first such motion filed by the Yale defendants on this matter. Moving counsel inquired of counsel for the plaintiff and for the New Haven defendants, and they do not object to the requested extension.

Moving defendants submit that good cause exists for the requested extension:

1. The parties submitted a Joint Proposed Scheduling Order dated April 11, 2008. It was approved on April 12, 2008. Pursuant to that Order, the plaintiff was to file an amended complaint by April 25, 2008, and the defendants were to file a motion to dismiss the amended complaint by June 2, 2008.

2. The defendants consented to plaintiff's request for additional time to file its Second Amended Complaint, which was filed on May 1, 2008 and became operative when none of the defendants objected to the proposed amendment by May 26, 2008.

June 2, 2008. Granted. So ordered. /s/ Robert N. Chatigny, USDJ
Robert N. Chatigny, U.S.D.J.