UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES VAN DE VELDE,<br>   Plaintiff,<br><br>v.<br><br>MELVIN WEARING, BRIAN SULLIVAN,<br>THOMAS TROCCHIO, EDWARD KENDALL,<br>ESTATE OF ANTHONY DILULLO, by Lisa<br>Bull DiLullo, Legal Representative, JOHN DOES,<br>RICHARD LEVIN, LINDA LORIMER,<br>RICHARD BRODHEAD, THOMAS CONROY,<br>and JAMES PERROTTI,<br>   Defendants. | Civil No. 3:01cv02296 (RNC) |

**MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**

Defendants Richard Levin, Linda Lorimer, Richard Brodhead, Thomas Conroy, and James Perrotti move to dismiss Plaintiff James Van de Velde's Second Amended Complaint under Rule 12(b)(6) of the Federal Rules of Civil Procedure. The reasons supporting this Motion are set forth in the accompanying memorandum of law.

Dated: New Haven, Connecticut
   June 20, 2008

WIGGIN and DANA LLP

By: _/s/_____
Aaron S. Bayer (ct 12725)
Kenneth D. Heath (ct 23659)
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
Tel: (203) 498-4400
Fax: (203) 782-2889
E-mail: kheath@wiggin.com

*Attorneys for Defendants Richard Levin, Linda Lorimer, Richard Brodhead, Thomas Conroy, and James Perrotti*

**ORAL ARGUMENT REQUESTED**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CERTIFICATE OF SERVICE

| | |
|---|---|
| James Van De Velde ) | Case No. 3:01cv02296 (RNC) |
|     Plaintiff, ) | |
| ) | |
| ) | |
| Melvin Wearing, Brian Sullivan, ) | |
| Thomas Trocchio, Edwin Kendall, ) | |
| Estate Of Anthony Dilullo, by Lisa ) | |
| Bull DiLullo, Legal Representative, John Does, ) | |
| Richard Brodhead, Thomas Conroy, ) | |
| and James Perrotti, ) | |
|     Defendants. ) | |

I hereby certify that on June 20, 2008, a copy of foregoing Motion to Dismiss The Second Amended Complaint was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Kenneth D. Heath
Kenneth D. Heath (ct23659)
kheath@wiggin.com
Wiggin and Dana LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508
(203) 498-4400
(203) 782-2889 (fax)