# EXHIBIT A

STATEMENT IN RESPONSE TO THE PRESS INQUIRIES
CONCERNING THE CANCELLATION OF MR. VAN DE VELDE'S
TWO COURSE FOR THE SPRING TERM 1999

- Mr. Van de Velde's appointment has not been changed; he continues to hold the rank of Lecturer. There was a change in his assignment for the spring term in which his two courses have been cancelled. He can concentrate on research or scholarly projects.

- In changing his assignment, the University presumes that Mr. Van de Velde is innocent of any wrongdoing in connection with the murder of Suzanne Jovin. The New Haven Police Department has informed us, however, that he is in a pool of suspects in the murder and that police will be questioning people on campus about him in the coming weeks. Under these circumstances, it is inevitable that his classroom presence would be accompanied by continuing speculation about events outside the classroom that would constitute a major distraction for students and impair their educational experience.

Issued by Tom Conroy
Acting Director
Office of Public Affairs
January 11, 1999