UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES VAN DE VELDE | : | CIVIL ACTION |
| | | NO. 3:01 CV 02296 (RNC) |
| V. | : | |
| | | |
| MELVIN WEARING, ET AL. | : | JUNE 23, 2008 |

### THE NEW HAVEN DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS

**I.   INTRODUCTION**

The undersigned defendants, Melvin Wearing, Brian Sullivan, Thomas Trocchio, Edward Kendall, the Estate of Anthony Dilullo, (the "New Haven Defendants") hereby move for judgment on the plaintiff's Second Amended Complaint pursuant to Rule 12(c) of the Federal Rules of Civil Procedure. A detailed Memorandum of Law has been filed in support of this Motion.

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195

                                            THE DEFENDANTS:
                                            MELVIN WEARING, BRIAN SULLIVAN,
                                            THOMAS TROCCHIO, EDWARD KENDALL
                                            and the ESTATE OF ANTHONY DILULLO

By:      /s/ Robert A. Rhodes
                                            Robert A. Rhodes of
                                            HALLORAN & SAGE LLP
                                            Fed. Bar #ct13583
                                            315 Post Road West
                                            Westport, CT 06880
                                            (203) 227-2855

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195

## CERTIFICATION

This is to certify that on this 23rd day of June, 2003, a copy of the foregoing New Haven Defendants' Motion for Judgment on the Pleadings was filed electronically and served upon by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
Robert A. Rhodes

455373.1(HSFP)

1198721v1
315 Post Road West
Westport, CT 06880

3

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195