# EXHIBIT 1

# New Haven Register

186TH YEAR, NO. 342   NEW HAVEN, CONN.   TUESDAY, DECEMBER 8, 1998   www.ctcentral.com   1998 NEWSSTAND 5

**SPORTS FINAL**

## She knew her killer

### IN MURDER OF YALE STUDENT, COPS SAY...

By William Kaempffer
and Walter Kita
Register Staff

NEW HAVEN — Police had no firm suspects Monday in the murder of a Yale student but said they believe she probably knew her killer.

"We think (the assailant) was known by the victim, and the way this crime was committed, I would think the victim was known to the assailant," said Police Chief Melvin H. Wearing. "This does not appear to be a random act of violence."

Suzanne Jovin, 21, was found fatally stabbed Friday at 10 p.m. in the city's swank East Rock section, creating anxiety among residents whose neighborhood had been largely untouched by violence.

She was stabbed repeatedly in the chest and neck. One wound penetrated her jugular vein, authorities said.

Detectives have interviewed scores of Jovin's friends and acquaintances. They said she had a boyfriend, but they have "no evidence linking him to the case," Wearing said.

Jovin lived above 258 Park St., across from Davenport College, upstairs from the Yale police station.

Calls to Yale's campus escort service more than doubled Sunday night in the wake of the murder. About two dozen students requested escorts Sunday as they returned to their dormitory rooms from the library or a night out with friends, Yale spokesman Tom Conroy said.

"The number of calls was more than twice what we normally expect," said Conroy. "It's good to see that the students are taking advantage of all the resources that are available to them."

Witnesses last saw Jovin, 21, alive on campus less than 45 minutes before she was found in a pool of blood on the sidewalk near the corner of Edgehill and East Rock roads.

How she got from the campus to East Rock Road, nearly two miles away, in that timeframe remained a crucial but unanswered question Monday, sources said.

"We don't have a suspect in the case, but we have a full-court press

Please see Yale, Page A13

Jovin

---

**CHRISTMAS CRUSH**

**Principal will sue school board**

Woodbridge officia[l] suspended for a d[...]

12
EXHIBIT 1 pg. 1

Continued from Page A1

on this one." Wearing said. "We're going to do our damnedest to solve this case. We are turning over every stone."

Police aren't certain if Jovin was stabbed where she was found or if she was dumped from a vehicle. However, there reportedly were no traces of blood between where she lay and the street.

Amid concerns for their safety, Yale students Monday continued mourning the loss of the young woman whose commitment to the community, her friends say, was an inspiration to all who knew her.

"A lot of people are kind of moping around today," said Yale senior Peter Stein, who lives in Davenport College, as did Jovin until she moved off campus two years ago. "There was a candlelight vigil for her (Sunday) night. It was pretty emotional."

The Yale Daily News plans to publish a page of tributes to Jovin in its Wednesday edition. Managing Editor Nicole Llano said tributes are being collected from students and faculty.

The night she was killed, Jovin had organized a pizza party at a church downtown for a group of people with mental retardation.

The last Yale student murdered in the city was Christian Prince, who was shot to death in an apparent robbery attempt in 1991.

Those who knew Jovin well — her teachers and the students who worked alongside her in Yale's Dwight Hall, a student community volunteer organization — praised her tireless commitment to the less fortunate.

Ann Florenzano, a special education teacher at Timothy Dwight Elementary School in New Haven, remembered the patience and concern Jovin showed when she worked as a volunteer tutor in her classroom.

**Mail:** Spirit, sweat all part of December

Jovin was a volunteer math tutor for three years, but took last semester off to study in Paris. She kept in touch with Florenzano's pupils through postcards.

She returned to the school last month to make arrangements for more tutoring assignments, toting a box of brownies for the children.

"I never imagined that would be the last time I'd see her," said Florenzano. "She had a beauty and a radiance that showed in everything she did."

Conroy said that until all the facts are in, it would be premature

> "A lot of people are kind of moping around today. There was a candlelight vigil for her (Sunday) night. It was pretty emotional."
>
> Yale senior Peter Stein

to discuss possible changes in the university's campus security system.

In addition to the escort service,

in which students volunteer to walk other students home, the gates to Yale's 12 residential colleges are locked at night, Conroy said. The gates are opened with electronic card keys.

Out of respect to Jovin's parents, who live in Germany, Conroy declined to discuss any plans for a possible memorial service.

James Van de Velde, a lecturer in Yale's political science department and Jovin's senior thesis advisor, said Jovin had stopped by his office just hours before her death to deliver a draft of her 40-page paper on Middle East terrorism.

"She was a remarkable student — very intelligent, very enthusias-

tic," said Van de Velde. "A great tragedy."

Wearing said he was his department would ... case.

Including Jovin, th been 13 slayings in the year. Police made arres Wearing noted. reportedly have a suspe

The slaying of a Yale s an upscale neighborhood, said, may have given more notoriety, but "we cry murder the same way cord speaks for itself."



FILENE'S BASEMENT
It's Our Biggest Sale of the Year
ONE DAY SALE
Take an 25% 
EARLY BIRD

Wednesday Only!
Early Opening
7AM!
Orange & Corbins Corner
Stamford closes at 10:30PM
closes at 11PM

EXHIBIT 1 pg. 2