# EXHIBIT 2

Case 3:01-cv-02296-RNC    Document 111-3    Filed 07/18/2008    Page 2 of 3

**SPORTS**

Unbeaten Huskies have easy time with Notre Dame, C1



# New Haven Register

184TH YEAR, NO. 343   NEW HAVEN, CONN.   **SPORTS FINAL**   WEDNESDAY, DECEMBER 9, 1998   www.ctcentral.com   NEWSSTAND 50¢

**FOOD**
Cheers to recipes that use eggnog, D1

**TOWNS**
WEST HAVEN
Esposito, Borer agree on Thompson School, B1
WEST HAVEN
Residents, officials question politics in hiring, B1

## Yale teacher grilled in killing

### Prime suspect lives near where slain student found, sources say

By William Kaempffer and Walter Kita
Register Staff

NEW HAVEN — A Yale educator who taught Suzanne Jovin is the lead suspect in the police investigation into her murder, according to city and university sources close to the case.

Officially, police Tuesday denied having a suspect, but the New Haven Register has learned they questioned a Yale male teacher Monday and again Tuesday night.

Numerous other faculty members also were questioned by police.

Sources would not confirm the identity of the suspect. No charges had been filed Tuesday night.

Jovin, 21, a political science major, was stabbed in the neck and repeatedly in the back Friday night in the posh East Rock neighborhood. The suspect reportedly lives not far from where her body was found.

In a press conference Tuesday, police said witnesses heard a man and woman arguing just minutes before passers-by found Jovin lying near the corner of East Rock and Edgehill roads.

Jovin was still breathing but died soon afterward, authorities said.

Despite reports to the contrary, detectives publicly insisted Tuesday that they had no new leads and made a public plea for any information about the case.

"Right now, we don't have any suspects," said Capt. Brian Sullivan, head of detectives.

Questioned earlier about the Yale educator connection, Police Chief Melvin Wearing stated, "That's not true and I have no comment on that."

Tuesday afternoon, police cadets continued to scour the neighborhood of high-priced Tudor

Please see Grilled, Page A16



Slain Yale student Suzanne Jovin, 21, in a photo provided by New Haven Police Dept.



EXHIBIT 2 pg. 1

Page A16 New Haven Register, Wednesday, December 9, 1998 F

## CONTINUED FROM PAGE A1

### Grilled: Police question Yale teacher

Continued from Page A1

homes looking for the murder weapon or any other evidence. They found nothing, Sullivan said.

Authorities are awaiting results from forensic tests on blood taken from the scene to determine whether any of the killer's blood might be present.

For days, police remained uncertain whether Jovin was stabbed elsewhere and her body dumped. Sullivan said Tuesday investigators now believe she was killed on the street.

Officially, no one at Yale had anything to say about the police investigation or about the possibility that Jovin was killed by a teacher.

"All I know is what I've read in the papers," said Yale spokesman Thomas Conroy. Yale President Richard C. Levin did not return a telephone call Tuesday.

University police have four detectives working with eight city investigators on the case.

Faculty members contacted Tuesday said they had no knowledge of any police inquiry of colleagues.

The East Rock neighborhood is home to many Yale professors.

Meanwhile, the university has scheduled a memorial service for Jovin at 1 p.m. Thursday at Battell Chapel.

The Yale Daily News today planned to publish a full page of tributes to Jovin, who friends described as an outgoing, enthusiastic supporter of charitable causes in New Haven.

Jovin's parents flew from their home in Germany and are in town. It is unclear whether they will attend Thursday's memorial.



John Mongillo Jr./for The Register
Police Academy cadets assist detectives at the crime scene Tuesday. It was their second day of training at the academy.

### Murder: Dead brother fingered by trial lawyer

Continued from Page A1

ously told police he saw Brack Sullivan fleeing the murder scene in a red hatchback.

"Do you have any doubts as to whether Mr Sullivan was present...







EXHIBIT 2 pg. 2