# EXHIBIT 3

# Media defend slaying coverage

Feb 14
1999
N Haven Register

### Yale-Jovin link 'sells' to larger audience

By Walter Kita
Register Staff

Their pictures always appear together, whether in the newspaper or on television.

Suzanne Jovin is beaming for the camera, her face framed by stylish, shoulder-length hair.

James Van de Velde is smiling, too. Wearing a blue jacket and striped tie, he looks every bit the upwardly mobile professional.

Since Jovin was stabbed to death Dec. 4 and Van de Velde,




Jovin        Van de Velde

a Yale political science instructor, was named as one in a "pool of suspects," media interest in the case has snowballed.

But some have begun to question whether Yale's promi-

*Please see Yale, Page A6*

EXHIBIT 3 pg. 1

# Yale link gives story more appeal

*Continued from Page A1*

nence has given the story more attention than it deserves.

They wonder whether it's fair to devote so much ink and air time to the slaying of an attractive, well-to-do college student when so many other killings are relegated to the inside pages after a week or so, or given just a few seconds' mention on the local news.

And they question the fairness of writing story after story implicating a Yale faculty member in a crime for which no one has been charged.

"The story is interesting because it has all the elements of a made-for-TV murder mystery," said Ed Kosner, Sunday editor of the The New York Daily News, noting his paper's historic interest in unsolved slayings. "But the Yale name is what sells it to a much larger audience."

Kosner, whose son attends Yale, said the Ivy League cachet was what prompted The News to send a reporter outside the paper's usual coverage area for three days to conduct interviews and gather background.

Would the paper have bothered to do so if Van de Velde had not been named in the pool of suspects, if Jovin had been killed in a random act of street violence?

"I honestly did not know about (Van de Velde) when we assigned the story," Kosner said. "But it certainly does give it an interesting twist."

Ira Grudberg, Van de Velde's attorney, criticized the Register, as well as TV stations and other newspapers for their continued coverage of the slaying.

"It's really not a question of how fair or accurate an individual story may or may not have been," said Grudberg. "The real unfairness is that there has just been so much coverage. Not only is there no fire in this case, there's no smoke. If he's not convicted — if nobody is convicted — the word 'suspect' will follow Jim around for a long time."

The New York Times pursued the Van de Velde angle in a story on the slaying two weeks ago, which broke no new ground but provided a detailed account of the circumstances of the killing and the progress of the police investigation.

The Boston Globe, the Chicago Tribune and USA Today have all printed stories. "NBC Nightly News" and ABC's "Good Morning, America" have aired stories on the slaying.

"Unsolved Mysteries," a tabloid TV news show, is planning a report. The international news media is scrambling to catch up.

Ian Cobain, New York bureau chief for the The London Daily Mail, said his paper was attracted to the story because of the similarities between England's venerable Cambridge University and Yale.

"Our readers are every bit as interested in a murder mystery as yours are," said Cobain, comparing the story to the fictionalized murders chronicled in the popular British TV series "Inspector Morse."

"Often those stories involve the murder of attractive college co-eds, and here we have a real and very tragic example of that."

Because of its stellar reputation, Yale expects to get more press attention, whether the news is good or bad, said university spokesman Thomas Conroy.

He acknowledged his office has fielded calls from a "number" of reporters seeking information about the Jovin case, but not so many he or the staff has felt overwhelmed.

"Any large, prominent institution is going to experience some bumps in the road from a public relations standpoint," he

*Please see Media, Page A7*

# CLOSED MONDAY, FEBRUARY 15

## President's Day

Our office at 90 Sargent Drive, New Haven will be closed Monday.
In case of emergency concerning water service, please call us at **562-4020.**

≈ Regional **Water** Authority

90 Sargent Drive, New Haven, CT 06511

EXHIBIT 3 pg. 2