# EXHIBIT 4

TOP-RANKED UCONN RIPS NOTRE DAME 101-70 AS HAMILTON SCORES 29 • SPORTS, C1

# Hartford Courant.

America's Oldest Continuously Published Newspaper

VOLUME CLXI NUMBER 13    COPYRIGHT 1999 THE HARTFORD COURANT CO.    WEDNESDAY, JANUARY 13, 1999    B★ SOUTH CENTRAL / SHORELINE    NEWSSTAND 50¢

WEATHER
Cloudy,
Highs in 30s, B10

## From Pillar To Pariah

### Yale Lecturer Combats Suspicions He Killed 'Inspiring' Senior

By DAVE ALTIMARI And ERIC M. WEISS
Courant Staff Writers

Their names have become linked. There is Suzanne Jovin, a bright Yale University senior, a volunteer to the mentally retarded, a promising woman brutally murdered on an upscale city street corner.

And there is James Van de Velde, her thesis adviser and lecturer, an expert in international terrorism and a former U.S. diplomat.

Five weeks after the slaying, Van de Velde is at the center of an intense police investigation, a curiosity to students stunned at the death of a popular classmate, and a pariah to Yale officials who abruptly canceled his classes this week.

On Tuesday, Van de Velde spoke out. He accused police of spreading lies about him while interviewing his colleagues and friends, and he chastised Yale for an "eleventh hour decision" to cancel his classes.

"The public announcement that I am 'in a pool of suspects' in the murder of Suzanne Jovin is immensely upsetting.

"Any suggestion that I had anything to do with the death of my former student is deeply, painful and outrageous. I am innocent.

"I cooperated fully when questioned about my car. I immediately volunteered my car keys and allowed the detectives to search my car thoroughly and dust it for fingerprints. I volunteered to allow them to search my apartment. I volunteered to give a blood sample and to take a polygraph examination. All those offers were declined.

Please see YALE, Page A11



### INSIDE

The following is the text of a statement issued Tuesday by James Van de Velde, left, a Yale University lecturer:

The method of the so-called "investigation" over the past month has been a nightmare for me. The questioning of my students, colleagues and friends, I am told, has featured outright lies told them by the police in the form of supposedly known "facts" they had heard." I thank those whose belief in and support of me has remained steadfast.

I regret Yale's eleventh hour decision to cancel my classes and my inability to teach my students this semester. I believe the university severely underestimates its students' ability to choose their courses maturely; to overcome distractions and to make the most of their respective educational experiences.

I join the Yale and New Haven communities in praying that Suzanne Jovin's murderer is brought to justice.



## Strike 2: A Miss

Wednesday, January 13, 1999 • THE HARTFORD COURANT • A1

FROM PAGE ONE

# Yale Lecturer Combats Suspicions

Continued from Page 1

painful and outrageous," Van de Velde said. "I am innocent."

Three days after the 21-year-old Jovin was stabbed to death, Van de Velde walked into his political science class, for the last session of the semester, and placed a bouquet of flowers on her empty chair.

## A Bouquet And Tears

The 38-year-old lecturer then walked to the front of the room and with tears in his eyes asked the remaining 16 students to observe a moment of silence for the student he said "inspired him with her enthusiasm."

"It was the hardest class I've ever had. Everyone was in tears," said class member Gina Marie Acevedo, a senior. "The professor seemed just as shaken as everyone else."

Among his students, the hand-some, blond-haired professor with a penchant for turtlenecks and blazers is well respected. More than one student in the class, "Strategy and Policy in the Conduct of War," referred to him as the best teacher they had ever had.

But to listen to the people who have encountered Van de Velde, one comes away with disparate impressions.

The man who dreamed of being on television as a political commentator in his field of expertise, international terrorism, is the same man

ty for her strikes me as odd," said one Yale alumnus who was a student at Saybrook College for four years under Van de Velde.

"He never got close to students on a personal level. I think he purposely kept people at a distance. Most people thought of him as stiff and formal," said the alumnus, who asked not to be identified.

## A 'Nightmare'

Van de Velde was one of numerous people police interviewed immediately after the murder. Not only was he her teacher, he lives within a half mile of where Jovin died.

After the emotional farewell class at Yale and his initial interview with police, Van de Velde went out to dinner that night with fellow classmates in a communications class at Quinnipiac College. Van de Velde was taking the ba-

sic newsroom reporting class as part of his goal to earn a master's degree in communications from Quinnipiac. He was also working as an intern at Channel 30 and hoped it would lead to his dream job as a political commentator on television.

Van de Velde didn't seem any different at the dinner, although he did mention that Jovin had been in his class, according to his teacher, Les Gura, who is also city editor of The Courant.

"He expressed regret, said she was a good student and everyone was shocked by her death," Gura said. "But he didn't dwell on it."

The next day police interviewed Van de Velde for five hours about Jovin's death. With his consent, they searched his car and his house.

In his statement Van de Velde said he volunteered to give a blood sample and to take a polygraph test as well, but police declined.

"The method of the so-called 'investigation' over the past month has been a nightmare for me," Van de Velde said. "The questioning of my students, colleagues and friends, I am told, has featured outright lies told to them by the police."

Police spokeswoman Judy Mon-day to take Van de Velde's class "Intelligence Collection and Analysis." Many were surprised to be greeted by a sign saying the class had been canceled.

Yale officials canceled the class over the weekend and issued a statement that publicly acknowledged for the first time that Van de Velde was a suspect in Jovin's death.

His presence under those circumstances would constitute a major distraction for students, Yale officials said.

Van de Velde countered Tuesday by saying the university is "severely underestimating" students' ability to overcome any distractions. Yale spokesman Tom Conroy said

"It's just shocking to think someone who is your teacher could murder someone that you know."

Yet the rumors didn't stop about 30 students from showing up Mon-day to take Van de Velde's class "Intelligence Collection and Analysis." gillo said police would not comment on the statement or any investigative techniques they are using.

"We haven't zeroed in on him or targeted him as a suspect," Mon-gillo said. "He is in a pool of suspects we are investigating."

### The Last Goodbye

When Van de Velde's name first surfaced as a suspect last month, students in his tight-knit class were stunned.

"We were all trying to still get over the shock of Suzanne's death when the rumors started about who killed her," one of his students said.

Tuesday the university would not respond to Van de Velde's statement. He noted that Yale officials, in their statement, said they presume Van de Velde is "innocent of any wrongdoing" in Jovin's death.

The statement by Van de Velde was his first since he went on television four days after the murder and called the rumors that he may have killed Jovin "absurd" and promised reporters they'd be back to apologize to him when the real killer was finally caught.

He then wrote his eulogy to Jovin that was included in a memorial issue published by the campus news-paper. It ended:

"She inspired me with her enthusiasm and her interest in making a difference in the world. She is some-one I will always remember."

Courant Staff Writers Janice D'Arcy and Gary Libow contributed to this story.

who was the target of police complaints filed by two local television reporters.

Both filed complaints with New Haven police although no action was ever taken, sources said.

In one case, Van de Velde was accused of looking into the windows at the home of one of the reporters, and constantly phoning her after she broke off a fledgling relationship, a police source said.

### A Careful Diplomat

Born and raised in Orange, Van de Velde attended Yale as an undergraduate before earning a doctorate at the Fletcher School of Diplomacy and Law at Tufts University in May 1988.

Within a year he was appointed by the Bush administration to be a special assistant in the U.S. State Department. From 1989 to 1991 Van de Velde lived in Geneva and served as the principal adviser to U.S. officials negotiating the Strategic Defense Initiative with Soviet officials.

When the Soviet Union collapsed, he became a policy assistant to the Group on Safety, Security and Dismantlement, which advised the new republics on how to dismantle weapons of mass destruction.

Van de Velde played down the importance of his former life as a diplomat in an interview last fall with a Quinnipiac College journalism student. Jason Barry wrote a profile of Van de Velde as an assignment for the class they took together.

Van de Velde returned to his alma mater in 1993 as a political science lecturer and was appointed dean of the university's Saybrook College that year. As dean, Van de Velde lived among the students and acted as an adviser.

Van de Velde resigned from Yale in 1997, informing school officials he had been called to serve in the U.S. Naval Intelligence Reserves. That assignment lasted about six months before he reappeared at Stanford University as a faculty member at the Asia-Pacific Research Center.

### A Student-Teacher Bond

Van de Velde returned to Yale as a lecturer in the fall of 1998 and met Jovin for the first time when she enrolled in "Strategy and Policy in the Conduct of War."

Van de Velde immediately liked the attractive, personable Jovin.

"When I met Suzanne this past September, I was immediately taken by her deep enthusiasm for life, her infectious positive outlook, her insightfulness, and her commitment to learning," Van de Velde wrote in memorializing Jovin in a special edition of the Yale Daily News.

Jovin, like almost all of the students in the class, was impressed with Van de Velde as a teacher, so much so that he became her senior thesis adviser for her paper on Osama bin Laden and diplomacy and warfare in the era of international terrorism, friends said.

One student said Van de Velde seemed closer to Jovin than to some other students. But the student attributed that to the fact Jovin was very outgoing and Van de Velde was her adviser.

Other students were surprised to hear that Van de Velde was close to any student, not just Jovin.


Get Fit with Our Exclusive yours with any E&
9 styles!
Here, just a sam


**SALE 59.99** Reg. 78.99.
19.00 OFF "E-Race"
Go the distance with this walking shoe. Built for superior durability and with padded anti-gravity cushioning. White leather with blue stripes, 6 to 10M.


**SALE 59.99** Reg. 78.99
19.00 OFF "E-Walk"
A power-walking shoe with elastic gore and anti-gravity cushioning. White leather royal blue trim.

| M | W | Includes half sizes |
|---|---|---|
| 5½-10, 11 | 7-9, 10 | |


**SALE 59.99** Reg. 69.00
First Time on Sale! 9.00 OFF "E-Speed"
Running shoe with anti-gravity features and breathable mesh lining for maximum comfort. White leather with green trim, 6 to 10M.


**SALE 49.99** Reg. 74.00
Lowest Price Ever! 24.00 OFF
Speed along in this athletic walking sh with comfort technology. White leathe


**SALE 49.99** Reg. 68.99
19.00 OFF "Richmond"
Tasseled loafer and low heel make this a comfortable pair. In brown or black leather, 6 to 10M.


**SALE 49.99** Orig. 79.99
30.00 OFF "Dorsett"
A dress to casual moccasin with styled Lightweight for easy-wear.
Brown or black leather, 6 to 10M.

Call our Comfort Shoe Hotline to order



**ADDITIONAL**
All Fall Shoes for Her Alread
Savings Up to
**ADDITIONAL**
YOUR SECOND† PAIR OF ALREA
Now through Monday, Ja
25% TO 50% OFF All Boots for Her Over 100

EXHIBIT 4 pg