# EXHIBIT 5

 



**Quick Links**

Arts & Ideas
Death notices
Looking for...?
Weather
FrontPage
Obituaries
U.S./World
Tides
Answer Book
Senior Spotlight






Tue, Jun 29, 1999

## Jovin murder stumps cops

By Alaine Griffin

NEW HAVEN - After spending almost seven months investigating the slaying of Yale University senior Suzanne Jovin, authorities don't appear to be any closer to making an arrest. So said the city's police chief in his first public comments on the case. Investigators lack substantial physical evidence and witnesses who saw what happened the night of Dec. 4, 1998, when Jovin, 21, was found lying on a sidewalk in the East Rock neighborhood suffering from 17 stab wounds in the back and neck. She later died at Yale-New Haven Hospital.



*Suzanne Jovin*

Forensic tests on blood found on Jovin's clothes, the tip of a blade found in her skull, animal hairs taken from Jovin's clothes, a car manual discovered in a wooded section in East Rock and other evidence recovered from the crime scene have failed to link a suspect to the crime.

"What little we have, it's not earth-shattering and won't solve the case for us," Police Chief Melvin H. Wearing said during a recent interview at his office.

Since the slaying, police had declined all public interviews about Jovin's murder.

"It's an isolated case and it's difficult to solve," Wearing said.

Police are hoping the "little" evidence they have could prove helpful in the end, the chief said.

"We could use it for a possible circumstantial case," Wearing said.

Wearing said the department has devoted time and skill to the case, employing two veteran detectives to lead the investigation.

"I've asked some hard questions from this office," Wearing said. "I'm completely satisfied with the way it's being investigated."

Police have also used the FBI Behavioral Sciences Unit to develop a psychological profile of Jovin's killer. Gov. John G. Rowland has offered a $50,000 reward for anyone with information in the case.

But despite the hundreds of interviews and countless leads, police have no arrest warrant in hand for a suspect.

EXHIBIT 5 pg. 1



The Jovin murder case generated worldwide interest when it was revealed that James Van de Velde, a Yale political science instructor, was termed by authorities as being in "a pool of suspects" in the case.

Van de Velde has maintained his innocence.

Van de Velde's attorney Ira B. Grudberg claims police are coercing witnesses to point the finger at his client.

He said that during police questioning last December, investigators accused Van de Velde of killing Jovin.

"They've done everything to lie and cheat on this case," Grudberg said. "The whole department is just so sure Jim's guilty based on everything we see."

Grudberg said a witness who spoke to police about a "small, red car" leaving the area of the crime scene was pressured by police to identify his client.

Investigators asked the witness several times if the car was a red Jeep Wrangler - the vehicle Van de Velde drives. The witness said it wasn't a Jeep and when the witness was shown photographs of Van De Velde, he told police Van de Velde was not driving the car.

"They tried to put words in his mouth," Grudberg said. "They have zero evidence connecting Jim."

When asked about Van de Velde and other potential suspects, Wearing declined to get specific.

"Nobody has been ruled out in the pool of suspects. Van de Velde has not been ruled out," Wearing said. Police declined to identify any other suspects.

Wearing admitted seven months is "a long time" to be working on a murder case, particularly when "good strong leads" are usually developed within the first 48 hours of the murder. But the chief characterized the Jovin murder as a "long-term investigation" that detectives will continue to "pull together." "We just need a break in the case that we don't have right now - something tangible," Wearing said.

Wearing is convinced someone saw something the night of the slaying that is pertinent to the case.

It was an unseasonably warm December night. The temperatures prompted otherwise hibernating East Rock residents to take walks and jog in one of the city's more upscale neighborhoods.

"We feel there was enough activity out there that night that somebody saw something. We're still optimistic that person is out there," Wearing said.

Jovin's unsolved slaying is particularly frustrating for city homicide investigators accustomed to stellar clearance rates when it comes to murder.

When Denise Vann was found stabbed to death in her Stanley Street home earlier this month, police had an arrest in less than 20 hours.

Detectives' wealth of confidential informants and other street contacts usually used in solving city crime apparently can't help solve Jovin's murder.

Jovin's unsolved slaying comes at a time when crime rates are falling in the city.

Overall, the city's crime rate is down about 6 percent from last year, almost keeping pace with a national decline of 7 percent.

Violent crimes such as murder, aggravated assault and robbery, are down about 10 percent as of April, according to the latest statistics released by the police department.

But numbers mean little when there is a murder to solve.

"We talk constantly about this case," Wearing said. "We're still confident."

EXHIBIT 5 pg. 2