# EXHIBIT 6

## an intended act 'p' call to kill Jews



supremacist create a greater tragedy than the one we had," Los Angeles Police Chief Bernard Parks said.

Furrow told authorities he took two cabs for the 275-mile trip from Los Angeles to Las Vegas, one to the California-Nevada line, the other the rest of the way.

A source said Furrow walked into the office and said: "You're looking for me — I killed the kids in Los Angeles." Furrow assumed he had killed some children, according to the source.

Los Angeles County prosecutor Craig

*Please see White, Page A9*

'uesday near lies said. deral agents tion Furrow, te Northwest self to a psy-

Anti-Semitic attacks all too familiar, local Jewish leaders say. **See Page B1.**

chiatric hospital last year.

"He certainly had the wherewithal to

Cecarelli showed Glickman and federal legislators his toma- now experiencing this record- setting drought. We will do everything we can to help farm- ers weather this difficult peri- od."

"This is a microcosm of the problem," said Cecarelli. "I know the whole state is devas- tated."

The area did finally see some steady showers Wednesday, but not enough to ease the dustbowl conditions.

Michael Erickson, a fore- caster at Western Connecticut State University's Weather

farm prices in a decade, and are day, Saturday and Sunday.

"We aren't expecting a widespread event that would benefit the whole state," said Erickson.

The state's shoreline saw just .78 inches in July and .98 inches in June, compared to normal rates of between three and four inches, according to Erickson.

The disaster area declaration

*Please see State, Page A8*

### WEATHER
SUNNY
**82** 65

DETAILS, PAGE D12

### SECTION INDEX

| Business | C7-11 |
| Classified | D6-12 |
| Comics, crossword | D4-5 |
| Health/Science | D1-2 |
| Legal notices | D9-10,12 |
| Local news | B1-12 |
| Lottery numbers | A2 |
| Movie guide | D3 |
| New Haven/State | A3-7 |
| Obituaries | B9 |
| Opinion | A10 |
| Sports | C1-6 |
| Television | B10 |

© Copyright 1999, New Haven Register

## Suspect in Jovin's slaying has left for parts unknown

By Walter Kita
Register Staff
and Richard Weizel
Register Correspondent

NEW HAVEN — Eight months after Yale University senior Suzanne Jovin was found stabbed to death, the only person identi- fied as a suspect in her killing appears to have moved from the city.

James R. Van de Velde, who had been Jovin's thesis adviser when she was slain Dec. 4, moved from the small apartment above the Bethesda Lutheran Church offices at 305 St. Ronan St. late last month.


Van de Velde

"He did not indicate where he was going

or what he would be doing," the Rev. Michael Merkel said Wednesday.

Van de Velde had lived in the apartment since last fall, and stayed there until his lease expired.

A colleague in the Yale Political Sci- ence Department, who asked not to be identified, said Van de Velde might have moved to California, possibly the Sacra- mento area, to be closer to other family members.

Van de Velde's mother, a longtime Orange resident, sold her house last month and reportedly moved to the West Coast.

Orange Town Clerk Pat O'Sullivan confirmed that the house listed at 466 Oakview Drive, owned by Lois H. Van de Velde, had been sold for $225,000 on July 9 to a Samuel Jimenez.

*Please see Suspect, Page A8*

bulletproof vest when shot, proba- bly saving his life, police said.

The suspect, Aaron Ortiz, 18, of 51 Santiago Circle, was taken to Hartford Hospital's emergency room where he was listed in stable condition, said state police spokesman Sgt. Paul Vance.

Wednesday was not the first time Ortiz encountered Augeri. On April 1, Ortiz tried to jump from the Arrigoni Bridge, but Augeri and another officer talked him down.

Augeri had said Ortiz threat-

serve him with an unrelated arrest warrant. He was facing a variety of charges Vance believed related to a domestic violence situation: first-degree unlawful restraint, threatening, criminal trespass, reckless endangerment and carry- ing a weapon without a permit.

Looking in places they knew Ortiz frequented, the two city offi- cers spotted Ortiz in the field behind the Wesley School, an ele- mentary school on Wesleyan Hills Road in the Long Hill area.

*Please see 2 cops, Page A9*

PHYSICIAN REFERRAL SERVICE. OVER 900 DOCTORS. ONE WEB SITE. www.ynhh.org

## Suspect may have left city

Continued from Page A1

A man identifying himself as the new owner said he bought the home on July 9 and that he believed the former owner had moved to California.

He said he was not aware whether her son had moved with her.

Some who know Van de Velde said they believed he was considering returning to the military.

A lieutenant commander in the U.S. Naval Reserves, Van de Velde remains on the "inactive" duty roster, according to officials in the Navy personnel office in Virginia.

His yearlong teaching contract with Yale expired in May. The school canceled Van de Velde's classes before the start of last semester, soon after police named him as being in a "pool of suspects" in the slaying.

Saying his presence in the classroom would have proved a distraction to the students, Yale allowed him to remain on the faculty to do research.

Van de Velde has maintained his innocence and has not been charged.

Van de Velde's attorney, Ira B. Grudberg, declined to comment Wednesday on where Van de Velde moved or his plans for the future. Grudberg's son, David, is a close friend of Van de Velde and grew up with him.

Van de Velde, who spoke to the Register shortly after the December slaying, has more recently declined requests for interviews. He reportedly, however, did agree to be interviewed for a soon-to-be published article in the New York Times Magazine.

Van de Velde has criticized the way police have handled the case and how the news media has reported on it.

New Haven police Capt. Brian Sullivan, head of detectives, said Wednesday Van de Velde remains in the "pool of suspects."

Van de Velde taught at Stanford University in Palo Alto, Calif., before returning to Yale to become an instructor in the Political Science Department. Before that, Van de Velde was a dean at Yale's Saybrook College.

EXHIBIT 6 pg. 2

## The Boss helps

