# EXHIBIT 7

**CAN'T GET TO THE GYM?** CLICK HERE
**TOTAL FITNESS**

Classifieds | Local News | Entertainment | Town Talk | U.S./World News | Personals

CTcentral Home
Customize
Site Map
Search

**New Haven Register**

NEWS | BUSINESS | SPORTS | FEATURES | EDITORIALS

Subscribe
News Archive
Other Papers
Weather

Quick Links

## 10 remain in pool of suspects in Jovin slaying

By William Kaempffer



NEW HAVEN — One year after the slaying of Yale senior Suzanne Jovin, the city's police chief said some 10 people remain in a "pool of suspects," and later named one he wished would take a polygraph.

*New Haven Police Chief Melvin Wearing fields questions during a press conference on Friday. Eric Kane/Register*

Chief Melvin H. Wearing indicated Friday that he'd like former Yale University educator James R. Van de Velde, the only suspect police have publicly named in the murder, to take the lie detector test.

"Mr. Van de Velde became a focal point in this investigation and we are still trying to eliminate him from the process," Wearing said at a news conference that came a day before the first anniversary of the Dec. 4, 1998, slaying.



But David T. Grudberg, Van de Velde's attorney and friend, said if that's the case, police should have taken Van de Velde up on his offer a year ago.



"Jim offered on Day One to submit to a polygraph, blood test, search and to help in any way he could," Grudberg said Friday. "The police declined that offer, and instead have dragged his name through the mud for a year."



He said police continue to single him out and refuse to name any other suspects "from what they admit is a large pool."



"It's a little late in the day for the police to expect Jim to trust them," Grudberg said.

Wearing said Van de Velde remained in a "pool of suspects." Wearing said police had removed about five other names from the suspect list through a

http://ctcentral.com/jrc-htm/papers/fullstory_aIN112047574.html    12/4/1999

EXHIBIT 7 pg. 1



process of elimination.

He would not reveal any information about the other unnamed suspects.

Wearing said he remained optimistic that the case would be solved, but he acknowledged police still had hard work ahead.

"We've made progress in the case, but we have a long way to go," Wearing said. "I'm optimistic that we can solve this case.

"We still work it as vigorously today as we did Dec. 4, 1998," he added.

Police held the press conference Friday morning to detail the status of the investigation.

Eight local and national television crews crammed into a conference room at the police academy on Sherman Parkway. For about 20 minutes, Wearing read a brief statement and fielded questions from dozens of reporters.

But despite the fanfare and formalities, Wearing revealed little about the investigation.

"We have to protect the integrity of this case," Wearing said.

Wearing said two detectives continue to work full time on the case and that results of forensic tests on cat hairs found on Jovin's coat were expected within days.

Jovin's parents, who live in Germany, had expressed concerns about delays in analyzing that and other evidence.

But recently they told the Register they were pleased with the efforts of law enforcement officials working on the case.

Jovin, 21, who was a senior majoring in political science, was stabbed 17 times in the back and neck. Her body was found in the upscale East Rock neighborhood not far from campus.

Van de Velde served as Jovin's senior thesis adviser.

In the Register this week, Van de Velde criticized the media and police investigating the case. He said speculation, malicious police leaks, lies and a lack of good police work have marred the investigation. He also criticized the media as "gullible and unquestioning" in its coverage of the case.

Yale canceled his classes Jan. 11, saying his presence in the classroom would be a "distraction" to students. That same day, police officially named the lecturer as a suspect.

Wearing defended his department's investigation, noting that of the 15 murders committed in the city in 1998, only two — including the Jovin case — have not been solved.

The culprits in two subsequent murders in 1999 have also yet to be found.

The chief said the department has been in frequent contact with the Jovin family and assured Jovin's parents that police will find their daughter's killer.

"If we have to ruffle feathers, disrupt some people's careers to do that, we will," Wearing said.

BACK TO TOP

| Local News | | | Home

Questions or Comments? Email the [...] or see our [...] page.
© 1999 .CT CENTRAL
Journal Register