# EXHIBIT 8



# DEPARTMENT OF POLICE SERVICE

One Union Ave, New Haven CT 06519



Melvin H. Wearing
Chief of Police

John DeStefano, J
Mayor

News Conference
Status Report on the Suzanne Jovin Murder Investigation
New Haven Police Training Academy
December 3, 1999 - 10 00am

**STATEMENT BY**: Chief Melvin H Wearing, New Haven Department of Police Service

The tragic murder of Suzanne Jovin on December 4th, 1998, captured the interest of the public, and generated world-wide media attention. It became a high profile case. It is one of the fifteen murders New Haven Police investigated in 1998, and one of the two cases where an arrest has not been made. However, both are still open and active investigations which we continue to aggressively pursue.

Our goal has always been to solve this case and support the successful prosecution of the person or persons responsible. We have remained committed to its resolution. As a result, in an effort to maintain the integrity of the case, we have limited the details released concerning the investigation. First and foremost, we have an obligation to Suzanne Jovin, her family, along with our community, not to do anything that could jeopardize or hinder the process of the investigation.

As the one year anniversary date of her death approaches, the case has sparked more media attention. At this point in time, we would like to take this opportunity to share the information we can, in relation to this case with the local, national, and inter-national media.

Since our investigation began, we have worked diligently to gather information and evidence to develop leads in the case, especially during the first crucial hours and days after it occurred. All available resources were directed toward the investigation. This process continues as I speak to obtain the criteria necessary to make an arrest.

EXHIBIT 8  pg. 1
*Pride & Progress*

2

This has been a difficult case from the beginning. We brought in experts from state and federal levels including, Dr. Henry Lee, profilers from the FBI, Mr. Michael Dearington from the New Haven State's Attorneys Office, and also authorities from Yale University to help with the investigation and in building a case.

The complexities of this investigation has made trying to solve this case a slow and arduous process. We understand that this has been a very trying time, especially for the Jovin family. We hope that we can help bring them closure by making an arrest in this case.

###

EXHIBIT 8 pg. 2