# EXHIBIT 9

NEW HAVEN REGISTER

YEAR NO 109    NEW HAVEN CONN    **MONDAY, APRIL 19, 1999**

# 'Treasure hunters' find evidence in Yale murder

### Police won't reveal item, but say it might help

William Kaempffer
Staff

NEW HAVEN — With the help of a North Haven treasure hunting club, police Sunday collected evidence that investigators believe could help solve the murder of Yale University student Suzanne Jovin.

For five hours, about a dozen people with metal detectors and telephones swept yards and wooded areas along Edgehill Road and St Ronan Street. Sunday's search marked the second time police scoured the neighborhood where the slaying took place, looking for evidence.

Two hours into the session, a searcher recovered an item in an overgrown area in the 100 block of St Ronan Street.

Detectives quickly placed the item in a brown paper bag and alerted Capt. Brian Sullivan, head of detectives, to the scene.

Police would not comment on what the item is, but conceded they think it could be connected to the case.

"I can confirm we found some evidence that we will send to the lab for analysis," Sullivan said. He would not elaborate.

The item apparently was not the murder weapon, which remains undiscovered, sources said.

After the discovery, Sgt. Edward Kendall ordered two storm sewers searched for a section along the stretch of roadway.

The item was found in a wooded area on St Ronan Street between the side yard of Bethesda Lutheran Church and



Don Altieri, left, and Dave Sutler comb shrubbery at the corner of East Rock and Edgehill roads where the body of slain Yale student Suzanne Jovin was found in December.

the residence next door.

Yale lecturer James R. Van de Velde, 39, who has been named as a "pool of suspects" in the murder, lives at an apartment above the church rectory, about 100 feet from where the item was found. His vehicle was parked nearby during the search, but he did not appear.

Van de Velde's attorney, David B Grudberg, declined comment Sunday, but Van de Velde has maintained that he is innocent. Officials said they hoped someone would come forward with information before Yale classes break for the summer.

The search was conducted by volunteers from the Nutmeg Treasure Hunters, a group of metal detector enthusiasts.

Twice prior, authorities

*Please see Evidence, Page A5*



Police Sgt. Edward Kendall instructs members of Nutmeg Treasure Hunters, a group called in to assist in the search for evidence



## STRANGER THAN FICTION

Pamela Thomas-Graham's new book, "Blue Blood," was finished long before the killing of Suzanne Jovin yet it contains some eerie parallels.

See Today's Women, Page B8



# Develop tries aga in Milfo hotel bi

### Rejected once, de devises new housi

By Camir Melago
Register staff

MILFORD — The developer will quest to obtain a zoning permit to dated hotel will defend a new p land Tuesday.

Dr. James Caserta of Fairfiel almost a decade to fix up the roomy Waterbury Ave — Milford's long tle. But the marathon litigation through the state's court system city's favor in July 1997.

Now Caserta has returned wit molish the Idlewild Hotel and turf four two-bedroom and two o condominium.

"I'm stuck at point A still. An point A for years," Caserta said in Milford's biggest eyesore, are owning it."

Caserta, whose case went to th came before the State Supreme C new landmark state land-use prece lived the judge who originally hea have another fight ahead of him the Planning and Zoning Board exception to construct the hous

*Please see Devel*

# Allied tro deployme in the wo

Associated Press

As hundreds more aircraft joi campaign, a less-noticed array o forces is assembling on the se Yugoslavia.

Some were brought to the regi tarian work and others for potent as peacekeepers. But they coul nucleus of an invasion force if NATO reverse themselves and d an invasion will achieve their aim goslavian President Slobodan N

The possible deployment of was discussed on both sides o Sunday. Secretary of State Mad said anew that the Clinton ad confident air power will achieve poses and NATO Secretary Ge has said the allies have no plans invasion.

But, in a significant addition ground troop dialogue, he add moment comes when it is neces Yugoslavia. "I'm sure the coun to NATO will be ready to do

Meanwhile, NATO launched day of airstrikes Sunday in its a

*Please see ...*



WEATHER
CLOUDING OVER
58 42
DETAILS, PAGE C9

SECTION INDEX
MAIN NEWS
Key numbers    A2
Haven/State    A3
nion    A6
ision    A6
r guide    B

## Is there 1 'Good Person' out there who can act?

By Susan A Zavadsky
Register Staff

NEW HAVEN — Dear God, isn't there one truly decent human being anywhere in the city of New Haven?

Actually, three fictional gods will soon descend on the Elm City in search of just such a person. But first, the creatures of the stage play dra



# Farewell

Rangers' Way Gretzky, right, his assist on B Leetch's goal mate Mathieu Schneider (25 against Pittsb Rangers lost 2 Gretzky's final game before i See Page C1

EXHIBIT 9 pg. 1

## CONTINUED FROM THE FRONT PAGE

# Evidence found in Jovin case

*Continued from Page A1*

searched the location without success.

New Haven police learned about the group through the Yale Police Department and met with them last week to en-list their assistance, Sullivan said.

According to the group's founder, Arthur G. Kohloff, the club has helped in police inves-tigations before, once locating a bullet casing stemming from a State Police shooting in West Haven.

After receiving instructions Sunday morning, searchers started at the corner of Edgehill and East Rock roads, where Jo-vin, 21, was stabbed to death. They proceeded west on Edge-hill searching through patches of ivy and under bushes before fanning out, some focusing on blocks of Huntington and High-land streets while others contin-ued onto St. Ronan Street.

It was in the 300 block that a searcher, while checking a wooded area across from the Yale Divinity School, came upon the evidence.

Detectives Sunday also hung placards with Jovin's picture and news of a $50,000 reward from Yale's Old Campus, where Jovin last was seen alive, along the 1.7 mile trek to where she was killed Dec. 4, 1998.

Jovin was last seen alive at about 9:15 p.m. at Phelps Gate on campus. Shortly before 10 p.m., passersby found her stabbed 17 times in the back and neck.

In January, Van de Velde was removed from the class-room after police named him as a suspect. He has repeatedly de-nied involvement.

The Nutmeg Treasure Hunt-ers worked with police during the 1988 investigation of a gun battle in West Haven that wounded two police officers and killed a gunman.

Kohloff said the group, which offers help to any police department, also assisted in a 1998 search in North Branford for a weapon believed discarded during a robbery and kidnapping.

Included in the group was re-tired New Haven police Sgt. Anthony Griego.

EXHIBIT 9 pg. 2



NEW HAVEN REGISTER ■ ■ ■ www.ctcentral.com
TUESDAY, APRIL 20, 1999 · PAGE A3

# NEW HAVEN/STATE

# Evidence linked to Yale murder

## Police scour woods for further clues

By William Kaempffer
Register Staff

NEW HAVEN — Forensic evidence recovered in a small wooded patch adjoining St. Ronan Street, or how the handbook is significant. Sr. or how the handbook is significant.

The evidence, discovered Sunday, is linked to the murder investigation of Yale senior Suzanne Jovin, and sources have described the finding as potentially important.

Capt. Brian Sullivan, head of detectives, however, wouldn't comment on the evidence, which was located near 305 St. Ronan St., or near a manual for a master vehicle, sources told the register Monday.

Meanwhile, investigators returned to the location Monday for about four hours and searched four storm sewers along the road, way.

Two trucks from the city's Water Pollution Control Authority pulled buckets of muck from the drains and employees sifted through with shovels. Police

forensic technicians scrutinized several plastic bags found in the sludge but they all had apparently been dropped down in the sewer by dog owners.

The crew arrived at about 10 a.m. with fire engines and police detectives from the Bureau of Identification.

Jovin, 21, was murdered Dec. 4 about a half-mile away at the corner of East Rock and Edgehill roads.

The site authorities searched

Monday was in front of the Bethsaida Lutheran parish house, James R. Van de Velde, who has been named as a suspect in the slaying, lives in a second-floor apartment in the parish house.

Van de Velde, 39, a Yale lecturer, reportedly was home when the search began but left a short time later.

The spectacle drew a crowd of passersby from St. Ronan Street residents to parents picking up children at a nursery school located in the parish house.

In the recent search, reportedly produced no new evidence in the Jovin slaying, focused investigative activity in the East Rock neighborhood has sparked a response from the Edgehill-Ronan Neighborhood Association, said Jack Buckman, president of the group.

*Please see Police, Page A5*

Detective Robert Benson hands a metal detector to Sgt. Edward Kendall, as Kendall prepares to search a sewer on St. Ronan Street Monday.



04/20/1999

# Evidence linked to Yale murder

By By William Kaempffer

NEW HAVEN - Forensic evidence recovered in a small wooded patch abutting St. Ronan Street was an owner's manual for a motor vehicle, sources told the Register Monday.

The evidence, discovered Sunday, is linked to the murder investigation of Yale senior Suzanne Jovin, and sources have described the finding as potentially important.

Capt. Brian Sullivan, head of detectives, however, wouldn't comment on the evidence, which was located near 305 St. Ronan St., or how the handbook is significant.

Meanwhile, investigators returned to the location Monday for about four hours and searched four storm sewers along the roadway.

Two trucks from the city's Water Pollution Control Authority pulled buckets of muck from the drains and employees sifted through with shovels. Police forensic technicians scrutinized several plastic bags found in the sludge but they all had apparently been dropped down the sewer by dog owners.

The crews arrived at about 10 a.m. with fire engines and police detectives from the Bureau of Identification.

Jovin, 21, was murdered Dec. 4 about a half mile away at the corner of East Rock and Edgehill roads.

The site authorities searched Monday was in front of the Bethesda Lutheran parish house.

James R. Van de Velde, who has been named in a "pool of suspects" in the slaying, lives in a second-floor apartment in the parish house.

Van de Velde, 39, a Yale lecturer, reportedly was home when the search began but left a short time later.

The spectacle drew a crowd of passers-by, from St. Ronan Street residents to parents picking up children at a nursery school located in the parish house. Monday's search reportedly produced no new



EXHIBIT 9 pg. 4

evidence in the case.

Renewed investigative activity in the East Rock neighborhood has sparked a response from the Edgehill-Ronan Neighborhood Association, said Jack Buckman, president of the group.

The association included information about the slaying and a photograph of Jovin in its recent newsletter, which was sent to 230 residents. Buckman said he hopes the information will help encourage anyone in the neighborhood who may know something about the incident to come forward.

"This is a neighborhood where people are out on the street habitually," Buckman said.

"Maybe something we write can trigger someone's memory. You just never know."

Jovin was stabbed 17 times in the back and neck and left for dead on the sidewalk. A woman reportedly heard a male and female arguing near the corner of East Rock Road and Whitney Avenue just minutes before the slaying.

Despite numerous people outside on the unusually warm winter night, police have located no witnesses to the killing and have not recovered a murder weapon.

Register reporter Alaine Griffin and Register correspondent John Mongillo Jr. contributed to this story.

---

Classifieds | Local News | Entertainment | Town Talk | U.S./World News
The Daily Fix | Sports Central | Personals | Home

Questions or Comments? Email the editor or see our FAQs page.
(c) 1999, New Haven Register
Journal Register
C O M P A N Y

EXHIBIT 9 pg. 5



Associated Press

e officer outside the school.

self-inflicted gunshot wounds and what appeared to be bombs around their bodies, sheriff's spokesman Steve Davis said.

"It appears to be a suicide mission," Sheriff John Stone said.

Students said the killers apparently belonged to a clique

were killing students and teachers alike. But by late Tuesday, officers had yet to remove any bodies — which were in rooms throughout the school — be-

*Please see Motive, Page A12*

More on tragedy in Colorado
See Page B4

# No one is immune, local educators say

By Natalie Missakian
Register Staff

New Haven Superintendent of Schools Reginald Mayo gets an ache in the pit of his stomach when he hears news reports like those on Tuesday's shooting spree at a suburban high school outside Denver.

"When you hear something like that, the first thing that happens when you're a superintendent is your heart drops," he said. "Regardless of how hard you work to prevent something like this from happening, you know that at any moment it could be you."

The news of more bloodshed in a public school brought home the recurring fears of parents and educators throughout the region that no school is immune to society's violence.

Janet Moscato, the mother of three children in East Haven's school system, said tragedies like the one in Colorado always get her thinking about the safety of her own kids.

"When you see something like that on TV, your first thought is 'Could that happen in my (child's) school?'"

But she said she then realizes that children can be harmed in any number of ways.

"You can only isolate your child to a certain point," said Moscato, who regularly attends school board meetings in her

*See Educators, Page A12*



# Yale murder 'evidence' blasted

By Alaine Griffin
and William Kaempffer
Register Staff

NEW HAVEN — The recovery of a motor vehicle owner's manual during Sunday's search for evidence in the slaying of Yale student Suzanne Jovin has prompted strong criticism of police and the media from the university lecturer named as a suspect in the case.



Van de Velde

James R. Van de Velde, 39, says a thief broke into his Jeep Wrangler in October 1998 while it was parked near 305 St. Ronan St. and attempted to steal his stereo and compact disc player, according to a statement Tuesday from his attorney.

The thief was unable to steal the radio but made off with the stereo's faceplate and another item: the owner's manual for the Jeep, according to David T. Grudberg, Van de Velde's lawyer.

Grudberg characterized the connection between the owner's manual and the case as "terribly premature, irresponsible and wrong."

He assailed the Police Department's handling of the investigation, which remains unsolved after nearly five months.

"Mr. Van de Velde continues to join the Yale and New Haven communities in praying that Ms. Jovin's murderer is apprehended. If the New Haven police do not change their approach to the investigation, however, the crime may never be solved," the statement concludes.

Contacted Tuesday, Assistant Police Chief Douglas MacDonald referred comments to Police Chief Melvin H. Wearing. Wearing could not be reached for comment late Tuesday.

In January, police named Van de Velde in a "pool of suspects," but did not name others.

In a story in Tuesday's Register, police sources said an owner's manual was discovered in a small wooded area during Sunday's search in the East Rock neighborhood where Jovin, 21, was fatally stabbed on Dec. 4, 1998. The story did not identify the manual's owner.

Police won't confirm publicly what was recovered during the search by a volunteer metal-detector club but have charac-

*Please see Lecturer, Page A11*

EXHIBIT 9 pg. 6

ERVICE: 1-888-700-6543. *Mon-Fri 8am-4:30pm*

New Haven Register, Wednesday, April 21, 1999 Page A11

## CONTINUED FROM THE FRONT PAGE

# Lecturer criticizes 'evidence'

*Continued from Page A1*

terized it as "forensic evidence" that could help investigators crack the case.

The discovery was made a short distance from Van de Velde's St. Ronan Street apartment.

Grudberg, a childhood friend of Van de Velde, said late Tuesday that Van de Velde did not report the vehicle break-in to police in October but told them about the incident in a letter sent to the department Tuesday.

"No report was filed. Damage was minimal and it was below his insurance deduction," Grudberg said.

Van de Velde was able to recover some items taken from his car that were dropped outside the vehicle, the press release said.

The thief reportedly dam-

> Grudberg characterized the connection between the owner's manual and the case as "terribly premature, irresponsible and wrong."

aged Van de Velde's stereo in the attempted theft. Van de Velde has receipts from late October that show the radio was

replaced, Grudberg said.

Grudberg said his client also supplied police with the names of witnesses who knew about the theft shortly after it occurred.

"If the 'potentially important' item of evidence that has generated such a media frenzy the past two days is in fact Mr. Van de Velde's owner's manual, it has nothing to do with the Jovin murder," the statement said.

Jovin was killed near the intersection of East Rock and Edgehill roads. She was stabbed 17 times in the back and neck, police said.

Police interviewed Van de Velde twice in the case. In January, Yale cancelled his two classes, stating he would be a "distraction" to students.

He has consistently maintained his innocence.

EXHIBIT 9 pg. 7