# EXHIBIT 10





Published Saturday, December 5, 1998
# Davenport Senior found slain

PHIL FORTINO, BLAIR GOLSON AND LETITIA STEIN
*YDN Staff Reporters*

Davenport senior Suzanne Jovin '99 was found stabbed to death at the intersection of Edgehill Avenue and East Rock Road, about a mile north of central campus, at approximately 10 p.m. Friday night, New Haven police officials said.

Police responded at 9:58 p.m. yesterday to reports of a woman bleeding at the intersection, according to a New Haven Police press release. Officers discovered Jovin, 21, suffering from multiple stab wounds.

Police said they had not determined whether the stabbing had occurred at the location where Jovin was found.

The Farmington medical examiner's office confirmed the cause of death as a multiple stab-wound homicide.

"New Haven police are uncertain of motive, and have leads that are being followed up," said Judy Mongillo, New Haven Police public information officer.

Michael Kuczkowski, press secretary for the New Haven mayor's office, said early indications showed this was not a random event.

Yale Chief of Police James Perrotti said six New Haven Police Department detectives and three Yale detectives had been assigned to the Jovin case as of 1 p.m.

Sources close to the investigation said Jovin returned keys to a Dwight Hall car at Phelps Gate at 9:30 p.m. that evening, half an hour before she was found.



YDN COVERAGE
Suzanne Jovin '99

Related Articles

———Jovin———
• **Yale adds $100K to Jovin case reward** (Wednesday, March 28, 2001)
• **Jovin case reward money to increase** (Tuesday, March 27, 2001)
• **Courant corrects Van de Velde stalker story** (Tuesday, March 20, 2001)
• **Van de Velde has Pentagon post** (Friday, December 8, 2000)
• **Yale hires private eye to study Jovin case** (Tuesday, December 5, 2000)
• **Students remember Jovin** (Tuesday, December 8, 1998)

E-mail this article

found.

Jovin, a political science and international relations major from Goettingen, Germany, was a coordinator of Best Buddies, a volunteer mentoring program for adults with mental retardation. Earlier in the evening, she and group members held a pizza-making party for the adults at Trinity Lutheran Church, at Orange and Wall streets, said Dan Koehler '00.

"She did so much to make sure everybody had a good time [at the party]," Koehler said. After the event ended around 8:30, she left in a Dwight Hall car with another volunteer, Koehler said.

Jovin had signed out the car from Yale's student-run center for community service and social justice earlier in the day for the event. "The car was in the lot and the keys were returned," Dwight Hall General Secretary Pamela Bisbee-Simonds said. The death is "a tragedy and we're heartbroken."

A Yale School of Forestry professor who lives on Edgehill Street who asked to remain anonymous said the area was fairly populated last evening.

"I was walking my dogs at about 9:30 p.m. down that street," he said. "Last night it was so warm, there were just a lot of people on the street walking dogs. Nothing unusual was going on there." University officials have contacted Jovin's sister, and are working through the day to reach additional family members, said Tom Conroy, Yale's acting director of public affairs.

Hours after students read about Jovin's death in e-mails from their college masters and deans, friends and classmates gathered in the Davenport Common Room to hear the University's response to last night's tragedy.

A panel of University officers and officials explained facts known at the time and offered reassurances to the visibly distraught group. Approximately 100 students packed the Davenport Common Room, most sitting on the floor in front of the panel.

Last night's killing was the second of a Yale student in New Haven this decade.

President Richard Levin urged students to "lean on each other" and use the resources of the Yale community to help them through their grief.

"Going forward is going to be difficult," Levin said. "You're going to want to talk, you're going to want to weep, and you're going to want to be angry. Do it."

Yale College Dean Richard Brodhead expressed his disbelief that such a tragic event could occur on a corner only blocks away from his own residence. While Brodhead said he did not know Jovin personally, he said this tragedy warns us not to take for granted the people sitting next to us for dinner.

"Another part of your education — unfortunately and completely involuntary on the part of the school you attend — is events like this," Brodhead said.

Perrotti said the incident occurred in the jurisdiction of the NHPD, but Yale detectives will be interviewing students to reconstruct Jovin's last hours.

"It's pretty much New Haven now," Perrotti said. "Obviously, we're working shoulder-

---

**Most Read Articles This Week**

- Princeton officials broke into Yale online admissions decisions (Thursday, July 25, 2002)
- Petition planned to protest Clinton's speech (Wednesday, March 28, 2001)
- Senior allegedly brings heroin to Yale police (Tuesday, January 22, 2002)
- Rumpus scolded for Bush story (Friday, April 20, 2001)

More Recent Articles by this Writer

---

EXHIBIT 10 pg. 2

to-shoulder with them, and we want to solve the case."

Representatives from University Health Services and the Chaplain's Office said they will make themselves available for counseling.

Some students were quick to follow Levin's advice. As the meeting broke, students embraced one another and wept.

News of the murder also disrupted this weekend's annual December meeting of the Yale Corporation.

"We're despondent and horrified," said Corporation trustee Jose Cabrenas. "We did conduct the general meeting, but under the pall of [last night's tragedy]."

While Levin urged the Corporation to continue with the day's schedule, the situation drew University Secretary Linda Lorimer away from the meetings for much of the morning. Corporation trustees said they spent much of the morning discussing the event and the agenda was obviously distracted.

YDN Staff Reporter L. Erik Johnson contributed to this report.

Editor's note: The Yale Daily News will not publish again until Wednesday, Dec. 9, but will keep the Yale community informed about the investigation, and updated information will be available at www.yaledailynews.com. Space will be reserved in Wednesday's issue for a tribute to Suzanne Jovin '99. Please submit thoughts, photographs, remembrances to ydn@yale.edu or in person at 202 York St. by 5 p.m. on Tuesday. Contact the Managing Editors at 432-2426 with questions.

Copyright © 1995-2003 Yale Daily News Publishing Company, Inc. All rights reserved.

To our readers: The Yale Daily News is currently reviewing its forum posting policy. As a result, all forums have been closed until further notice. Please direct questions to ydn@yale.edu

**No arrests in Jovin homicide**
**Students remember Jovin**
**Davenport Senior found slain**
**Community mourns slain student**
**Police: No strong leads in Jovin investigation**
**Political science unveils expansion proposal**
**University mismanagement sparks Science Park initiative**
**Success of UC grad student strike debated**
**After the storm, Yale's airwaves reach a calm**
**Police inspectors force fish market to close game room**
**No winners or losers in police union contract**
**Administration opposed to student seat on Yale Corp.**
**Survey asks for student input on Broadway area stores**
**ABP's Yale appreciation day less than appreciative**
**Dodd lashes out at head Conn. Democrat**
**New Media center opens for Yale artists**
**Yale conservative on cable channels**