Exhibit 12

THE HARTFORD COURANT NEWS LIBRARY

All content in The Hartford Courant News Library is copyrighted and may not be republished or distributed without permission.
*Please send your questions and comments to: archive@courant.com*
Home | Help | the courant.

Monday, December 21, 1998

Page:A3 Section:MAIN Edition: 7 HARTFORD NORTH FINAL Type:
Illustration: Source:GARY LIBOW; Courant Staff Writer

# WHEN CRIME INTRUDES ON IMAGE YALE DEALS WITH A DELICATE ISSUE

David Gergen and his fellow Yale trustees faced a full agenda when they gathered around the oval conference table at Woodbridge Hall, portraits of former university presidents peering over their shoulders.

But the trustees, among the nation's brightest and most powerful, faced an unexpected and far more serious issue Dec. 5. President Richard Levin informed them that Suzanne Jovin, a senior political science major, had been found fatally stabbed off campus the night before.

A prayer was offered -- and then a plan devised. Yale needed to strike a delicate balance in the days ahead, Gergen and others said, offering sympathy and support to the Jovin family while protecting its public image.

This, after all, was the second slaying of a Yale student in just seven years -- and it came on the heels of an embarrassing scandal this fall in which a professor was accused of collecting child pornography on his university computer.

``Anything that could potentially affect [Yale's] reputation should be taken very seriously," said Jeffrey Caponigro, author of ``The Crisis Counselor," a how-to book on guiding organizations out of public relations crises.

``You want to answer the questions before they turn into a volcanic eruption."

Even as the crisis at Yale worsened -- when word later surfaced that one of its own lecturers was being questioned in connection with Jovin's killing, -- the university skillfully navigated a worldwide public relations minefield, Caponigro and other analysts suggest.

Four tacks were taken at Yale, said Gergen, an adviser to four U.S. presidents and one of Levin's most trusted counselors. First -- and clearly the most important -- was the need to embrace the Jovin family and attend to all of their needs.



The university also set out on a course to cooperate with police, and to answer the voluminous media questions as promptly as possible -- and as devoid of speculation as possible.

The fourth prong: Shoring up its own constituency by sending immediate letters and e-mails to students, parents, faculty and alumni -- the university's family and its ambassadors to the rest of world.

The stakes are high.

In the past three weeks, the slaying has been covered by newspapers from The New York Times to the Daily Telegraph of London, splashed across the pages of Time magazine, and broadcast to millions on Radio Television Luxemburg, one of Germany's major news outlets.

``The very fact it happened at an Ivy League school" drew the attention of London's Daily Telegraph, said reporter David Sapsted. ``It's a name people recognize in the U.K."

When a lecturer was named in media reports as a potential suspect, he said, it clinched the paper's interest.

Ken Wildes, communications director for the University of Pennsylvania, said the failure to counteract such wide, adverse press can lead to decreasing admissions and the inability to attract the world's best educators. Last March, it was Wildes who dealt with reporters when a 23-year-old Penn student was found strangled in her off-campus apartment.

``Yale will always be Yale," Wildes said, but any university must prevent rumors from overrunning its campus in a crisis. To Wildes, it's imperative to communicate facts as quickly and calmly as possible to the university community and to those who represent the college off-campus.

That, in particular, means alumni -- the network of people who can carry the institution's message formally and informally throughout the world. ``Communicating with those folks is absolutely critical," Wildes said.

But any such communication effort must start at home, and must recognize the tragedy of human loss.

Thomas Jovin, Suzanne's father, said he and his wife were consumed with rage when they arrived at Yale from their home in Goettingen, Germany. Their pain was eased, though, by the overwhelming sympathy from the Yale community that greeted their arrival.

They were invited to stay in Levin's home. The president loaned Thomas Jovin a suit to wear for a campus memorial service, an event Yale officials arranged only after consulting with the family. Before an overflow crowd at the service, the Rev. Cynthia Terry, Yale's assistant chaplain, announced that Yale would establish a scholarship in the

EXHIBIT 12 pg. 2

SAVEgateway Document Delivery

slain student's honor.

When Thomas Jovin took to the Battell Chapel podium at the memorial service, he devoted his first few moments to praising the university's response to his daughter's death.

He asked that memorial gifts be directed to the university secretary ``to continue Suzanne's commitment to building bridges between Yale and New Haven communities."

In the meantime, the Yale community was fed a steady stream of reports by the university. Top Yale officials met with students the day after the slaying. Letters were sent the following day to parents.

``If there is any comfort in this situation, it is that Yale is a place with a very strong sense of community," said one of the letters, written by Richard H. Brodhead, dean of Yale College. ``Although nothing can console us for the loss of Suzanne's life, I have been deeply moved to see the way the members of this community have reached out to each other in love, friendship and support at this painful time."

Updates continued last week -- making no mention of the lecturer or his status, but emphasizing dropping crime rates in New Haven.

Linda Koch Lorimer, Yale's vice president and secretary, reported Wednesday there has been no breakthrough in the police investigation while she praised police detectives for ``working with great intensity."

Yale and other universities facing an unsolved killing, Caponigro advised, should never feed any speculation as to who committed the crime.

``If the police haven't said the faculty member is a suspect, Yale has certainly no obligation to circumvent the authorities by proclaiming the person is a suspect," he said.

Influential alumni such as Gergen -- editor-at-large at U.S. News & World Report and a veteran of the Nixon, Ford, Reagan and Clinton administrations -- also are invaluable in honing and spreading the university's message.

University spokesman Tom Conroy said Gergen has been ``generous with his expertise" on this and other matters of public interest.

Gergen made a point of stressing in an interview that the Jovin slaying is not necessarily a national story with lasting implications. He suggested the 1991 shooting death of Yale student Christian Prince may have had far greater ramifications because it was random and took place during a period of high crime in New Haven.

If Yale has had success in being both sensitive and protective of its own interests, it has followed a strategy that has worked in other tragedies.

Institutions must have a communication plan in place before a crisis erupts, said Stephen Crawford, a specialist with Boston-based Bishoff Solomon Communications. Bishoff

EXHIBIT 12 pg. 3

Solomon represented Planned Parenthood when John Salvi III fatally shot two abortion clinic workers in Brookline.

Media spokesmen and liaisons with police must be designated ahead of time, he said, and plans for regular briefings must be in place.

``It's all in the way it's handled," Crawford said. ``People understand a college campus is not immune from the strains of day-to-day living that we all face."


**Caption: Memo: Keywords:**

Home | Help | the courant.

All content in The Hartford Courant News Library is copyrighted and may not be republished or distributed without permission.
*Please send your questions and comments to: archive@courant.com*

EXHIBIT 12 pg. 4

http://newslibrary.krmediastream.com/cgi-bin/do.../hc_auth?DBLIST=hc98&DOCNUM=7681    2/10/99