# EXHIBIT 13



THE YALE LECTURE HALL where James Van de Velde was to teach a political science class Monday sits empty except for senior Ned Peterson, of Carlisle, Mass., who peruses a course schedule in search of a replacement. Yale abruptly forced Van de Velde, who is included in a pool of suspects in the fatal stabbing of a student last month, to cancel his two courses for the new semester.

STEPHEN DUNN / THE HARTFORD COURANT

# Yale Cancels Homicide Suspect's Courses

By JANICE D'ARCY
Courant Staff Writer

NEW HAVEN — Yale University officials have forced a popular lecturer to cancel his classes this semester in part because "he is in a pool of suspects" in the fatal stabbing of a student last month.

The sudden directive came as a shock to both the instructor, who has maintained his innocence through weeks of intense police scrutiny, as well as dozens of students who filed into his classroom Monday morning only to find a terse cancellation notice scrawled on the chalkboard.

"It was the university's decision," said Yale spokesman Thomas Conroy, who issued a statement Monday saying that lecturer James Van de Velde had been reassigned to research duties for the spring term. The decision was made this past weekend, on the eve of the semester's first day.

Since police told Yale officials that Van de Velde was a suspect in the Dec. 4 slaying of Suzanne Jovin, his presence "would constitute a major distraction for students and impair their educational experience," the university's statement said.

Van de Velde's attorney, Ira Grudberg, said he would not comment on Yale's action. His client could not be reached for comment. The cancellations confused students who turned out for the first of two classes Van de Velde was expected to teach this term. Lingering inside Harkness Hall Monday morning, clusters of students complained that a lecturer with an excellent reputation would be unavailable.

"I cleared my schedule for this," said Ned Peterson, a 22-year-old senior from Carlisle, Mass., who had planned to cap off his last term

Please see YALE, Page A8

VAN DE VELDE

---

## Did NBA Elbow Out Blizzard's League?

## INSIDE

**Language Ruling**
The Supreme Court deals a setback to the effort to make English the official language.
Page A7

## CLINTON'S LAWYERS, FILE DUELING PAPER

By DAVID ESPO
Associated Press

The two documen advance of opening tr

EXHIBIT 13 pg. 1

[...] ure to meet students' academic [...]ds. Even if probation is lifted [...]me of the seven areas, school [...]als say they do not expect Hartford Public's overall status to [...]e without a major remake of [...]uilding, scheduled to begin in [...] state's decision to seize control of the local schools.

"Realistically, we anticipate remaining on probation," said Robert Furek, chairman of the state-appointed board that has overseen the district since June 1997. "As much [...]ission — an arm of the New England Association of Schools & Colleges — would "begin to recognize the progress we've made" in areas such as improving technology, student scheduling and assessing student learning.

In its progress report to the com[...] but truancy prevention and alternative education programs are still lacking, and the school is struggling to provide intensive remedial help to all students who need it. Some parents and teachers have complained that improvements to academics were eclipsed by planning

# Yale Cancels Homicide Suspect's Courses

Continued from Page 1

on [...]s with Van de Velde's course, [...]gence Collection and Analy[...]

the students were hardly [...] off guard that the professor [...]der investigation.

[...]ough Yale's statement Monday was the first public acknowl[...]nt that Van de Velde was a [...]t, his name has been widely [...]ed in newspapers, television [...]dio newscasts. The campus [...]en abuzz with speculation [...] the case for weeks.

[...] open secret led Peter [...]witz, a 20-year-old sophomore [...]Long Island, to steer clear of [...]e Velde's well-regarded seminar "International Drug Traf[...]" — the other class canceled [...]ly Monday.

[...]lked about it with my parents [...]e decided there are plenty of [...] classes," Moskowitz said. [...] take the risk?"

[...]kowitz was considering en[...] in the large "Intellegence [...]tion" class because "there's [...]f those private outside meet[...]ou have in a seminar. This [...]e a lecture class with lots of [...] around."

[...]as in a seminar last semester [...]an de Velde became close to [...] a 21-year-old senior.

[...]38-year-old lecturer was Jo[...] senior thesis adviser and [...] a close bond with his stu[...] He has acknowledged briefly [...]g with Jovin hours before [...]dy was discovered.

[...]in days, Van de Velde was [...]viewed twice and police [...]ed his home and car.

[...]he same time, a leak within [...]lice department led to the disclosure of his name. The [...]aven Register and, later, a [...] of other newspapers, radio [...]evision news shows identi[...]n de Velde as a potential sus[...]

[...]y mid-December, the investi[...] seemed stalled.

[...]e went back to canvassing [...]ghborhood and took the rare [...] enlisting the help of Dr. Hen[...], the state commissioner of safety and a renowned foren-



PETER MOSKOWITZ of Long Island, a sophomore at Yale University in New Haven, and Allison Carter of Portland, Ore., a senior, sit in the empty lecture hall where they had expected to take a political science course this semester. The course was canceled abruptly Monday by Yale officials because the lecturer, James Van de Velde, is a suspect in the December stabbing death of a student.

ASSOCIATED PRESS

sics expert.

Police also have asked the FBI to create a profile of the killer.

Most students interested in Van de Velde's classes were quick to come to their teacher's defense on Monday. Peterson said he's paid close attention to news reports and come to the conclusion that Van de Velde was not involved.

"As far as I can tell, police couldn't find anything connecting Van de Velde," he said, echoing many other students who walked away from class disappointed.

"In my mind, he's been exonerated."

Still, police have not backed off Van de Velde. On Monday, police said they expect to question people on campus about Van de Velde in the coming weeks.

"We have certainly not identified him as a prime suspect, but he is in a pool of people we're looking at," said New Haven Police Department spokeswomen Judith Mongillo.

Mongillo said Police Chief Mel Wearing was involved in formulating the statement released by Yale Monday, but that she was not aware of any pressure the police department put on Yale to take Van de Velde off the teaching roster.

One senior who came to Van de Velde's canceled class Monday said she attended in part to show her support for a lecturer she thinks has been unfairly vilified.

"Nothing has been proven," said Christina James, a 21-year-old senior from New London, who was a classmate of Jovin's in a Van de Velde class last term.

"I have a problem with all the attention on a supposed scandal," she said. "The attention should be on Suzanne's life. People should be thinking about the tragedy, the brilliance that was lost."

*Staff Writers Dave Altimari and Gary Libow contributed to this story.*

EXHIBIT 13 pg. 2