# EXHIBIT 14

.2 | Page C1 | computer crises, D4 | Residents oppose $1.5 million

# New Haven Register



W HAVEN, CONN    TUESDAY, JANUARY 12, 1999    www.ctcentral.com    NEWSSTAND 50¢

SPORTS FINAL

# hits jackpot for jobs

## West Haven also wins with fed designation

appointed a 17-member empowerment zone planning committee to compile the city's application.

"The application had four focuses: jobs and economic development, strengthening families and children, education and neighborhoods," DeStefano said.

The document details a strategic plan to link support services, such as child care and transportation, to economic development efforts, such as employment training, through about 60 activities.

It joins residents and neighborhood management teams with city departments, businesses and area institutions.

Roger Joyce, chairman of the Greater New Haven Chamber of Commerce and co-chairman of the planning committee, said the strategic plan will create 7,000 jobs for residents in the six neighborhoods that will make up the zone: Dixwell, Dwight, Fair Haven, the Hill, Newhallville and West Rock.

That's what made the application unique enough to be a winner, Joyce and several other collaborators said.

Many of the committee members worked together in the past to clinch New Haven's designation in 1994 as an Enterprise Community and as an All-America City last year.

DeStefano said the seeds to gaining Empowerment Zone status were planted as far back as the early 1990s when the city started community policing under then-Mayor John Daniels and former Police Chief Nicholas Pastore. Then, the city gained the Enterprise Community designation and created the anti-blight Livable City

*Please see City, Page A7*





IR

:DE

like ines

ING UP t stamps ion's post

oned brief n the new one-cent 2-cent

an plumb lay afternn, officer

),000 more in said. ed," he

cially took in four nd. All by more. In't change.

on rising w. ew Haven very Street. deep early d resident

es, Page A4    Chris Volpe/Register
Betsy Sledge applies one-cent stamps to her letters Monday at New Haven post office.

## Yale lecturer called a suspect in killing; courses canceled

By William Kaempffer and Alaine Griffin
Register Staff

NEW HAVEN — Acknowledging that lecturer James Van de Velde is a suspect in the murder of a student, Yale University canceled courses he was to teach this semester, saying his presence in the classroom would be too distracting.

Police on Monday also identified Van de Velde, 38, as a suspect in the slaying of Suzanne Jovin.

"Certainly, he is someone we will be asking questions about," said Police Chief Melvin H. Wearing.

Asked if the investigation now focused on Van de Velde, Wearing stated, "We can't call him the prime suspect. We have not singled him out. There are other people who also had contact with the victim in this case."

No one answered the door at Van de Velde's home Monday and his attorney and family friend, Ira B. Grudberg, said he was withholding statements about Yale's decision until he had a chance to discuss it this morning with Van de Velde.

Grudberg said from a legal point of view, Yale can change whatever classes the school wants to alter. But he declined to discuss whether he believed Yale's decision was premature.

Yale's decision to cancel Van de Velde's classes came during the weekend, sources said, ending weeks of discussion between Yale and police officials about what to do about Van de Velde's employment once the new semester started.

Van de Velde

*Please see Lecturer, Page A5*

## Witness protection an issue in slaying

By Michael Gannon
Register Staff

BRIDGEPORT — As homicide detectives continued the search Monday for a gunman who shot and killed an 8-year-old witness in a murder case and his mother last week, state legislators demanded to know what law officers could have done to protect them.

Police were seeking to question Russell Peeler — the suspect in a May 1998 murder — in the killings Thursday of Leroy Brown Jr. and his mother, Karen Clarke, 30.

Leroy was a state's witness against Peeler, 26, who is facing trial in the May 29 slaying of Rudolph Snead Jr., 28, Clarke's fiance.

Police would not say whether they believed the two cases were related, but confirmed that they were talking to Peeler's lawyer about arranging an interview w

**SOUNDOFF**
How should the family have been protected?  Brown

Call us at 789-5722 or dial toll-free 1-800-925-2509. Details, Page A2

*Please see Killings, Page*

## Innovative charter schools off to slow start in state



C12

Education

New Haven Register, Tuesday, January 12, 1999 Page A5

# ecturer called a suspect in slaying of student

*continued from Page A1*

**CONTINUED FROM PAGE ONE**

Students returning from holiday vacation Monday found notices posted outside classrooms announcing the cancellations of Van de Velde's courses. He was to teach two classes in the spring semester.

Monday afternoon, the Yale Office of Public Affairs issued a statement saying that Van de Velde continued to be employed by the university as a lecturer but will "concentrate on research and scholarly projects" instead of teaching.

"In changing his assignment, the University presumes that Mr. Van de Velde is innocent of any wrongdoing in connection with the murder of Suzanne Jovin," the release states.

"The New Haven Police Department has informed us, however, that he is in a pool of suspects the murder and that police will be questioning people on campus about him in the coming weeks."

Jovin, 21, was killed Dec. 4 in the city's upscale East Rock section, stabbed 17 times in the back and neck.

Van de Velde was Jovin's senior thesis adviser and met with her the day she was killed.

Until Monday, police had officially denied having any suspects, describing the case as "wide open." Police, though, brought Van de Velde to headquarters for questioning twice, including a lengthy interview Dec. 8.

Authorities also have searched, with Van de Velde's consent, his Jeep Wrangler and apartment at 305 St. Ronan St. in East Rock.

Tom Conroy, acting director of the Yale Office of Public Affairs, said the university notified Van de Velde of the decision to cancel classes over the weekend.

Conroy said the decision to cancel Van de Velde's classes was made by "the president of the university, officers of the university and the dean of the college."

The prepared statement said "under the circumstances, it is inevitable that his classroom presence would be accompanied by continuing speculation about events outside the classroom that would constitute a major distraction for students and impair their educational experience."

Efforts to reach members of the Jovin family were unsuccessful Monday. New Haven Attorney Hugh F. Keefe, who was contacted by the family to act as the liaison between them and city police once the family returned to their home in Germany, said he is no longer representing the Jovins.

Keefe said the family decided to stay in contact with police on their own.

Van de Velde began teaching at Yale in September 1993 when he was named the dean of Saybrook College. He left the post in January 1997. In August 1997, he took a job in California at Stanford University but left six months later. He resumed teaching at Yale in September 1998.

Henry Rowen, director of Stanford's Asia-Pacific Research Center where Van de Velde worked, said colleagues there had been following the Jovin case in news reports and were shocked to learn Van de Velde was being questioned in connection with the case.

"We all have a very good opinion of him and of his character," Rowen said Monday.

*Register correspondent John Mongillo Jr. and reporter Natalie Missakian contributed to this story.*



**We teach kids to believe in themselves.**

Sylvan students not only improve their academic skills, they improve their self-confidence, too.

**1-800-EDUCATE**
HAMDEN · GUILFORD
WALLINGFORD

**SYLVAN LEARNING CENTER**
Success is learned.

READING · WRITING · MATH · SAT/ACT · STUDY SKILLS · ALGEBRA

*Food for thought...*

**Ferraro Foods**
**Breakfast is the most important meal of the day!**
664 Grand Avenue, New Haven

**CTcentral**
Looking for a debate?
Join us in the Discussion area at
http://www.ctcentral.com

**This year make a resolution you can keep forever.**

EXHIBIT 14 pg. 2