# EXHIBIT 15





Published Friday, April 16, 1999
# Yale looks for closure after death of senior

BY BLAIR GOLSON
*YDN Staff Reporter*

As April dwindles away, and Yale University's 298th graduating class prepares for the fabled real world, seniors still reflect on the classmate they will leave behind. For some, the feeling is inescapable.

"Whenever I think about graduation, about the up-coming choices I'm making, will I have a career, where I'm going to live," Piper Fogg '99 said, "part of me says, 'Suzanne won't have this choice.'"

Four months after Davenport senior Suzanne Jovin was found dying from multiple stab wounds on a corner a mile north of campus, her killer remains free and uncharged. The mystery remains, and the investigation is stalled. Questions linger, but the police have not uttered a public word in months. As memories dampen and witnesses scatter, a chance for closure at Yale fades with every passing day. Some fear that the answer is forever shrouded under the cover of that tragic night.

An unseasonably warm night

Friday, Dec. 4, 1998 was an unseasonably warm night. New Haven residents were out walking their dogs in the balmy conditions, and the hordes of students at the Yale-Princeton ice hockey game came dressed in summer clothes. For many, it was the last day of classes before reading week began. By all expectations, it should have been a classic Yale weekend.

Suzanne Jovin spent that Friday night at the Trinity Lutheran church, hosting an end-of-the-year pizza party for Best Buddies, an organization that aims to



YDN COVERAGE
Suzanne Jovin '99

E-mail this article
Format this article for printing

Most Read Articles This Week

• **Princeton officials broke into Yale online admissions decisions** (Thursday, July 25, 2002)
• **Petition planned to protest Clinton's speech** (Wednesday, March 28, 2001)
• **Senior allegedly brings heroin to Yale police** (Tuesday, January 22, 2002)
• **Rumpus scolded for Bush story** (Friday, April 20, 2001)

More Recent Articles by this Writer

Buddies, an organization that aims to build friendships between students and mentally disabled adults. Around 8:45 p.m., the party finished and the kitchen cleaned, Jovin used a University station wagon to drive a friend home.

- **Duped freshmen go roller-skating, miss Tap Night** (Friday, October 1, 1999)
- **Yale bends group regulations for the sake of tradition** (Wednesday, September 29, 1999)
- **Yalie raises family while still pursuing degree** (Tuesday, September 28, 1999)
- **Creating and deconstructing cultural identity** (Thursday, September 23, 1999)

At 9:01 p.m., Jovin sent an e-mail from her Park Street apartment. In the e-mail, Jovin apologized to her friend for having taken so long to get back to her, and wrote that she had put the GRE study materials the friend had requested in the foyer of the Park Street apartment.

By 9:15, Jovin had made her way to Old Campus, where she met friend Peter Stein '99, who was out for a stroll. Jovin told him she was headed to Phelps Gate to turn in the keys to the station wagon.

"She did not mention plans to go anywhere or do anything else afterward," Stein said. "She just said that she was very, very tired and that she was looking forward to getting a lot of sleep."

Stein is relatively positive about the 9:15 time estimate. After parting with Jovin at Phelps gate, Stein wandered around for another 10 or 15 minutes, and then went home to call his mother. Stein said police later checked his phone records and found that he placed the call around 9:30, exactly the amount of time he needed to corroborate his estimate.

Stein was the last person to report seeing Jovin alive. At some point in the next half hour, Jovin would be brutally stabbed and left for dead in a residential neighborhood north of campus.

Sometime between 9:15 and 9:45 p.m., a resident on Edgehill Avenue -- more than a mile north of campus -- heard a loud argument between a man and a woman, said Capt. Brian Sullivan of the New Haven Police Department. The resident could not provide details of the substance of the argument, Sullivan said.

At 9:58 p.m., police responded to a call reporting a woman bleeding on the corner of Edgehill and East Rock roads. When they arrived, officers found Jovin minutes from death. She had been stabbed multiple times in the back and skull. She was wearing jeans, casual boots, and a maroon fleece coat.

Medical examiners found no evidence of sexual assault, but investigators said they had not ruled out robbery as a possible motive. Sullivan said investigators found Jovin's wallet at her Park Street residence and could not be sure whether her assailant intended to steal it.

Yale wakes up

Shortly before midnight, University Secretary Linda Lorimer was woken by a call from Yale's then-acting Chief of Police James Perrotti. He told Lorimer that a woman was found stabbed a mile north of campus, and due to her age, there was concern she might be a Yale student.

Within another hour, the New Haven Police Department had confirmed Jovin's identification, although the department has repeatedly declined to discuss how it came to that conclusion so rapidly.

Lorimer said the call from Perrotti and the night that followed were her most horrific experiences as an administrator.

"It was the most horrible thing you could confront in your profession or as a parent," she said.

Lorimer said her first thought was to call Jovin's family. To contact them, she needed Jovin's confidential file, which resided in the Davenport Dean's office. She immediately called Davenport Dean Larry Lyke and Master Gerald Thomas, apprised them of the situation, and asked them to come to her Trumbull Street house with the records.

"Linda Lorimer called me at around 1 a.m. I was asleep in Davenport," Lyke said. "She said that a student from the college had been murdered. She said her name and repeated it. Suzanne Jovin."

Amy Chiou, Jovin's freshman year roommate, was in her room when the police called her -- also shortly before midnight.

"They said she had disappeared," Chiou said. "I thought it might have been a joke ... but they sent a car for me from the Park Street police station, and when I got there, they told me she had expired."

Chiou was one of the few students informed that night about Jovin's death.

Meanwhile, in the Davenport dean's office, Lyke put down the phone with Lorimer, and called Master Thomas -- whom Lorimer had already called. The Master and Dean agreed to meet a few minutes later.

"We were both just in shock," Lyke said. "Name something worse? There is nothing."

Lyke recalls the walk across the Davenport courtyard to pick up Jovin's records as somber and surreal.

"There were several students playing kickball in the courtyard when I left my apartment," he said. "It was an awkward feeling to walk past them and realize that one of their classmates lay dead. None of them knew."

"It was ironic," Lyke said. "Here were three vivacious kids outside at 1 a.m. They were alive, and life could be taken away so fast."

An early morning meeting

Lyke and Thomas drove to Lorimer's house in Thomas' car. Lyke, who had been at Yale for just three years and was only an acting dean at the time, was now thrust into an imposing scene. Sitting in Lorimer's living room were Yale College Dean Richard Brodhead, Chief Psychiatrist of University Health Services Lorraine Siggins, Perrotti and a high-ranking police officer whom Lyke did not know.

Lorimer had decided not to wake up Yale University President Richard Levin. The Yale Corporation, Yale's highest decision-making body, was in town for an important meeting over the weekend, and Levin had already been through a marathon of meetings. Lorimer knew there was nothing he could have done from one to six a.m. Furthermore, she said, if someone should be fuzzy-headed that morning to face the Corporation members, it should be her.

Most of the people at Lorimer's house had been roused out of bed -- and looked it, Lyke said. They wore mismatched sweaters and sweat pants; they seemed tired and haggard. But this was not the first time this academic year the University had to deal with a death of a student. On Sept. 1, 1998, days before classes began, a freshman died in a fall from the 11th floor of University Towers. Many of the same faces had been present at the meeting that night.

The mood at the meeting early Saturday morning was tense and highly regimented, Lyke said. Little time was wasted speculating about suspects or motives in the murder. Lorimer seized control of the meeting from the start, and with what Lyke called "military efficiency" planned the University's next move.

EXHIBIT 15 pg. 3

The group quickly established priorities: first, inform Jovin's parents and relatives of the murder; next, prepare the University for the news; and finally, figure out how to deal with the expected media onslaught once word circulated that a senior had been killed.

"This was regimented," Lyke said. "Linda had the clearest mind during that night. She ticked things off like clockwork. She never hesitated to make the next move in the process."

The group sorted through Jovin's file and found a phone number for her parents in Germany. They tried the number but got no answer. The group would later learn that Jovin's parents were on a plane to Japan and could not be contacted for several hours. In the interests of the family's privacy, Lorimer declined to elaborate on who finally got through to the Jovins.

Going through Jovin's files, Lyke noticed that Jovin's sister, Ellen, lived in New York City. The group attempted to contact her but failed. It took a member of the New Haven Police Department, working with the New York City police, to finally contact Ellen Jovin.

As the morning wore on, the group could not help but speculate as to how Jovin had gotten to the neighborhood where she was found, and why she was there in the first place, Lyke said.

"The question on everyone's mind was 'Why is a student over there at 10 p.m.?'" he said. "I think the presumption in the room was that it was a random act of violence and there was no reason to fear for anyone's safety. I don't know why we had that sense when there were so few details, but we did."

After contacting the family, Lorimer said her next thought was to Jovin's natural community -- in this case Davenport -- and the rest of the University. Toward 3:30 a.m., Brodhead composed a letter to the University community notifying everyone of the death. He wrote it in longhand, taking input from those assembled in the room. Brodhead gave the letter to Lyke and asked him to type it up and have it circulated around campus.

At 4 a.m., the group realized it had done all it could, and Lorimer said she could handle it from there, Lyke recalled.

"The minute I walked out of Lorimer's house was the last time I had any contact with her about this case," he said.

Flowers in the gates

Lyke then returned to the Davenport dean's office, sat down at the typewriter and typed up the letter. He had his wife, Ann, proofread it. At that point, Lyke was tired and went home to take a shower. He decided that even though it was Saturday he would open the office at 9 a.m. and keep it open until 5 p.m. Lorimer arranged for mental health grief counselors to be in the office when it opened.

Master Thomas instructed his master's assistants to slip copies of Brodhead's letter under the doors of Davenport students, who began to pour into the Dean's office as soon as they woke up and learned of the death. Some came to find other friends or to ask if the news was true. Many did not find out about the homicide until they came into the office, and Lyke said he could hear students sobbing.

"The kind of instantaneous and unself-conscious grief I saw was remarkable," he said. "As much as the college system might seem an artificial creation of Yale, it means something -- the grief in Davenport was palpable."

Fogg, one of Jovin's friends, said most Davenport students convened in the dining hall, common room and courtyard.

"We were all milling around," she said. "It was intensely quiet, people were in shock, no one had time to digest it. But as the day wore on, it hit us."

Levin awoke to learn the tragic news around 6 a.m. He raced to Woodbridge hall, where most of Yale's top administrative officials were gathering. He said one of his first tasks was to prepare an announcement to the members of the Yale Corporation, who had planned a meeting for that day.

By noon, Levin, Brodhead, several university chaplains, Thomas, Lorimer, Perrotti and Dean of Undergraduate affairs Betty Trachtenberg were gathered in the Davenport common room to discuss the tragedy with the students. Before 5 p.m. that day, many had placed flowers in the gates outside the college's walls.

When the Jovins were finally contacted later in the day, Lorimer said she and other University officials tried to help the family make all of the church, car and flower arrangements, which under normal circumstances the extended family would do.

"We tried to be their surrogate cousins," Lorimer said.

The press arrived early on Dec. 5. Lyke remembers hearing someone say "the press is here" before noon, and he ran into television cameras before even leaving the college. The University did not set up any special media office to handle the expected flood of inquiries. Lorimer said everyone had faith in Tom Conroy, who was then Yale's acting director of public affairs.

"This was now a question of a University-wide publicity issue, and we needed to be one voice," Lyke said. "It was a University crisis, not a Davenport crisis."

A campus with questions

Within days of the homicide, rumors surfaced that Jovin knew her killer. A television news station asked Yale lecturer James Van de Velde, Jovin's senior essay advisor, if he killed Jovin. Van de Velde replied that he could never hurt her.

Despite Van de Velde's assertion of innocence, police named him over winter break in a pool of suspects for the homicide, and declined to name anyone else. Yale followed the move by canceling his second-semester course load, arguing that his presence in the classroom would prove a distraction to students. Van de Velde said he regretted the University's "11th-hour decision."

More than three months later, New Haven Chief of Police Melvin Wearing wrote in a letter to New Haven State's Attorney Michael Dearington that the investigation into Jovin's death was stalled. For two months now, the New Haven police have refused to comment on any aspect of the case.

Lorimer says she had regular conversations with the police during the initial investigation, and she still talks with them two or three times each week. Most recently, the state has offered a $50,000 reward for information leading to the arrest and conviction of Jovin's killer.

Questions that remain range from the most basic to the most specific. They include how Jovin ended up an unwalkable distance away from Phelps gate less than half an hour after she was last seen, why the police named Van de Velde in a pool of suspects for the homicide, and why they have not named any others in that pool.

Nor have the police answered standard questions that govern any murder investigation. To public knowledge, police have not found a murder weapon. Several months ago, police solicited the help of both a world-renowned forensics expert and an FBI psychological profiling unit. Neither of these strategies has resulted in a more full public portrait of Jovin's potential killer.

In the midst of this swirl of questions, Yale has tried to reach a closure untenable as the

EXHIBIT 15 pg. 5

killer.

Fogg went with a friend recently to pick out a memorial stone for Jovin. They placed it in the lower Davenport courtyard -- the site of Jovin's candlelight vigil. They plan to unveil the memorial sometime before their class graduates this May.

"The funny thing is, I sort of don't concern myself with the mystery anymore," Fogg said. "I wish it were solved, but I've done all I can personally. I'm just hoping something will happen before the end of the year. The clock is ticking. If there's someone out there, definitely come now."

YDN Staff Reporter Michael Barbaro contributed to this report.

Copyright © 1995-2003 Yale Daily News Publishing Company, Inc. All rights reserved.

To our readers: The Yale Daily News is currently reviewing its forum posting policy. As a result, all forums have been closed until further notice. Please direct questions to ydn@yale.edu

- Mary Miller appointed new master of Saybrook
- Committee to announce Science Hill proposals
- Yale looks for closure after death of senior
- Shades establishes a name for music of the soul
- Richard responds to GESO study
- New Haven's lessons may aid Patriots' stadium
- Yale-driven preservation bill dies in committee
- GESO march to open SAWSJ conference
- Origins officials happy with store's wide appeal
- Corporation approves funds for Branford, Saybrook
- New bill attempts to block spam e-mail
- Law lecturer to open class to community
- Asian Pacific American heritage celebrated

**BUY YALE STUFF ONLINE!**

EXHIBIT 15 pg. 6