# EXHIBIT 16

Published: 09/17/2000     Edition: 5 6 7 SPORTS FINAL     Page:     A1     Type:     PROFILE
Section: MAIN     Source: By JANICE D'ARCY:

HARTFORD COURANT

### LOW-KEY LEADER MAKES GRADE AT YALE
### UNASSUMING LEVIN DRAWS PRAISE FOR LEADERSHIP

NEW HAVEN -- Richard Levin rubbed his nose. He fiddled with his glasses. He smoothed his hair. He moved both hands down to sort his papers. He readjusted in his seat. He smoothed his hair.

The fidgeting ceased only when the other speakers yielded to Levin. He gripped the podium and in a soft voice told the incoming freshmen that "Yale time is cyclical and repetitive and it is always linear. ... Your Yale time begins now. It'll be yours to remember for a lifetime."

It was, to be frank, an uninspired performance. But it was also a quintessential Richard Levin moment. The Yale University president revealed a lack of polish, an approachable warmth, a passion for detail and none of the qualities that have marked his recent   predecessors -- the Big Thinkers, Big Orators, Big Men whose personalities dominated Yale.

'I guess I'm showing that all presidents are not alike." Levin, 53, who goes by Rick, said during an interview in his bookish campus office last week. On this particular day he wore a tie decorated with koalas and pants short enough to reveal the full homeliness of his brown walking shoes.

Now in his eighth year as president, Levin is enjoying a sterling reputation among colleagues, unprecedented physical and financial growth on campus, the college's best relations ever with its host city and recent publicity that's been the most flattering his institution has garnered in years.

Some of the credit goes to the booming economy, some of it to serendipity, but some of it is also going to the unassuming guy wearing the koala tie.

'Rick Levin is the most extraordinary president I have ever known." said Yale Vice President and Secretary Linda Lorimer, who worked with three of Levin's predecessors. "and he wears the mantle of leadership so lightly."

Levin, himself, was surprised that he was being considered for the top job at Yale. As chairman of the economics department and, later, dean of the graduate school, he was popular among faculty. But Yale presidents, as other Ivy League leaders, tended    to be recruited from another lofty post -- not promoted from within.

Besides, he thought he was on track to be named provost, the behind-the-scenes administrator who rarely gives speeches and doesn't need a dapper wardrobe.

'I came up under Bart Giamatti. He was a magnetic, charismatic individual, very funny. I guess I never thought of myself as president, because I associated his attributes, his overwhelming personality, with the job."

Levin had good reason for self-doubt. Besides the publicity-loving Giamatti, former president and civil rights crusader Kingman Brewster still loomed large at Yale, influencing the image of what a president should be. Even the recently departed Benno Schmidt had been as dramatic as he was unpopular.

But Levin said he decided early on to refrain from creating a larger persona. Instead, he went about changing the role to fit his own, quieter attributes.   He turned the presidency inward, focusing on the campus and the city around it. Through the highs and lows of his tenure, Levin has been Prozac personified to his staff, calming nerves during controversies and leavening enthusiasm during the heady days.

EXHIBIT 16 pg. 1



university eventually discontinued its contract with Van de Velde the semester after he was named a suspect, though he was not charged with a crime.

For his part, Van de Velde has attacked Yale for sacrificing his reputation to avoid more embarrassing press attention.

"He was an excellent teacher who became a major suspect. It was a terrible situation," Levin said of Van de Velde, darkening at the mention of the case. "I don't think we could have done anything differently."

Today, Yale is suddenly enjoying very different headlines. Three of four candidates in this year's presidential race have Yale ties, and one of George W. Bush's daughters just entered the Class of 2004. It's all enough to get people wondering what that Ivy had over the others.

But it's not enough to rock Levin from his course.

Phase 2 of his agenda includes a $500 million plan to beef up the physical sciences at Yale and another $500 million for the medical school announced last year, more investment in the fine arts schools, drawing larger numbers of international students to globalize Yale's reputation and strengthening information technology use at the university. Noble plans: yes. Sexy copy: No.

Levin was born in San Francisco in 1947 and studied at public schools before he entered Stanford to study history. During a trip to Italy, he met another Stanford student, Jane Ellen Aries, and the two married just after they received their degrees. They went on to study together at Oxford before moving to New Haven in 1970.

He received his Ph.D. in economics at Yale and was immediately offered a teaching post. As he rose through the university's ranks, he and his wife raised four children and the family settled firmly in New Haven. The children studied at private schools, but Levin coached Little League baseball and remains a familiar sight around DeRosa's market in the        comfortable East Rock neighborhood where he and his wife still live.

Though the Levins were meshing well in New Haven, their university was not. Yale's history with New Haven consisted, mostly, of mutual resentment. During the Great Depression, according to Gaddis Smith, a Yale professor writing a history of the university, the city mayor went, hat in hand, to the Yale president and asked that he turn his scholarship grants into a city grant that would help starving New Haven residents. The president's answer: No, the city's problems are the city's problems.

The following presidents were often more altruistic, but it wasn't until Levin that a tangible relationship was cemented. He created the first office to focus exclusively on town-gown issues, eventually elevating its head to vice president. He came up with a homebuyers' program that gives employees grants to buy houses in the city. He put new emphasis on recruiting biotechnology firms to New Haven and, for the first time, set up quarterly meetings between university administrators and local legislators.

"Rick was a resident and a Little League coach and someone who worshiped here and I think when he became president he knew about the community, he recognized the opportunities here," said New Haven Mayor John DeStefano Jr.

But some other local officials privately wonder why Yale has not followed the path of some other wealthy universities by funding one large multimillion-dollar  project. "They've taken basic steps, but I'm not saying they've opened up their pocketbooks," city Alderwoman Esther Armmand said.

Bruce Alexander, the Yale vice president and director of New Haven and State Affairs, argued that the university's contributions to date have been better for New Haven. Citing a dozen targeted economic development initiatives, local school programs and the home ownership pushes, he said: "This is not about grand gestures, this is about strengthening New Haven over time."

EXHIBIT 16 pg. 2