# EXHIBIT 17

# Division of Criminal Justice

## Suzanne Jovin Homicide Investigation Team

**Office of the State's Attorney**
**Judicial District of New Haven**
**November 30, 2007**

**Announcement Concerning the December 4, 1998, Homicide of Yale University Student Suzanne Jovin**

Suzanne Jovin was a talented and popular senior at Yale University when she was stabbed to death near the corner of Edgehill Road and East Rock Road in New Haven on December 4, 1998. It has been nine years since that tragedy, and Suzanne's killer has not yet been arrested.

In June of 2007, State's Attorney Michael Dearington called together a team of retired Connecticut State Police detectives who have begun an independent inquiry into the murder of Ms. Jovin. They will both re-evaluate existing information from all prior inquiries into the murder and also seek out new information not previously known to authorities. This effort can be effective only if no assumptions are made about the crime or the identity of those responsible. The idea is to approach the case as if it were brand new. Therefore, no person is a suspect in the crime, and everyone is a suspect in the crime. Similarly, it can not be known whether DNA evidence found in Ms. Jovin's fingernail scrapings is that of the murderer unless or until that DNA is connected to some individual. That evidence is just as likely to be unconnected to the crime as to be connected to it.

The State of Connecticut is fortunate to have the help of this outstanding group of experienced investigators in trying to solve this case. It would be next to impossible to assemble a group more capable of investigating this terrible crime, even if the State had unlimited funds. The Jovin Investigation Team, however, has volunteered to devote a huge amount of their personal time to solving this murder for a payment of just one dollar a year. John Mannion organized the Team for this office last summer, and he will be its leader.

As we approach the ninth anniversary of Suzanne's death on December 4, we are asking the public to renew its commitment to assisting the Jovin Investigation Team in discovering the person or persons who were responsible for this atrocity. To that end, the Team has established a phone line, monitored by its members, for anyone who has information about the crime to call.

The Team is interested in all available information or leads, no matter how remote or trivial that information may seem. We want to hear from anyone who has a reasonable suspicion about the crime or criminal, who has heard something, seen something, or who may even have repressed the reality of something they know that could be related to the murder of Ms. Jovin. No one should assume that someone else has already provided the information. Even if a member of the public has already made a call in response to previous requests for information, that person should call again so that the Team may follow every possible lead.

**The telephone number connecting directly to the Jovin Investigation Team is:**

**203-676-1575**

**The Team also has an e-mail address:**

**jovincase@gmail.com**

EXHIBIT 17 pg. 1

**The mailing address is:**

**Jovin Investigation Team
234 Church Street, Room 402
New Haven, CT 06510**

The State of Connecticut has offered a $50,000 reward for information leading the arrest and conviction of Suzanne Jovin's murderer. Yale University has committed an additional $100,000 to that reward fund.

The four members of the squad are retired Connecticut State Police detectives with a combined total of ninety-two years service, and each has a pronounced continuing interest in criminal investigations. They are:

- **John Mannion**, who is leading the effort, served the last five of his 21 years with the State Police as the Commanding Officer of the Central Major Crimes Unit.
- **Patrick Gaffney** served for fifteen years as a detective and sergeant in the Central Major Crimes Unit, including several years working with Mr. Mannion.
- **Richard Wardell** was a detective on the Eastern Major Crime Squad and Organized Crime Units for twelve years, after service as a resident trooper and patrol trooper for the previous ten years.
- **Joseph Sudol** served in the Central Major Crime Squad as detective and also as Commanding Officer of the Computer Crimes and Electronic Evidence Unit at the Forensic Science Laboratory. He serves as a consultant with the National Center for Missing and Exploited Children in Washington DC. All four of these men are currently employed in the private sector.

Although the Team will have the full cooperation of the State's Attorney's Office, the New Haven, Yale and State Police Departments and the FBI, they will work independently. The ultimate conclusions of the Team will be presented to Assistant State's Attorney James G. Clark of the New Haven State's Attorney's Office.

Content Last Modified on 11/30/2007 3:43:56 PM

EXHIBIT 17 pg. 2