UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES VAN DE VELDE, <br> Plaintiff, | : <br> : <br> : CIVIL NO. 3:01cv02296(RNC) <br> : |
| VS. | : <br> : |
| MELVIN WEARING, BRIAN SULLIVAN, <br> THOMAS TROCCHIO, EDWARD KENDALL, <br> ESTATE OF ANTHONY DILULLO, by Lisa <br> Bull DiLullo, Legal Representative, <br> JOHN DOES, RICHARD LEVIN, <br> LINDA LORIMER, RICHARD BRODHEAD, <br> THOMAS CONROY, and JAMES PERROTTI, <br> Defendants. | : <br> : <br> : JULY 22, 2008 <br> : <br> : <br> : <br> : <br> : |

CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTIONS
TO DISMISS AND FOR JUDGMENT ON THE PLEADINGS

Plaintiff James Van De Velde hereby moves for an extension of time to August 5, 2008, to file his memorandum in opposition to the Motion to Dismiss Plaintiff's Second Amended Complaint filed by defendants Richard Levin, Linda Lorimer, Richard Brodhead, Thomas Conroy, and James Perrotti ("the Yale defendants"), and the Motion for Judgment on the Pleadings filed by defendants Melvin Wearing, Brian Sullivan, Thomas Trocchio, Edward Kendall and Estate of Anthony DiLullo ("the New Haven defendants"). Under the scheduling order previously approved by the Court, the responses to these motions are due to be filed July 20th and 23rd, respectively.

Significant progress has been made in preparing a response, but additional time is necessary. The preparation of a responsive filing is more burdensome in this round of motion practice than in the motions addressed to the prior complaint, principally because the New Haven defendants have also filed a lengthy memorandum of law to which plaintiff

*(Left margin, handwritten/stamped:)* So ordered. /s/ Robert N. Chatigny, USDJ  Robert N. Chatigny, U.S.D.J.  Granted. July 23, 2008.

01cv2296 end