UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES VAN DE VELDE,<br>    Plaintiff, | :<br>:<br>:    CIVIL NO. 3:01cv02296(RNC)<br>: |
| VS. | :<br>: |
| MELVIN WEARING, BRIAN SULLIVAN,<br>THOMAS TROCCHIO, EDWARD KENDALL,<br>ESTATE OF ANTHONY DILULLO, by Lisa<br>Bull DiLullo, Legal Representative,<br>JOHN DOES, RICHARD LEVIN,<br>LINDA LORIMER, RICHARD BRODHEAD,<br>THOMAS CONROY, and JAMES PERROTTI,<br>    Defendants. | :<br>:<br>:<br>:    AUGUST 1, 2008<br>:<br>:<br>:<br>:<br>: |

CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTIONS
TO DISMISS AND FOR JUDGMENT ON THE PLEADINGS

Plaintiff James Van De Velde hereby moves for an extension of time to August 28, 2008, to file his memorandum in opposition to the Motion to Dismiss Plaintiff's Second Amended Complaint filed by defendants Richard Levin, Linda Lorimer, Richard Brodhead, Thomas Conroy, and James Perrotti ("the Yale defendants"), and the Motion for Judgment on the Pleadings filed by defendants Melvin Wearing, Brian Sullivan, Thomas Trocchio, Edward Kendall and Estate of Anthony DiLullo ("the New Haven defendants"). Under the Court's most recent order, responses are currently due on August 5, 2008.

Significant progress has been made in preparing a response, but additional time is necessary. Two scheduling issues recently arose that have affected counsel's work on the response. First, the undersigned is obligated to file an amicus brief on behalf of the Connecticut Criminal Defense Lawyers Association on August 15th; it had been anticipated that the Court would allow more time for that filing, but the Supreme Court has placed the

case on an accelerated scheduling track, with oral argument to take place in September. Because of that accelerated schedule, that matter has required more immediate attention. Second, a brief planned vacation had to be re-scheduled for earlier in the month of August, during the week of August 11th. The undersigned should be able to complete work on the responsive filings during the last two weeks of August, and file by August 28th.

Aaron Bayer, Esq., counsel for the Yale defendants, and Robert Rhodes, Esq., counsel for the New Haven defendants, do not object to the requested extension.

One prior motions for extension have been filed with respect to this deadline.

WHEREFORE, plaintiff moves that his time to respond to defendants' motions be extended to August 28, 2008.

THE PLAINTIFF
JAMES VAN DE VELDE

By _____
David T. Grudberg, ct01186
JACOBS, GRUDBERG, BELT, DOW & KATZ P.C.
350 Orange St.
P.O. Box 606
New Haven, CT 06503
Ph.:(203) 772-3100
Fax:(203) 772-1691
Email: dgrudberg@jacobslaw.com

James I. Meyerson, ct24660
396 Broadway - Suite 601
New York, New York 10013
Ph.:(212) 226-3310
Fax: (212) 219-9412
Email: jimeyerson@yahoo.com

His Attorneys

## CERTIFICATION OF SERVICE

I hereby certify that on August 1, 2008 the attached Motion for Extension of Time was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

/s/David T. Grudberg
David T. Grudberg, ct01186
JACOBS, GRUDBERG, BELT, DOW & KATZ P.C.
350 Orange St.
P.O. Box 606
New Haven, CT  06503
Ph.:(203) 772-3100
Fax:(203) 772-1691
Email: dgrudberg@jacobslaw.com