UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES VAN DE VELDE,<br>Plaintiff, | :<br>:<br>: CIVIL NO. 3:01cv02296(RNC) |
| VS. | : |
| MELVIN WEARING, BRIAN SULLIVAN,<br>THOMAS TROCCHIO, EDWARD KENDALL,<br>ESTATE OF ANTHONY DILULLO, by Lisa<br>Bull DiLullo, Legal Representative,<br>JOHN DOES, RICHARD LEVIN,<br>LINDA LORIMER, RICHARD BRODHEAD,<br>THOMAS CONROY, and JAMES PERROTTI,<br>Defendants. | :<br>:<br>:<br>: AUGUST 1, 2008<br>:<br>:<br>:<br>: |

CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTIONS
TO DISMISS AND FOR JUDGMENT ON THE PLEADINGS

Plaintiff James Van De Velde hereby moves for an extension of time to August 28, 2008, to file his memorandum in opposition to the Motion to Dismiss Plaintiff's Second Amended Complaint filed by defendants Richard Levin, Linda Lorimer, Richard Brodhead, Thomas Conroy, and James Perrotti ("the Yale defendants"), and the Motion for Judgment on the Pleadings filed by defendants Melvin Wearing, Brian Sullivan, Thomas Trocchio, Edward Kendall and Estate of Anthony DiLullo ("the New Haven defendants"). Under the Court's most recent order, responses are currently due on August 5, 2008.

Significant progress has been made in preparing a response, but additional time is necessary. Two scheduling issues recently arose that have affected counsel's work on the response. First, the undersigned is obligated to file an amicus brief on behalf of the Connecticut Criminal Defense Lawyers Association on August 15th; it had been anticipated that the Court would allow more time for that filing, but the Supreme Court has placed the

August 4, 2008. Granted. So ordered. /s/ Robert N. Chatigny Robert N. Chatigny, U.S.D.J.