UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JAMES VAN DE VELDE,                       :
        Plaintiff,                        :
                                          :    CIVIL NO. 3:01cv02296(RNC)
                                          :
VS.                                       :
                                          :
MELVIN WEARING, BRIAN SULLIVAN,           :
THOMAS TROCCHIO, EDWARD KENDALL,          :
ESTATE OF ANTHONY DILULLO, by Lisa        :    AUGUST 27, 2008
Bull DiLullo, Legal Representative,       :
JOHN DOES, RICHARD LEVIN,                 :
LINDA LORIMER, RICHARD BRODHEAD,          :
THOMAS CONROY, and JAMES PERROTTI,        :
        Defendants.                       :

CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTIONS
TO DISMISS AND FOR JUDGMENT ON THE PLEADINGS

Plaintiff James Van De Velde hereby moves for an extension of time to September 9, 2008, to file his memorandum in opposition to the Motion to Dismiss Plaintiff's Second Amended Complaint filed by defendants Richard Levin, Linda Lorimer, Richard Brodhead, Thomas Conroy, and James Perrotti ("the Yale defendants"), and the Motion for Judgment on the Pleadings filed by defendants Melvin Wearing, Brian Sullivan, Thomas Trocchio, Edward Kendall and Estate of Anthony DiLullo ("the New Haven defendants"). Under the Court's most recent order, responses are currently due on August 28, 2008.

Significant progress has been made in preparing a response, but additional time is necessary. The undersigned filed a brief with the Connecticut Supreme Court on August 15th, and had anticipated being able to complete the motion response after that filing was complete. However, a variety of conflicting obligations have arisen which have required counsel's time, and which necessitate this request for additional time. In addition, the

preparation of a responsive filing is more involved in this round of motion practice because the New Haven defendants filed their own separate memorandum of law raising issues not raised in the first round of motions.  These new arguments preclude any possible reliance on plaintiff's earlier filings, as invited by the Court during our last telephone conference in this matter.

Aaron Bayer, Esq., counsel for the Yale defendants, and Robert Rhodes, Esq., counsel for the New Haven defendants, do not object to the requested extension.

Two prior motions for extension have been filed with respect to this deadline.

WHEREFORE, plaintiff moves that his time to respond to defendants' motions be extended to September 9, 2008.

THE PLAINTIFF
JAMES VAN DE VELDE

By _____
David T. Grudberg, ct01186
JACOBS, GRUDBERG, BELT, DOW & KATZ P.C.
350 Orange St.
P.O. Box 606
New Haven, CT  06503
Ph.:(203) 772-3100
Fax:(203) 772-1691
Email: dgrudberg@jacobslaw.com

James I. Meyerson, ct24660
396 Broadway - Suite 601
New York, New York 10013
Ph.:(212) 226-3310
Fax: (212) 219-9412
Email: jimeyerson@yahoo.com

His Attorneys

## CERTIFICATION OF SERVICE

I hereby certify that on August 27, 2008 the attached Motion for Extension of Time was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

_/s/David T. Grudberg_
David T. Grudberg, ct01186
JACOBS, GRUDBERG, BELT, DOW & KATZ P.C.
350 Orange St.
P.O. Box 606
New Haven, CT  06503
Ph.:(203) 772-3100
Fax:(203) 772-1691
Email: dgrudberg@jacobslaw.com