UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES VAN DE VELDE,<br>Plaintiff, | :<br>:<br>: CIVIL NO. 3:01cv02296(RNC)<br>: |
| VS. | :<br>: |
| MELVIN WEARING, BRIAN SULLIVAN,<br>THOMAS TROCCHIO, EDWARD KENDALL,<br>ESTATE OF ANTHONY DILULLO, by Lisa<br>Bull DiLullo, Legal Representative,<br>JOHN DOES, RICHARD LEVIN,<br>LINDA LORIMER, RICHARD BRODHEAD,<br>THOMAS CONROY, and JAMES PERROTTI,<br>Defendants. | :<br>:<br>: AUGUST 27, 2008<br>:<br>:<br>:<br>:<br>: |

CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTIONS
TO DISMISS AND FOR JUDGMENT ON THE PLEADINGS

Plaintiff James Van De Velde hereby moves for an extension of time to September 9, 2008, to file his memorandum in opposition to the Motion to Dismiss Plaintiff's Second Amended Complaint filed by defendants Richard Levin, Linda Lorimer, Richard Brodhead, Thomas Conroy, and James Perrotti ("the Yale defendants"), and the Motion for Judgment on the Pleadings filed by defendants Melvin Wearing, Brian Sullivan, Thomas Trocchio, Edward Kendall and Estate of Anthony DiLullo ("the New Haven defendants"). Under the Court's most recent order, responses are currently due on August 28, 2008.

Significant progress has been made in preparing a response, but additional time is necessary. The undersigned filed a brief with the Connecticut Supreme Court on August 15th, and had anticipated being able to complete the motion response after that filing was complete. However, a variety of conflicting obligations have arisen which have required counsel's time, and which necessitate this request for additional time. In addition, the

August 28, 2008.    Granted. So ordered.
/s/ Robert N. Chatigny
Robert N. Chatigny, U.S.D.J.