UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES VAN DE VELDE,<br>    Plaintiff, | :<br>:<br>:   CIVIL NO. 3:01cv02296(RNC) |
| VS. | :<br>: |
| MELVIN WEARING, BRIAN SULLIVAN,<br>THOMAS TROCCHIO, EDWARD KENDALL,<br>ESTATE OF ANTHONY DILULLO, by Lisa<br>Bull DiLullo, Legal Representative,<br>JOHN DOES, RICHARD LEVIN,<br>LINDA LORIMER, RICHARD BRODHEAD,<br>THOMAS CONROY, and JAMES PERROTTI,<br>    Defendants. | :<br>:<br>:   SEPTEMBER 9, 2008<br>:<br>:<br>:<br>:<br>: |

### CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTIONS TO DISMISS AND FOR JUDGMENT ON THE PLEADINGS

Plaintiff James Van De Velde hereby moves for an extension of time to September 18, 2008, to file his memorandum in opposition to the Motion to Dismiss Plaintiff's Second Amended Complaint filed by defendants Richard Levin, Linda Lorimer, Richard Brodhead, Thomas Conroy, and James Perrotti ("the Yale defendants"), and the Motion for Judgment on the Pleadings filed by defendants Melvin Wearing, Brian Sullivan, Thomas Trocchio, Edward Kendall and Estate of Anthony DiLullo ("the New Haven defendants"). Under the Court's most recent order, responses are currently due on September 9, 2008.

Significant progress has been made in preparing a response, but additional time is necessary. The undersigned had anticipated being able to complete the responsive papers during the past week, but a variety of unanticipated work and personal obligations arose that interfered with the planned work. Counsel has cleared his schedule as much as possible for the coming week so that the filing may be completed.

Aaron Bayer, Esq., counsel for the Yale defendants, and Robert Rhodes, Esq., counsel for the New Haven defendants, do not object to the requested extension.

Three prior motions for extension have been filed with respect to this deadline.

WHEREFORE, plaintiff moves that his time to respond to defendants' motions be extended to September 18, 2008.

> THE PLAINTIFF
> JAMES VAN DE VELDE
>
> By_____
> David T. Grudberg, ct01186
> JACOBS, GRUDBERG, BELT, DOW & KATZ P.C.
> 350 Orange St.
> P.O. Box 606
> New Haven, CT  06503
> Ph.:(203) 772-3100
> Fax:(203) 772-1691
> Email: dgrudberg@jacobslaw.com
>
> James I. Meyerson, ct24660
> 396 Broadway - Suite 601
> New York, New York 10013
> Ph.:(212) 226-3310
> Fax: (212) 219-9412
> Email: jimeyerson@yahoo.com
>
> His Attorneys

## CERTIFICATION OF SERVICE

I hereby certify that on September 9, 2008 the attached Motion for Extension of Time was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

/s/David T. Grudberg
David T. Grudberg, ct01186
JACOBS, GRUDBERG, BELT, DOW & KATZ P.C.
350 Orange St.
P.O. Box 606
New Haven, CT  06503
Ph.:(203) 772-3100
Fax:(203) 772-1691
Email: dgrudberg@jacobslaw.com