UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES VAN DE VELDE,<br>Plaintiff, | |
| | CIVIL NO. 3:01cv02296(RNC) |
| VS. | |
| MELVIN WEARING, BRIAN SULLIVAN,<br>THOMAS TROCCHIO, EDWARD KENDALL,<br>ESTATE OF ANTHONY DILULLO, by Lisa<br>Bull DiLullo, Legal Representative,<br>JOHN DOES, RICHARD LEVIN,<br>LINDA LORIMER, RICHARD BRODHEAD,<br>THOMAS CONROY, and JAMES PERROTTI,<br>Defendants. | SEPTEMBER 9, 2008 |

CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTIONS
TO DISMISS AND FOR JUDGMENT ON THE PLEADINGS

Plaintiff James Van De Velde hereby moves for an extension of time to September 18, 2008, to file his memorandum in opposition to the Motion to Dismiss Plaintiff's Second Amended Complaint filed by defendants Richard Levin, Linda Lorimer, Richard Brodhead, Thomas Conroy, and James Perrotti ("the Yale defendants"), and the Motion for Judgment on the Pleadings filed by defendants Melvin Wearing, Brian Sullivan, Thomas Trocchio, Edward Kendall and Estate of Anthony DiLullo ("the New Haven defendants"). Under the Court's most recent order, responses are currently due on September 9, 2008.

Significant progress has been made in preparing a response, but additional time is necessary. The undersigned had anticipated being able to complete the responsive papers during the past week, but a variety of unanticipated work and personal obligations arose that interfered with the planned work. Counsel has cleared his schedule as much as possible for the coming week so that the filing may be completed.

September 10, 2008. So ordered. Granted.
/s/ Robert N. Chatigny
Robert N. Chatigny, U.S.D.J.