

Carmody & Torrance LLP ■ Attorneys at Law
Waterbury ■ New Haven ■ Southbury

David T. Grudberg
Partner
Direct: 203-784-3115
dgrudberg@carmodylaw.com

November 28, 2011

BY FAX AND REGULAR MAIL
Hon. Robert N. Chatigny
United States District Judge
450 Main St.
Hartford, CT 06103

Re: Van de Velde v. Wearing, et al., 3:01CV2296 (RNC)

Dear Judge Chatigny:

    At various points during the pendency of this case your Honor has urged the parties to consider settlement, and has offered, if necessary, to help facilitate a mediation if the parties so desired. All counsel have conferred, and agree that a mediation at this stage of the case would be appropriate. Accordingly, I am writing with the consent of defense counsel to request your Honor's assitance in scheduling a mediation. The parties' first choice for a mediator is Magistrate Judge Garfinkel. We respectfully request a referral to Judge Garfinkel for purposes of mediation, and further ask that all deadlines under the scheduling order be stayed while we explore whether an agreed resolution can be reached.

    Thank you for your assistance. Counsel are happy to make themselves available for a conference if the Court deems that appropriate.

Respectfully yours,

David T. Grudberg

DTG/d
cc: Robert A. Rhodes, Esq.
    James I. Glasser, Esq.
    Aaron S. Bayer, Esq.
    (All by email and regular mail)

{N0902207}

195 Church Street ■ P.O. Box 1950 ■ New Haven, CT 06509-1950 ■ Phone: 203-777-5501 ■ Fax: 203-784-3199 ■ www.carmodylaw.com