UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES VAN DE VELDE,<br>　　　Plaintiff, | :<br>:<br>: |
| | :     CIV NO. 3:01cv2296 (RNC) |
| VS. | :<br>: |
| MELVIN WEARING, BRIAN SULLIVAN,<br>THOMAS TROCCHIO, EDWARD KENDALL,<br>ESTATE OF ANTHONY DILULLO, by Lisa<br>Bull DiLullo, Legal Representative,<br>JOHN DOES, RICHARD LEVIN,<br>LINDA LORIMER, RICHARD BRODHEAD,<br>THOMAS CONROY, and JAMES PERROTTI,<br>　　　Defendants. | :<br>:<br>:     MAY 31, 2013<br>:<br>:<br>:<br>:<br>: |

**CONSENT MOTION FOR ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(2), plaintiff James Van de Velde hereby moves for an order dismissing this action with prejudice as to all defendants.

All defendants, through counsel, consent to the requested dismissal.


　　　　　　　　　　　　　　　THE PLAINTIFF
　　　　　　　　　　　　　　　JAMES VAN DE VELDE


　　　　　　　　　　　　By ___/s/ David T. Grudberg_____
　　　　　　　　　　　　　　　David T. Grudberg (ct01186)
　　　　　　　　　　　　　　　CARMODY & TORRANCE LLP
　　　　　　　　　　　　　　　195 Church Street, 18th Floor
　　　　　　　　　　　　　　　P.O. Box 1950
　　　　　　　　　　　　　　　New Haven, CT 06509-1950
　　　　　　　　　　　　　　　Telephone: (203) 777-5501
　　　　　　　　　　　　　　　Facsimile: (203) 784-3199
　　　　　　　　　　　　　　　Email: dgrudberg@carmodylaw.com

        James I. Meyerson (ct24660)
        396 Broadway - Suite 601
        New York, New York 10013
        Ph.: (212) 226-3310
        Fax: (212) 219-9412
        Email: jimeyerson@yahoo.com

        *His Attorneys*

## CERTIFICATE OF SERVICE

I hereby certify that on **May 31, 2013** a copy of the foregoing **Consent Motion for Order of Dismissal With Prejudice** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                    /s/ David T. Grudberg
                                                    David T. Grudberg